ORIGINAL

# In The United States Court of Federal Claims

ECF

Cover Sheet **04- 297C**

RECEIVED & FILED
MAR - 5 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Plaintiff(s) or Petitioner(s)

Axion Corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list**

Name of the attorney of record: [See RCFC 83.1(c)] Richard J.R. Raleigh, Jr.

Firm Name: Wilmer & Lee, P.A.

Post Office Box: P.O. Box 2168

Street Address: 100 Washington Street, Suite 200

City-State-Zip: Huntsille, AL 35801

Telephone & Facsimile Numbers: 256-533-0202 256-533-0302 Facsimile

E-mail address: rraleigh@wilmerlee.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003