AWARD/CONTRACT (10/95) | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING DO-A6 | PAGE 1 OF 6 PAGE

| | |
|---|---|
| 2. CONTRACT (Procurment No.) N00104-96-C-KA09 | 3. EFFECTIVE DATE 95 DEC 07 |
| 4. REQ/PURCAHSE NO. N49935-95-N-A004 | |
| 5. ISSUED BY: CODE N00104<br>INVENTORY CONTROL POINT-MECHANICSBURG<br>P O BOX 2020<br>MECHANICSBURG, PA 17055-0788<br>BUYER: | 6. ADMINISTERED BY: SCD: C CODE: S0101A<br>(If other than Item 5)<br>DCMAO BIRMINGHAM<br>2121 8TH AVE., N. ROOM 104<br>BIRMINGHAM, AL 35203-2376<br>PAS: S0101AS805APN |
| 7. NAME AND ADDRESS OF CONTRACTOR (No,street,county,State and Zip code)<br>AXION CORP.<br>317 NICK FITCHEARD RD.<br>HUNTSVILLE, AL 35806<br>J 7KC GIR | 8. DELIVERY<br>X FOB ORIGIN [ ] OTHER (See below)<br>9. DISCOUNT FOR PROMPT PAYMENT<br>NET 30 DAYS |
| CODE: 9X850 FACILITY CODE: | 10. SUBMIT INVOICES(4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12 |
| 11. SHIP TO/MARK FOR: CODE:<br>SEE SCHEDULE | 12. PAYMENT WILL BE MADE BY: CODE: SC1020<br>DFAS-COLUMBUS CENTER<br>DFAS-CO/JSA/SOUTHEAST<br>P.O. BOX 182225<br>COLUMBUS, OH 43218-2225 |
| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:<br>10 USC2304(c) [ ] 41 USC 253(c) [ ] | 14. ACCOUNTING AND APPROPRIATION DATA<br>SEE SCHEDULE |

EXHIBIT 1

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|

CONFIRMING PRELIMINARY NOTICE OF AWARD DATED 95 DEC 07

(4) Purchase Folder
(1) NAVICP-M 02522
NAVICP-M 0541
NAVICP-M 0142
( ) NAVICP-M 0241.17
(1) NAVICP-M 0252
(1) NAVICP-M 0143
(1) Contractor
NAVICP-M 05021
(1) DFAS (Blk 12)
NAVICP-M 8454
(5) CAO (Blk 6)
NAVICP-M 02521 (BR)
NAVICP-M 006
(1) NAVICP-M 0242.6
(1) OFFICER IN CHARGE, ATTN: CODE 61JV, NAVAL ORDNANCE CENTER (IMSD), P.O. BOX 2011, MECHANICSBURG, PA 17055-0735
(1) COMMANDING OFFICER, ATTN: CODE 4025, NAVAL SURFACE WARFARE CENTER, CRANE DIVISION, CRANE, IN 47522-5000

DUPLICATE
ISPCC OFFICIAL COPY

15G. TOTAL AMOUNT OF CONTRACT $ 1,313,974.20

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17 CONTRACT'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return copies to issuing office). Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herin. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents:(a)this award/contract (b)the solicitation, if any and (c)such provisions representations certifications and specifications, as are attached or icorporated by reference herein. (Attachments are listed herein)

18. AWARD (Contractor is not required to sign this document). Your offer on Solicitation No. N00104-95-R-K042 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents:(a)the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER
J. SINCAVAGE

19B. NAME OF CONTRACTOR
(Signature of person authorized to sign)
19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)
20C. DATE SIGNED 12-14-95

NSN 7540-01-152-8069
Previous Edition unusable
FAR (48CFR) 53.214(A)
Standard Form 26 (REV 4-85)
Prescribed by GSA

(19)

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00104-96-C-KA09 | PAGE 2 | OF 6 |
|---|---|---|---|

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | AMENDMENT NO.(S) 0001 IS MADE A PART OF THIS AWARD. | | | | |
| 0001 | NSN 2T 1390-01-200-8338<br>POWER SUPPLY, PS-115<br>IAW ADL 53711-5355797 AND ALL ASSOCIATED DRAWINGS SPECIFICATIONS | | | | |
| 0001AA | SAME AS ITEM 0001<br>ACRN: AA | 55,209 | EA | 23.80 | 1,313,974.20 |
| 0001AB | SAME AS ITEM 0001<br>FIRST ARTICLE (PREPRODUCTION) SAMPLES. (SEE FAR CLAUSE 52.209-3) | A/R | EA | NSP | XXX |
| 0001AC | SAME AS ITEM 0001<br>PRODUCTION LOT (PERIODIC) SAMPLES CONTRACTOR DESTRUCTIVE TESTING | A/R | EA | NSP | XXX |
| 0001AD | TECHNICAL DATA<br>(SEE DD 1423) | A/R | -- | NSP | XXX |
| 0002 | SAME AS ITEM 0001<br>(PROSPECTIVE OPTION QUANTITY UP TO 100%) | 55,209 | EA | 23.80 | |
| | 1. THE OPTION VALIDITY PERIOD IS 210 DAYS AFTER DATE OF GOVERNMENT NOTIFICATION OF FIRST ARTICLE TEST APPROVAL.<br><br>2. PROGRESS PAYMENTS SHALL NOT EXCEED (10) PERCENT OF THE TOTAL CONTRACT PRICE PRIOR TO APPROVAL OF THE FIRST ARTICLE TEST, PROVIDING FIRST ARTICLE TESTING IS REQUIRED. | | | | |

SECTION F - DELIVERIES

FIRST ARTICLE REQUIRED

| LINE ITEM | QUANTITY | DELIVERY SCHEDULEQ | CONSIGNEE |
|---|---|---|---|
| 0001AB | 540 EA | 120 DACA | N60036 |
| 0001AA | 5,209 EA | 90 DAAFA | N60036 |
| 0001AA | 10,000 EA | 120 DAAFA | N60036 |
| 0001AA | 10,000 EA | 150 DAAFA | N60036 |
| 0001AA | 10,000 EA | 180 DAAFA | N60036 |
| 0001AA | 10,000 EA | 210 DAAFA | N60036 |
| 0001AA | 10,000 EA | 240 DAAFA | N60036 |

DESTINATION:

COMMANDING OFFICER (N60036)
ATTN: WQEC CODE 30 (GENE CAUTHINS)
NAVAL WEAPONS STATION
CONCORD, CA 94520-5000

SHIPMENT/PERFORMANCE NOTICE DISTRIBUTION - THE COGNIZANT DCASR PAYMENT OFFICE SHALL PROVIDE AUTOMATED SHIPMENT/PERFORMANCE NOTICE (PJJ CARD) TO THE NAVY SHIPS PARTS CONTROL CENTER, CODE 851, MECHANICSBURG, PA 17055-0788 DOD ADDRESS CODE N00104 (ROUTINE ID CODE NCB), (COMMUNICATIONS ID RUEDNAA), IN SUPPORT OF THE CONVENTIONAL AMMUNITION INTEGRATED MANAGEMENT SYSTEM (CAIMS).

FA - FIRST ARTICLE
DACA - DAYS AFTER CONTRACT AWARD
DAAFA - DAYS AFTER APPROVAL OF F/A

**E -INSPECTION AND ACCEPTANCE (NAVICP-M) (APR 1993)**

( X ) 1. Inspection of supplies and packaging will be performed at the contractor location by the Contract Administration Office (CAO) unless otherwise specified below.

Manufacturing Site ( )
Manufacturing Site CAO ( )
Packaging Site ( )
Packaging Site CAO ( )

( X ) 2. Final acceptance will be performed at the contractor's location on page 1 unless otherwise specified below.

( ) Manufacturing site and CAO listed above.
( ) Packaging site and CAO listed above.
( ) Destination

( ) 3. Inspection and acceptance will be performed by the consignee at destination.

( ) 4. For transportation assistance contact NAVICP-M 0214.17, Phone (717) 790-3103.

**F-DELIVERY DATE(S):**

96 APR 05 (96095) - FIRST ARTICLE SAMPLES (SEE PAGE 3 FOR ADDITIONAL DELIVERIES)

**G-ACCOUNTING CLASSIFICATION**

| ACRN | APPROPRIATION SYMBOL AND SUBHEAD | OBJECT CLASS | BUREAU CONT NO | SUB ALLOT NO | AUTH ACCTG ACTY | TYPE | PROPERTY ACCTG ACTY | COST CODE |
|---|---|---|---|---|---|---|---|---|
| AA | 1741507.85AC | 000 | SAS6G | 0 | 068342 | 2D | 000000 | AC8930000093 |

$1,313,974.20
REF # - N4802994RX4B132
TAC: JADRZ

**G -NOTE FOR CONTRACTOR/ADMINISTRATIVE CONTRACTING OFFICER (NAVICP-M) (NOV 1992)**

The following indicated with an "X" in the block is applicable:

(X) When a DCMC office is shown on a Contract/Purchase Order, the Administrative Contracting Officer (ACO) is the primary point of contact and all inquiries shall initially be directed to his office for necessary action.

Inquiries and correspondence directed to the Post Award PCO should be addressed as follows:

Code ( 0242.6 )
Telephone (717) 790-2027

Telephone inquiries should be made only in cases of extreme urgency and must be confirmed in writing within 48 hours. If the inquiry involves technical questions (drawing, specification, etc.) inquiry should be submitted in accordance with the procurement specification.

( ) NOTE FOR CONTRACTORS FURNISHING LEVEL I/SUBSAFE MATERIAL:

Material certifications must be addressed to the Post Award Procurement Contracting Officer. Mailing envelope must be plainly marked "DELIVER UNOPENED TO CODE ( ), POST AWARD PCO.

( ) NOTE FOR NAVY REQUISITIONING AND NAVY MONITORING ACTIVITIES:

Forward status and expediting inquiries to NAVICP-M, as follows:
CASREPT/OTHER - DSN 430-2460 or 2461
FBM - DSN 430-4490

**252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)**

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--

(1) Shall notify the Contracting Officer of that fact; and
(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties, in all subcontracts hereunder.

**5252.232-9000 SUBMISSION OF INVOICES (FIXED PRICE) (JUL 1992)**

(a) "Invoice" as used in this clause does not include contractor's requests for progress payments.

(b) The contractor shall submit original invoices with ______ copies to the address identified in the solicitation/contract award form (SF26-Block 10; SF 33-Block 23; SF 1447-Block 14), unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order (DD 1155-Block 13 or SF 26-Block 10).

(c) The use of copies of the Material Inspection and Receiving Report (MIRR), DD Form 250, as an invoice is encouraged. DFARS Appendix F-306 provides instructions for such use. Copies of the MIRR used as an invoice are in addition to the standard distribution stated in DFARS F-401.

(d) In addition to the requirements of the Prompt Payment clause of this contract, the contractor shall cite on each invoice the contract line item number (CLIN); the contract subline item number (SLIN), if applicable; the accounting classification reference number (ACRN) as identified on the financial accounting data sheets, and the payments terms.

(e) The contractor shall prepare:

___X___ a separate invoice for each activity designated to receive the supplies or services.

________ a consolidated invoice covering all shipments delivered under an individual order.

_______ either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

**5252.243-9400 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER (JAN 1992)**

(a) Except as specified in paragraph (b) below, no order, statement, or conduct of Government personnel who visit the Contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as a part of this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and notwithstanding provisions contained elsewhere in this contract, the said authority remains solely with the Contracting Officer, In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustments will be made in contract price to cover any increase in charges incurred as a result thereof. The address and telephone number of the Contracting Officer is:

NAME\ CODE 0242 PERSONNEL \
ADDRESS\ P.O. BOX 2020 MECHANICSBURG, PA 17055 \
TELEPHONE \ 717-790-2027 \

SOLICITATION, OFFER AND AWA
(REV. 2/93)(RFP AMMO)

1. THIS CONTRACT IS A RATED ORDERED UNDER DPAS (15 CFR 700)▸ RATING D O-A6

PAGE OF PAGES 1 | 130

2. CONTRACT NO

3. SOLICITATION NO. N00104-95-R-K042

4. TYPE OF SOLICITATION
[ ] SEALED BID (IFB)
[X] NEGOTIATED (RFP)

5. DATE ISSUED 95 APR 04

6. REQUISITION/PURCHASE NO. N49935-95-N-A004

7. ISSUED BY CODE N00104

Navy Ships Parts Control Center
5450 Carlisle Pike
P O Box 2020
Mechanicsburg PA 17055-0788

8. ADDRESS OFFER TO (If other than item 7)

Department of the Navy
Navy Ships Parts Control Center
Contracting Department (Code 02), Bldg 410, South End Bay K-30
5450 Carlisle Pike, P O BOX 2080
Mechanicsburg PA 17055-0787

NOTE: In advertised solicitations "offer" and "offeror" mean "bid" and "bidder."

## SOLICITATION

9. Sealed offers in original and 1 copies for furnishing the supplies or services in the Schedule will be recieved at the place specified in Item 8, or if handcarried, in the depository located in Bldg. 410, South End, Bid Room, Bay K-30 until 4;00 P.M. (Hour) local time 95 MAY 19 (Date).

CAUTION - LATE Submission, Modifications, and Withdrawals: See Section I. Provision NO. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.
KC 7KC 95139

10. FOR INFORMATION CALL: A. NAME A. L. ARTZ — B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (717)-790- 3353

11. TABLE OF CONTENTS


| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 43 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III- LIST OF DOCUMENTS, EXHIBTS AND OTHER ATTACH | |
| | C | DESCRIPTION/SPEC./WORK STATEMENT | 4 | | J | LIST OF ATTACHMENTS | 57 |
| | D | PACKAGING AND MARKING | 28 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | 30 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFEROR | 102 |
| | F | DELIVERIES OR PERFORMANCE | 38 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 41 | | L | INSTRS.,CONDS.,AND NOTICES TO | 117 |
| | H | SPECIAL CONTRACT REQUIREMENTS | 42 | | M | EVALUATION FACTORS FOR AWARD | 125 |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within * calendar day (60 calendar days, unle different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish and or all items which prices are the prices set opposite each item, delivered at the designated point(s), within the time specified in schedule. *SEE SCHEDULE

| 13. DISCOUNT FOR PROMPT PAYMENT (30 DAYS MINIMUM FOR NET PAYMENT) (See Section I, Clause No 52.232-8) | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR [illegible] |
|---|---|---|---|---|
| | % | % | % | |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME/TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or Print)

15B. TELEPHONE NO. (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE ENTER SUCH ADDRESS IN SCHEDULE [ ]

17. SIGNATURE

18. OFFER DATE

## AWARDS (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specificed) — ITEM

23. NEGOTIATED PURSUANT TO
[ ] 10 U.SC.2304(c)( ) [ ] 41 U.S.C 253(c)( )

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type of print)

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this form or on Standard Form 26 or by other authorized official written notice.

**CONTINUATION SHEET** (OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONT: N00104-96-C-KA09

PAGE OF

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | NSN - 2T-1390-01-200-8338<br>Power Supply, PS-115<br>IAW ADL 53711-5355797 and all<br>associated drawings<br>specifications | | | | |
| 0001AA | Same as Item 0001<br>ACRN: AA<br><br>Due to constraints on the amount of funds available, it is intended to acquire the largest quantity possible within funding constraints. Consequently, <u>prospective contractors are requested to submit offers for each of the stepladder quantities</u> The Government reserves the right to award at any of the quantities and associated prices shown:<br><br><u>STEPLADDER QUANTITIES</u> <u>UNIT PRICE</u><br>80,001 - 90,000 $____<br>70,001 - 80,000 ____<br>60,001 - 70,000 ____<br>50,001 - 60,000 ____<br>40,000 - 50,000 ____ | 55,209 | EA. | 23.80 | 1,313,974.20 |
| 0001AB | Same As Item 0001<br>First Article (Preproduction)<br>Samples. (See FAR Clause 52.209-3) | A/R | EA | NSP | XXXXX |
| 0001AC | Same As Item 0001<br>Production Lot (Periodic) Samples<br>Contractor Destructive Testing | A/R | EA | NSP | XXXXX |
| 0001AD | Technical Data<br>(See DD1423) | A/R | -- | NSP | XXXXX |

**CONTINUATION SHEET** (OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-96-C-KA09

PAGE | OF

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Same as Item 0001 (Prospective Option Quantity Up To 100%) | 55,209 | EA. | 23.80 | |

| Stepladder Qty: | Unit Price: |
|---|---|
| 80,001 to 90,000 | (*) $ |
| 70,001 to 80,000 | |
| 60,001 to 70,000 | |
| 50,001 to 60,000 | |
| 40,000 to 50,000 | |

**NOTES:**

1) If no unit prices are submitted for Item 0002, the unit price submitted for Item 0001 will be considered the unit price for Item 0002 (all stepladder quantities). Offerors are encouraged to supply a unit price for each stepladder quantity shown above. Failure to do so could result in an option exercise for a relatively small quantity at the basic contract unit price.

2) Any exception to the option may render your offer unacceptable.

3) For evaluation purposes, the price submitted for the largest stepladder quantity (*) will be utilized. This in no way limits the Government's ability after award to exercise a partial option at the appropriate step-ladder unit price.

**CONTINUATION SHEET**
(OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONT'D: N00104-96-C-KA09

PAGE OF

2775 COPIES

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | **NOTES:** Continued - | | | | |
| 1 | 4) The option validity period is ~~300~~ 210 days after date of Government notification of First Article Test Approval ~~or 300 days after date of contract when First Article Test is not required~~. | | | | |
| | ~~5) Offerors are hereby advised that Facsimile proposals (FAR 52.215-18) and Telegraphic proposals (FAR 52.215-17) are not authorized under this solicitation unless annotated otherwise. Any offer submitted via Facsimile or Telegraphic means will not be considered for award.~~ | | | | |
| 2 | 6) Progress Payments shall not exceed (10) percent of the total contract price prior to approval of the First Article Test, providing First Article Testing is required. | | | | |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page 1 | Pages 6

2. Amendment/Modification No. 0001
3. Effective Date 04/26/95
4. Requisition/Purchase Req. No. 95NA004
5. Project No.

6. Issued By CODE N00104
Navy Ships Parts Control Center
50 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788
ATTN: 0282.2/ALA

7. Administered By (If other than Item 6) CODE

8. Name and Address of Contractor (No., Street, County, State and ZIP Code)

AXION Corporation
317 Nick Fitcheard Road
Huntsville, AL 35806

Code 9X850 | Facility Code

X 9A. Amendment of Solicitation No. N00104-95-R-K042
9B. Dated (See Item 11) 95 Apr 04
10A. Modification of Contract/Order No.
10B. Dated (See Item 13)

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[x] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers x is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By Completing Items 8 and 15, and returning 2 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return __ copies to the issuing office. Attn: Code 02623

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Item 0001 - NSN 2T-1390-01-200-8338 Power Supply, PS-115

1. The subject solicitation closing date is hereby extended from 4:00 P.M. 5/19/95, to 4:00 P.M. 6/9/95.

2. Section B - Supplies/Services - Add: (Beginning Page 2)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Wex Latif, President

15B. CONTRACTOR/OFFEROR
[signature]
(Signature of person authorized to sign)

15C. DATE SIGNED 5-11-95

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

16B. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

16C. DATE SIGNED

NSN 7450-01-152-8070 30-105 (SPCC OVPT) (LOCAL) DDL1 STANDARD FORM 30 Prescribed by GSA FAR (48CFR) 53.243

**CONTINUATION SHEET**
(OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-95-R-K042

PAGE 2 OF 6

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Same as Item 0001 (Prospective Option Quantity Up To 100%) | | | | |
| | Stepladder Qty: 80,001 to 90,000 — Unit Price: (*) $22.88 | | | 22.88 | |
| | 70,001 to 80,000 — 23.08 | | | 23.08 | |
| | 60,001 to 70,000 — 23.48 | | | 23.48 | |
| | 50,001 to 60,000 — 23.80 | | | 23.80 | |
| | 40,000 to 50,000 — 24.28 | | | 24.28 | |

**NOTES:**

1) If no unit prices are submitted for Item 0002, the unit price submitted for Item 0001 will be considered the unit price for Item 0002 (all stepladder quantities). Offerors are encouraged to supply a unit price for each stepladder quantity shown above. Failure to do so could result in an option exercise for a relatively small quantity at the basic contract unit price.

2) Any exception to the option may render your offer unacceptable.

3) For evaluation purposes, the price submitted for the largest stepladder quantity (*) will be utilized. This in no way limits the Government's ability after award to exercise a partial option at the appropriate step-ladder unit price.



2775

**CONTINUATION SHEET**
(OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-95-R-K046

PAGE 3 OF 6

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | **NOTES:** Continued -<br><br>4) The option validity period is 300 days after date of Government notification of First Article Test Approval or 300 days after date of contract when First Article Test is not required.<br><br>5) Offerors are hereby advised that Facsimile proposals (FAR 52.215-18) and Telegraphic proposals (FAR 52.215-17) are not authorized under this solicitation unless annotated otherwise. Any offer submitted via Facsimile or Telegraphic means will not be considered for award.<br><br>6) Progress Payments shall not exceed (10) percent of the total contract price prior to approval of the First Article Test, providing First Article Testing is required. | | | | |

**CONTINUATION SHEET**
(OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-95-R-K042

PAGE 4 OF 6

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | <u>NOTES:</u> Continued -<br><br>7) The following clauses are hereby incorporated in full text:<br><br>a. <u>5252.243-9400</u> Authorized Changes Only By The Officer (See Page 5 of 6)<br>b. <u>5252.233-9400</u> Choice Of Laws (See Page 6 of 6)<br><br>8) The following clauses are hereby deleted from the Solicitation:<br><br>a. <u>252.225-7006</u> Buy American Act Trade Agreement Act - Balance Of Payment Program<br>b. <u>252.225-7007</u> Trade Agreement Act | | | | |

5252.243-9400 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER (JAN 1992)

(a) Except as specified in paragraph (b) below, no order, statement, or conduct of Government personnel who visit the Contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as a part of this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and notwithstanding provisions contained elsewhere in this contract, the said authority remains solely with the Contracting Officer. In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract price to cover any increase in charges incurred as a result thereof. The address and telephone number of the Contracting Officer is:

NAME Mr. John Korab

ADDRESS Navy Ships Parts Control Center

TELEPHONE 717-790-2027

**5252.233-9400 CHOICE OF LAWS (JUN 1994)**

This contract shall be construed and interpreted in accordance with the substantive laws of the United States of America. By the execution of this contract, the contractor expressly agrees to waive any rights to invoke the jurisdiction of local national courts where this contract is to be performed and agrees to accept the exclusive jurisdiction of the Armed Services Board of Contract Appeals and the United States Claims Court for the hearing and determination of any and all disputes that may arise under the Disputes clause.

(REV. 2/93) (RIP-AMMO)

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING D O-A5 | PAGE 1 OF PAGES 130

2. CONTRACT NO

3. SOLICITATION NO. N00104-95-R-K042

4. TYPE OF SOLICITATION: [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP)

5. DATE ISSUED 95 APR 04

6. REQUISITION/PURCHASE NO. N49935-95-N-A004

7. ISSUED BY CODE N00104

Navy Ships Parts Control Center
5450 Carlisle Pike
P O Box 2020
Mechanicsburg PA 17055-0788

8. ADDRESS OFFER TO (If other than item 7)

Department of the Navy
Navy Ships Parts Control Center
Contracting Department (Code 02), Bldg 410, South End Bay K-30
5450 Carlisle Pike, P O BOX 2080
Mechanicsburg PA 17055-0787

NOTE: In advertised solicitations "offer" and "offeror" mean "bid" and "bidder."

## SOLICITATION

9. Sealed offers in original and 1 copies for furnishing the supplies or services in the Schedule will be recieved at the place specified in Item 8, or if handcarried, in the depository located in Bldg. 410, South End, Bid Room, Bay K-30 until 4:00 P.M. (Hour) local time 95 MAY 19 (Date)

CAUTION - LATE Submission, Modifications, and Withdrawals: See Section I, Provision NO. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

KC 7KC 95139

10. FOR INFORMATION CALL: A. NAME A. L. ARTZ | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (717)-790- 3353

11. TABLE OF CONTENTS

| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 43 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III- LIST OF DOCUMENTS, EXHIBTS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPEC./WORK STATEMENT | 4 | | J | LIST OF ATTACHMENTS | 57 |
| | D | PACKAGING AND MARKING | 28 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | 30 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFEROR | 102 |
| | F | DELIVERIES OR PERFORMANCE | 38 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 41 | | L | INSTRS., CONDS., AND NOTICES TO | 117 |
| | H | SPECIAL CONTRACT REQUIREMENTS | 42 | | M | EVALUATION FACTORS FOR AWARD | 125 |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within * calendar day (60 calendar days, unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish and or all items which prices are offered at the prices set opposite each item, delivered at the designated point(s), within the time specified in schedule. *SEE SCHEDULE

13. DISCOUNT FOR PROMPT PAYMENT (30 DAYS MINIMUM FOR NET PAYMENT) (See Section I, Clause No 52.232-8)

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|
| % | % | Net 30 % | % |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:)

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| 1 | | | |
| 4-4-95 | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE 9X852 FACILITY

AXION Corporation
317 Nick Fitcheard Road
Huntsville, AL 35806

16. NAME/TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or Print): Alex Latifi, President

15B. TELEPHONE NO. (Include area code) (205) 851-9770

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE ENTER SUCH ADDRESS IN SCHEDULE [ ]

17. SIGNATURE [signature]

18. OFFER DATE 5-11-95

AWARDS (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM

23. NEGOTIATED PURSUANT TO [ ] 10 U.SC.2304(c)( ) [ ] 41 U.S.C 253(c)( )

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type of print)

27. UNITED STATES OF AMERICA (Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this form or on Standard Form 26 or by other authorized official written notice.

NSN 7540-01-152-8064

Previous Edition Not Usable

33-132
WP 5.1
(DD r6/93)8pt

Standard Form 33 (REV 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214 (c)

**CONTINUATION SHEET** (OPTIONAL FORM 336)

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N00104-95-R-K042

PAGE 2 OF 130

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | NSN - 2T-1390-01-200-8338<br>Power Supply, PS-115<br>IAW ADL 53711-5355797 and all associated drawings specifications | | | | |
| 0001AA | Same as Item 0001<br>ACRN: AA<br><br>Due to constraints on the amount of funds available, it is intended to acquire the largest quantity possible within funding constraints. Consequently, <u>prospective contractors are requested to submit offers for each of the stepladder quantities</u> The Government reserves the right to award at any of the quantities and associated prices shown:<br><br><u>STEPLADDER QUANTITIES</u> <u>UNIT PRICE</u><br>80,001 - 90,000 $22.88<br>70,001 - 80,000 23.08<br>60,001 - 70,000 23.48<br>50,001 - 60,000 23.80<br>40,000 - 50,000 24.28 | | | | |
| 0001AB | Same As Item 0001<br>First Article (Preproduction) Samples.(See FAR Clause 52.209-3) | A/R | EA | NSP | XXXXX |
| 0001AC | Same As Item 0001<br>Production Lot (Periodic) Samples Contractor Destructive Testing | A/R | EA | NSP | XXXXX |
| 0001AD | Technical Data<br>(See DD1423) | A/R | -- | NSP | XXXXX |

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONT N00104-95-R-K042 | PAGE 3 | OF 130 |
|---|---|---|---|

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | **NOTES:**<br><br>1) Offerors are hereby advise that Facsimile proposals (FAR 52.215-18) and Telegraphic proposals (FAR 52.215-17) are <u>not</u> authorized under this solicitation unless annotated otherwise. Any offer submitted via Facsimile or Telegraphic means will not be considered for award.<br><br>2) Progress Payments shall not exceed (10) percent of the total contract price prior to approval of the First Article Test, providing First Article Testing is required. | | | | |

N00104-95-R-R042 PAGE 4

FOR INFORMATION PURPOSES ONLY

ABSTRACT HISTORY

| CONTRACTOR | AWARD DATE | QUANTITY | UNIT PRICE |
|---|---|---|---|
| ACCUDYNE CORP | 8/93 | 45,736 EA | $ 16.90 |
| ACCUDYNE CORP | 6/92 | 30,000 EA | 13.54 |

**NOTE**: This information is the best information currently available. Contractor's are advised to submit offers accordingly. Do not price your proposal solely on the information provided above.

N00104-95-R-R042



AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| ADL 53711-5355797- | SHEET 1 of 15 |
| NSN 1390-01-200-8338 | DODIC NA |
| NOMENCLATURE<br>POWER SUPPLY, PS115 | ASSEMBLY DRAWING<br>19202-11744726 REVISION -<br><br>SPECIFICATION<br>N/A |

APPROVAL SIGNATURE J. Puckett DATE 11/10/94

DISTRIBUTION/RESTRICTIONS ON USE OF DOCUMENTATION

DISTRIBUTION STATEMENT D. DISTRIBUTION AUTHORIZED TO THE DEPARTMENT OF DEFENSE AND DOD CONTRACTORS ONLY; CRITICAL TECHNOLOGY; JAN 1994. OTHER REQUESTS FOR THIS DOCUMENT SHALL BE REFERRED TO COMMANDER, CODE 402, NAVSURFWARCENDIV CRANE, IN 47522-5001.

WARNING - THIS DOCUMENT CONTAINS TECHNICAL DATA WHOSE EXPORT IS RESTRICTED BY THE ARMS EXPORT CONTROL ACT, TITLE 22, U.S.C., SEC. 2751 ET SEQ. OR THE EXPORT ADMINISTRATION ACT OF 1979, AS AMENDED, TITLE 50, U.S.C., APP 2401, ET SEQ. VIOLATORS ARE SUBJECT TO SEVERE CRIMINAL PENALTIES. DISSEMINATE IAW PROVISIONS OF OPNAVINST 5510.161, REFERENCE (F).

DESTRUCTION NOTICE: DESTROY BY ANY METHOD THAT WILL PREVENT DISCLOSURE OF CONTENTS OR RECONSTRUCTION OF THE DOCUMENT.

N00104-95-R-K042



AUTOMATED DATA LIST (ADL)

ADL 53711-5355797-



NSN 1390-01-200-8338

DODIC NA

SCOPE OF WORK

FOR PROCUREMENT

| DOCUMENT NUMBER | REV | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|
| DOCUMENTATION | | | |
| DRAWINGS | | | |
| 19202-10974339 | D | 34-A, ELECTROLYTE | |
| 19202-10974349 | H | MATERIAL, PLATED TYPE I | |
| 19202-10995908 | B | FLUX, SOLDER | |
| 19202-11007047 | R | ASSEMBLY, AMPULE | |
| 19202-11007052 | H | ASSEMBLY, CUTTER | |
| 19202-11007055 | K | CAN, AMPULE | |
| 19202-11007061 | L | SEPARATOR | |
| 19202-11007063 | G | FIBER, POLYPROPYLENE | |
| 19202-11007068 | N | PLATE | |
| 19202-11007073 | B | METHYLENE BROMIDE | |
| 19202-11707234 | B | RESIN, EPOXY | |
| 19202-11707235 | A | FLEXIBILIZER, EPOXY RESIN | |
| 19202-11707713 | G | FISHPAPER, COATED | |
| 19202-11707728 | B | FISHPAPER | |
| 19202-11716473 | M | STACK AND AMPULE ASSEMBLY | |
| 19202-11718248 | B | POTTING COMPOUND | |
| 19202-11718305 | E | RING | |
| 19202-11718307 | D | DIAPHRAGM | |
| 19202-11718308 | C | RING, SOLDER | |
| 19202-11718309 | G | PLATE, BOTTOM | |
| 19202-11718310 | G | HOUSING | |
| 9202-11718311 | J | SEQUENCER | |
| 19202-11718316 | F | WIRE LEAD. POSITIVE AND NEGATIVE | |

N00164-95-R-K042

PAGE 7

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797-

SHEET 3 of 15

NSN 1390-01-200-8338

DODIC NA

| DOCUMENT NUMBER | REV | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|
| 19202-11721237 | F | PLATE, CUTTER | |
| 19202-11721238 | G | BLADE, CUTTER | |
| 19202-11721240 | E | INSULATOR | |
| 19202-11734588 | C | WELD RING | |
| 19202-11744470 | - | CUTTER, BROMIDE | |
| 19202-11744471 | - | RIVET | |
| 19202-11744472 | - | WEIGHT, OUTER | |
| 19202-11744473 | - | ASSEMBLY, BROMIDE AMPULE | |
| 19202-11744474 | - | CAN, BROMIDE | |
| 19202-11744475 | - | DIAPHRAGM, BROMIDE | |
| 19202-11744476 | - | PLATE, BROMIDE WELD | |
| 192 -11744477 | - | ASSEMBLY, BROMIDE CUP/WEIGHT | |
| 19202-11744478 | - | CUP, BROMIDE | |
| 53711-11744479 | - | WEIGHT, INNER | |
| 9202-11744726 | - | POWER SUPPLY | |
| 9200-12579607 | A | GEOMETRIC SYMBOLS FOR DIMENSIONING AND TOLERANCING | |

TECHNICAL DATA PACKAGE LISTS

| | | |
|---|---|---|
| 9202-11744726 | 04/13/1992 | POWER SUPPLY |

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| SPECIFICATIONS | | | | | |
| SYSTEM | | | | | |
| -OD18332 | - | | | PROCEDURES FOR PREPARING LEAD: LEAD DIOXIDE RESERVE ENERGIZER ELECTRODE STOCK BY ELECTRODEPOSITION | |
| DERAL | | | | | |
| A-A-208 | A | | | INK, MARKING, STENCIL, OPAQUE (POROUS AND NON-POROUS SURFACES) | |

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- SHEET 4 of 15

NSN 1390-01-200-8338 DODIC NA

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| O-D-1271 | B | IA | 1 | DIETHYLENETRIAMINE, TECHNICAL | |
| QQ-N-290 | A | | | NICKEL PLATING (ELECTRO-DEPOSITED) | |
| QQ-S-571 | E | IA | 6 | SOLDER, ELECTRONIC (96 TO 485 DEGREES C) | |
| QQ-S-698 | - | AMD | 3 | STEEL, SHEET AND STRIP, LOW-CARBON | |
| **MILITARY** | | | | | |
| MIL-A-002550 | C | IA | 2 | AMMUNITION, GENERAL SPECIFICATION FOR | |
| MIL-F-13926 | B | AMD | 5 | FIRE CONTROL MATERIEL: GENERAL SPECIFICATION GOVERNING THE MANUFACTURE AND INSPECTION OF | |
| MIL-I-17563 | C | | | IMPREGNANTS FOR CAST OR POWDER METAL COMPONENTS | |
| MIL-L-60326 | - | AMD | 1 | LUBRICANT, FLUOROCARBON TELOMER DISPERSION (FOR USE WITH AMMUNITION) | |
| MIL-P-116 | J | AMD | 2 | PRESERVATION, METHODS OF | |
| MIL-P-81390 | - | | | PLASTIC, MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED | |
| MIL-Q-50829 | A | | | GENERAL QUALITY ASSURANCE PROVISIONS FOR PROXIMITY FUZES AND RELATED COMPONENTS | |
| MIL-T-10727 | C | | | TIN PLATING; ELECTRODEPOSITED OR HOT-DIPPED, FOR FERROUS AND NON FERROUS METALS | |
| **STANDARDS** | | | | | |
| **MILITARY** | | | | | |
| MIL-STD-105 | E | | | SAMPLING PROCEDURES AND TABLES FOR INSPECTION BY ATTRIBUTES | |
| MIL-STD-1167 | C | NOT | 1 | AMMUNITION DATA CARD | |
| MIL-STD-1168 | A | NOT | 2 | AMMUNITION LOT NUMBERING | |

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- SHEET 5 of 15

NSN 1390-01-200-8338 DODIC NA

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURITY CLASS |
|---|---|---|---|---|---|
| MIL-STD-1169 | B | NOT | 1 | PACKAGING, PACKING AND MARKING FOR SHIPMENT OF INERT AMMUNITION COMPONENTS | |
| MIL-STD-129 | M | | | MARKING FOR SHIPMENT AND STORAGE | |
| MIL-STD-171 | E | | | FINISHING OF METAL AND WOOD SURFACES | |
| MIL-STD-2073-1 | B | | | DOD MATERIEL PROCEDURES FOR DEVELOPMENT AND APPLICATION OF PACKAGING REQUIREMENTS | |
| MIL-STD-331 | B | NOT | 4 | FUZE AND FUZE COMPONENTS, ENVIRONMENTAL AND PERFORMANCE TESTS FOR | |
| **INDUSTRY** | | | | | |
| ASTM B121 | 91 | | | LEADED BRASS PLATE, SHEET, STRIP, AND ROLLED BAR | |
| ASTM B124 | 89 | | | COPPER AND COPPER-ALLOY FORGING ROD, BAR, AND SHAPES | |
| ASTM B133 | 93 | | | COPPER ROD, BAR, AND SHAPES | |
| ASTM B152 | 93 | | | COPPER SHEET, STRIP, PLATE AND ROLLED BAR | |
| ASTM B187 | 92 | | | COPPER BUS BAR, ROD, AND SHAPES | |
| ASTM B19 | 86 | | | CARTRIDGE BRASS SHEET, STRIP, PLATE, BAR, AND DISKS (BLANKS) | |
| ASTM B194 | 92 | | | COPPER-BERYLLIUM ALLOY PLATE, SHEET, STRIP, AND ROLLED BAR. | |
| ASTM B2 | 88 | | | MEDIUM-HARD-DRAWN COPPER WIRE | |
| ASTM B255 | 83 | | | SINTERED BRONZE STRUCTURAL PARTS | |
| ASTM B3 | 90 | | | SOFT OR ANNEALED COPPER WIRE | |
| ASTM B301 | 93 | | | FREE-CUTTING COPPER ROD AND BAR | |
| ASTM B36/B36M | 91 | | | BRASS PLATE, SHEET, STRIP, AND ROLLED BAR | |

No 0164-95-R-K042 PAGE 10

AUTOMATED DATA LIST (ADL)

ADL 53711-5355797- SHEET 6 of 15

NSN 1390-01-200-8338 DODIC NA

| DOCUMENT NUMBER | REV | CHG CAT | LEVEL | NOMENCLATURE | SECURIT CLASS |
|---|---|---|---|---|---|
| ASTM B545 | 92 | | | ELECTRODEPOSITED COATINGS OF TIN | |
| ASTM B633 | 85 | | | ELECTRODEPOSITED COATINGS OF ZINC ON IRON AND STEEL | |
| ASTM D3953 | 91 | | | STRAPPING, FLAT STEEL AND SEALS | |
| ASTM D619 | 92 | | | VULCANIZED FIBRE USED FOR ELECTRICAL INSULATION | |
| ASTM D710 | 94 | | | VULCANIZED FIBRE SHEETS, RODS, AND TUBES USED FOR ELECTRICAL INSULATION | |
| **PUBLICATIONS** | | | | | |
| 19202-TM-69-39 | 69 | | | ANALYTICAL PROCEDURES FOR DETERMINATION OF FLUOBORIC ACID ELECTROLYTE | |
| **HAZARDOUS COMPONENT SAFETY DATA STATEMENTS** | | | | | |
| 10025 | B | | | LEAD DIOXIDE | |
| 753 | B | | | LEAD | |

EXCEPTIONS TO DOCUMENTATION

1. THE FOLLOWING DOCUMENTS HAVE BEEN SUPERSEDED OR REPLACED, WHEREVER THEY MAY APPEAR, BY THE DOCUMENTS INDICATED

| SUPERSEDED DOCUMENT | SUPERSEDING DOCUMENT |
|---|---|
| TT-I-1795 | A-A-208 |
| QQ-S-781 | ASTM D3953 |
| MIL-A-2550 | MIL-A-002550 |
| MIL-B-50 | ASTM B19 |
| QQ-B-613 | ASTM B36/B36M OR ASTM B121 |

AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| ADL 53711-5355797- | SHEET 7 of 15 |
| NSN 1390-01-200-8338 | DODIC NA |

2. 11007047

2.1 NOTE 2, CHANGE "INTERIOR CUTTER ASSEMBLY, 11744468,.." TO "CUTTER ASSEMBLY, 11007052,.."

2.2 NOTE 3

2.2.1 DELETE "MIL-L-60326(MU) AMENDMENT 1".

2.2.2 CHANGE "...MIL-L-60326(MU) AMENDMENT 1 ..." TO "... WHICH CONTAINS NO CFC PROPELLANT OR OTHER OZONE DEPLETING CHEMICALS ...".

2.3 NOTE 5,

2.3.1 CHANGE "11744467" TO "11007047".

2.3.2 CHANGE "195 DEGREES F +/- 5 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

2.4 ZONE C-6, CHANGE "1.256 + .001/-.004" TO "1.265 MAX".

2.5 ZONE D-4/5, ADD CALLOUT FOR DRAWING 10974339 AS SHOWN:




3. 11007061

3.1 DELETE " [-A-] " CALLOUT FROM 1.256 DIAMETER.

3.2 ADD " [-A-] " CALLOUT TO .250 DIAMETER.

3.3 ADD POSITIONAL TOLERANCE " [⌖ | A | .020 DIA] " TO 1.256 DIAMETER.

3.4 NOTES, ADD "4. MAXIMUM RADIUS .025 UNLESS OTHERWISE STATED".

4. 11007068

4.1 DELETE " [-A-] " CALLOUT FROM 1.230 DIAMETER.

4.2 ADD " [-A-] " CALLOUT TO .125 DIAMETER.

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 8 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

4.3 DELETE POSITIONAL TOLERANCE FRAME FROM .125 DIAMETER.

4.4 ADD POSITIONAL TOLERANCE "⌖ | A | .010 DIA" TO 1.230 DIAMETER.

4.5 ADD "SEE DETAIL A" TO .062 +/- .008 RADIUS.

4.6 ADD DETAIL A DRAWING AS SHOWN:




4.7 CHANGE ".125 +/- .015 DIA" TO ".125 +/- .005 DIA".

5. 11007073

5.1 CHANGE VENDOR TO "FISCHER SCIENTIFIC, ROCHESTER, NY".

6. 11707234

6.1 SHEET 1, ADD: "SUGGESTED SOURCE OF SUPPLY:

SHELL CHEMICAL CORPORATION
P.O. BOX 2463
HOUSTON, TX 77001
FSCM 86961
PART NUMBER EPON 815".

7. 11707235

7.1 SHEET 1, ADD: "SUGGESTED SOURCE OF SUPPLY:

(LP-3 POLYSULFIDE POLYMER)
THIOKOL CORPORATION
SPECIALITY CHEMICAL DIVISION
TRENTON, NJ 08650
(604) 396-4001
CAGE 32063".

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 9 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

8. 11707713

8.1 ZONE B-1,

8.1.1 CHANGE "EAA RESIN 435" TO "PRIMACOR 3150".

8.1.2 CHANGE "EAA RESIN 452 OR 455" TO "PRIMACOR 1320 OR 3330".

8.2 NOTE 4, ADD SECOND VENDOR AS SHOWN:

"B. CURWOOD, INC.
P.O. BOX 2968
OSHKOSH, WI 54903
CAGE CODE: NONE"

9. 11716473

9.1 NOTE 5, CHANGE TO READ: "ATTACH NEGATIVE WIRE TO THE BOTTOM PLATE IN APPROXIMATE POSITION SHOWN. EXACT POSITIONING TO BE COMPATIBLE WITH PLACEMENT: OPTION 1, INTO HOUSING 11718310 AND WITH POWER SUPPLY 11744726, OR OPTION 2, INTO A RIM MOLD CAVITY AND WITH POWER SUPPLY 11742744."

9.2 NOTE 6, CHANGE TO READ: "ATTACH POSITIVE WIRE LEAD TO EITHER AMPULE OR SEQUENCER. ATTACHMENT POINT AND ROUTING OPTIONAL. EXACT POSITIONING TO BE COMPATIBLE WITH PLACEMENT: OPTION 1, INTO HOUSING 11718310 AND WITH POWER SUPPLY 11744726, OR OPTION 2, INTO A RIM MOLD CAVITY AND WITH POWER SUPPLY 11742744."

9.3 NOTE 9, CHANGE "11007046" TO "11744726 OR 11742744".

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 10 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

9.4 CHANGE EXISTING WIRE LEAD CALLOUT TO "OPTION 1" AND ADD "OPTION 2" CONFIGURATION WITH CALLOUT AS SHOWN:




10. 11718248

10.1 SHEET 1, APPLICATION BLOCK, ADD NEXT ASSY AND USED ON NO.

| NEXT ASSY | USED ON |
|---|---|
| 11744726 | M732 |

11. 11718305

11.1 NOTE 2, CHANGE TO "2. PLASTIC MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED PER ASTM D3935, PC110G22A00340KB110NA145."

11.2 NOTE 4, CHANGE "1107046" TO "11744726".

12. 11718308

12.1 ZONE B-3, CHANGE ".010 +/- .001" TO ".0075 +/- .001".

13. 11718309

13.1 NOTE 2, CHANGE "B10974349" TO "A10974349".

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | | SHEET 11 of 15 |
|---|---|---|
| 1390-01-200-8338 | DODIC NA | |

14. 11718310

14.1 NOTE 2, CHANGE TO: "2. PLASTIC MOLDING MATERIAL, POLYCARBONATE, GLASS FIBER REINFORCED PER ASTM D3935, PC110G22A00340KB110NA145."

15. 11718311

15.1 NOTE 2, CHANGE ALTERNATE MATERIAL TO: "ALTERNATE MATERIAL: BRASS, ASTM B36, UNS NO. C26000, TEMPER H02; BRASS SHEET, ASTM B19, UNS NO. C26000, TEMPER H02; OR FORGING BRASS, ASTM B124, UNS NO. C37700."

15.2 ZONE B2,

15.2.1 CHANGE DIMPLE HEIGHT FROM ".013/.011" TO ".013 +/- .002".

15.2.2 CHANGE ".100" TO ".100 NOTE 7".

15.2.3 ADD NOTE 7 AS FOLLOWS:

"7. THIS DIMENSION SHALL CHANGE TO .125+/-.010 WHEN MAKING THE PART AS A BRASS FORGING."

16. 11718316

16.1 NOTE 4, CHANGE "11007046" TO "11744726 OR 11742744".

17. 11744473

17.1 ZONE B-2, ADD "SEE NOTE 4" TO PART CALLOUT OF 11007063 FIBER, POLYPROPYLENE.

17.2 ZONE B-2, ADD PART CALLOUT OF "11007073 METHYLENE BROMINE SEE NOTE 4".

17.3 NOTE 6, CHANGE "85 DEGREES C +/- 3 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| ADL 53711-5355797- | SHEET 12 of 15 |
| NSN 1390-01-200-8338 | DODIC NA |

18. 11744474

18.1 CHANGE CUTTING PLANE DIRECTION TO CORRECT PICTORIAL AS SHOWN:




SECTION A-A




SECTION B-B

AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| ADL 53711-5355797- | SHEET 13 of 15 |
| NSN 1390-01-200-8338 | DODIC NA |

19. 11744477

19.1 . CHANGE CUTTING PLANE DIRECTION TO CORRECT PICTORIAL AS SHOWN:




SECTION A-A







SECTION B-B

AUTOMATED DATA LIST (ADL)

| | |
|---|---|
| ADL 53711-5355797- | SHEET 14 of 15 |
| NSN 1390-01-200-8338 | DODIC NA |

20. 11744478

20.1 SECTION A-A, DETAIL B, ADD DASH LINES AND DETAIL A, ADD SOLID LINES AS SHOWN:




20.2 DETAIL B, CHANGE ".060 +/- .005" TO ".060 + .000/-.025".

21. 11744726

21.1 SHEET 11, PARAGRAPH 4.6.1.1, CHANGE "85 DEGREES C +/- 3 DEGREES" TO "195 DEGREES F - 10 DEGREES F".

21.2 SHEET 11, PARAGRAPH 4.6.1.1.1, CHANGE TO READ "BROMIDE AMPULE. THE AMPULE SHALL BE TESTED BASE (WELD AREA) DOWN. THE AMPULE SHALL BE EXAMINED FOR EVIDENCE OF LEAKAGE AND SHALL NOT HAVE MORE THAN A 0.1 GRAM WEIGHT LOSS AFTER HEATING (SEE 4.4.5.1.2.1)."

21.3 SHEET 4,

21.3.1 PARAGRAPH 3.3.1.1, DELETE "MAXIMUM" AFTER 1100 G'S AND 45 RPS.

21.3.2 PARAGRAPH 3.3.1.4, CHANGE "..BETWEEN 1.0 AND 150 SECONDS.." TO "..BETWEEN 2.0 AND 150 SECONDS.."

21.3.3 PARAGRAPH 3:3.1, LINE 2, DELETE "RESISTIVE".

AUTOMATED DATA LIST (ADL)

| ADL 53711-5355797- | SHEET 15 of 15 |
|---|---|
| NSN 1390-01-200-8338 | DODIC NA |

21.3.4 PARAGRAPHG 3.3.1, ADD TO END OF COLUMN

ALTERNATE METHOD
LOAD (MILLIAMPS)
13
90
13
90

21.4 SHEET 12, PARAGRAPH 4.6.1.4, DELETE "AND 4.6.1.1 FOR TEST."

ADDITIONAL REQUIREMENTS

1. FEDERAL AND MILITARY SPECIFICATIONS AND STANDARDS ARE NOT PROVIDED BY NAVSURFWARCENDIV CRANE (CODE 402); TO BE OBTAINED FROM:

U.S. NAVAL PUBLICATION AND PRINTING SERVICE OFFICE
700 ROBBINS AVENUE
STANDARDIZATION DOCUMENTS ORDER DESK
BUILDING 4D
PHILADELPHIA, PA 19111-59094

2. INTERPRET CLASSIFICATION OF CHARACTERISTICS IN ACCORDANCE WITH DOD-STD-2101.

2.1 INSPECTION CLARIFICATION - WHEN THE CLASSIFICATION CODE IS ADJACENT TO A DRAWING CALLOUT OF A FEATURE THAT HAS COMBINED DIMENSIONAL AND GEOMETRIC CONTROLS, THE CLASSIFICATION CODE APPLIES TO THE ENTIRE CALLOUT UNLESS A PORTION OF THE CALLOUT IS BRACKETED, IN WHICH CASE ONLY THAT PORTION IS CLASSIFIED AS INDICATED BY THE CLASSIFICATION CODE.

3. REVISIONS OF SPECIFICATIONS AS LISTED ON THIS ADL SHALL BE USED IN LIEU OF REVISIONS SPECIFIED ON THE DRAWINGS.

4. UNLESS OTHERWISE STATED BY EXCEPTIONS OR ADDITIONS CONTAINED IN THIS ADL, ALL REFERENCES TO INSPECTION BY CLASS CONTAINED ON THE DRAWINGS AND SPECIFICATIONS SHALL BE CHANGED TO INSPECTION BY CHARACTERISTIC.

5. ALL PACKAGING USED SHALL CONFORM TO REQUIREMENTS OF MIL-STD-794, LEVEL C.

6. ALL REFERENCES TO SHOP ACCESSORY DRAWINGS, THOSE HAVING AN "SA" PREFIX, SHALL BE DELETED. THE CONTRACTOR SHALL BE RESPONSIBLE FOR PREPARATION OF ANY DOCUMENTATION NEEDED FOR ACCEPTANCE INSPECTION EQUIPMENT NOT CONTRACTUALLY STATED TO BE GOVERNMENT SUPPLIED.

## Configuration Control MIL-STD-973

a. Any Engineering Change Proposal (ECP), any request for deviation, and any requests for waiver affecting Critical and Major Classification of characteristics shall be submitted to the PCO (Procurement Contracting Officer) for approval on items being procured under this contract in accordance with the latest version of the MIL-STD-973. If any such modification or superseding document affects the cost of performance of this contract, an equitable adjustment shall be made in the contract price in accordance with the provisions of the "Changes" clause of this contract. Requests for waivers or deviations shall be approved/disapproved within 45 working days by the PCO (NSPCC Code 0282)

b. The Contractor shall submit five (5) copies of each ECP or request for Major characteristics deviation or waiver to the ACO for distribution.

c. Authorization for the Contract Administrative Office to approve/disapprove deviations/waivers is specifically withheld.

d. The Administrative Contracting Officer will distribute requests as follows:

| no.of copies | addressees |
|---|---|
| ONE | Commanding Officer<br>Attn: Code 0282.6<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 |
| ONE | Officer in Charge<br>Attn: Code 61JV<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 |
| FIVE | Administrative Contracting Officer<br>(indicated in block 6 of SF 26) |
| * ORIGINAL | Commanding Officer<br>Attn: Code 4025<br>Naval Surface Warfare Center<br>Crane Division<br>Crane, IN 47522-5000 |

* Denotes the In-Service Engineering Activity

N00104-95-R-R042


NAVSURFWARCENDIV CRANE CODE 402
CONTRACT DOCUMENTS SUMMARY LIST TAILORING REQUIREMENTS
FOR MIL-STD-973

The application of MIL-STD-973 and Interim Change Notice 1 is tailored as follows: Paragraph 5.4.8 and subparagraphs, Appendix D and Appendix E (as tailored below) apply.

(1) Page 60, Delete paragraph 5.4.8.2.6 and replace with the following: "ECP Review and Approval. All ECP's shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Contractual authorization of ECP's is required prior to implementation."

(2) Page 61, Paragraph 5.4.8.3.4 In line 6 add "or size" after "weight".

(3) Page 61. Add new paragraph as follows: "5.4.8.3.4.1 Deviation and Support Data. A deviation shall be supported by test data and analysis, where appropriate, which shall be provided to support the decision regarding acceptance of the nonconformance."

(4) Page 61. Delete paragraph 5.4.8.3.5 and replace with the following: "All deviations shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Critical deviations should be processed within 30 calendar days of receipt by the Government and all other deviations processed within 60 calendar days of receipt by the Government. Contractual authorization of deviations is required prior to implementation."

(5) Page 62. Paragraph 5.4.8.4 Delete lines 7 thru 10.

(6) Page 62. Paragraph 5.4.8.4.4 On line 6 add "or size" after "weight".

(7) Page 62. Add new paragraph as follows: "5.4.8.4.4.1 Waiver Support Data. A waiver shall be supported by test data and analysis, where appropriate, which shall be provided to support the decision regarding acceptance of the nonconformance."

(8) Page 62. Delete paragraph 5.4.8.4.5 and replace with the following: "All waivers shall be submitted as specified in the Contract Data Requirements List for review and approval or disapproval. Critical waivers should be processed within 30 calendar days of receipt by the Government and all other waivers processed within 60 calendar days of receipt by the Government. Contractual Authorization of waivers is required prior to implementation."

(9) Appendix D, Page 141, para D.4.1, change first sentence to read: "DD Forms 1692 through 1692/6 (see Figures 9a-9g) shall be used for the submission and processing of all class I and II engineering changes." Add to the end of the paragraph: "ECP Forms used shall be numbered sequentially in the header block as illustrated in Figure 9h."

(10) Appendix D, Page 141, para D.4.2, line 3. Correct reference to read "(See 5.4.2.2.3.3, page 37)."

(11) Appendix D, Page 141, para D.4.4, line 3. Add to end of paragraph: "Each ECP package (first page) shall be marked with the MIL-STD-1806 abbreviated version of the distribution statement as shown in Figure 9i. Note that separate documents within the ECP package can contain different distribution statements, therefore, care must be taken to ensure that when this occurs the ECP package cover, i.e., the first page, is marked with the most limiting statement. Responsibility for determining the appropriate distribution statement resides with the Government Design Activity. If there is insufficient room on the bottom of the DD Form, the distribution statement may be added (1) outside the top margin (first alternative) or (2) outside the side margin (second alternative). Use of these alternative locations shall be avoided whenever possible.

(12) Appendix D, Page 144, para D.5.1.8.6, line 4, Add: "Each revision ECP shall be a complete package including all supporting documents and enclosures."

(13) Appendix D, Page 144, para D.5.1.11, line 4. Change to read "number, current revision letter, ...".

V00104-95-R-R042 PAGE 23

(14) Appendix D, Page 169, add the following new Figure 9h:




FIGURE 9h. ECP Page Numbering

(15) Appendix D, Page 169, Add the following new Figure 9i:




FIGURE 9I. Location of Distribution Statement/Export Control Warning Notice

(16) Appendix E, Page 170. Add new paragraph E.4.4 as follows: "E.4.4 Distribution Statement and Export Control Warning Notice. Each deviation/waiver first page shall be marked with the MIL-STD-1806 abbreviated version of the distribution statement as shown in Figure 10a. Note that separate documents within the deviation/waiver package can contain different distribution statements, therefore, care must be taken to ensure that when this occurs, the deviation/waiver package cover, i.e., the first page, is marked with the most limiting statement. Responsibility for determining the appropriate distribution statement resides with the Government Design Activity. If there is insufficient room on the bottom of the DD Form, the distribution statement may be added (1) outside the top margin (first alternative) or (2) outside the side margin (second alternative). use of these alternative locations shall be avoided whenever possible."

(17) Appendix E, Page 175, add the following new Figure 10a:




FIGURE 10a. Location of Distribution Statement/Export Control Warning Notice

C-UPDATING SPECIFICATIONS AND STANDARDS

If the contractor has a contract, or multiple DoD contracts, that incorporate outdated or different versions of military specifications or standards, the contractor may request that all of its contracts be updated to the latest version of the applicable specifications or standards. Updating must not affect the form, fit, or function of any deliverable item, or increase the cost to the government. The contractor may submit updating requests through the administrative contracting officer to the responsible contracting officer and shall perform the contract in accordance with the existing specifications and standards until notified by the administrative contracting officer that updating is approved.

PR: _N4993595NA004

REQUESTOR:

1. Transportation Data:

a. NSN/NALC:2T 1390-01-200-8338

b. Nomenclature:FUZE,POWER SUPPLY,PS115

c. GBL Freight Description:BATTERIES,ELECTRIC NO I

d. NMFC Number:60700

e. UFC Number:34110

f. Hazard Classification (Class, Division and Storage Compatibility):

g. UN Number:

h. Container Markings:

i. Performance Oriented Packaging Certification Marking:

j. Label:

k. Security Risk Code (SRC):7

l. Hazardous materials shall be offered for transportation in full compliance with Title 49 Code of Federal Regulations (49 CFR).

Remarks: The above transportation data must be updated within 30 days prior to marking and labeling because of the leadtime between the initiation of the procurement and the actual shipping timeframe. Please contact Mrs. Pat Mainhart at the Naval Ordnance Center IMSD, Mechanicsburg, PA com (717) 790-5790 for updated data.

Name DATE

N00104-95-R-K042



LOGISTICS APPLICATIONS OF AUTOMATED MARKING AND READING SYMBOLS (LOGMARS) (BAR CODING) (REV 6/88)

1. Marking for Shipment-Bar Coding required. Items supplied hereunder shall be marked for shipment in accordance with Appendix H of MIL-STD-129(lastest rev), Notice 1, dated 5 November 1986, including bar coding in accordance with MIL-STD-1189 (latest rev), as clarified below:

a. The National Stock Number (NSN), Navy Item Control Number (NICN), or local stock number in bar code shall include only the thirteen characters of the stock number without prefixes, suffixes, dashes, or spaces.

b. The 13-character contract/basic ordering agreement and the 4-character delivery order or call number, when used, shall be bar coded with no spaces or dashes encoded.

c. The Human Readable Interpretation (HRI) shall be an exact interpretation of the bar code data and will not contain spaces or dashes.

d. HRI no longer must be OCR-A, does not have to be machine readable and may be in any easily readable print.

e. HRI may appear either above or below the bar code, but preferably below.

f. The preferred bar code density (character/inch) is "high" but densities from "high to low" are acceptable. Densities are defined in MIL-STD-1189A, dated 2 September 1984.

g. Unless otherwise specified, the minimum bar code height shall be 0.25 inches (6.35 mm).

h. The bar code shall be machine readable in three or fewer attempts with a pen scanner or two or fewer attempts with a laser scanner.

i. On unit and intermediate packages the stock number in bar code with HRI below may be on the same label as other data required by MIL-STD-129. However, the bar coded number will appear on the top line with the HRI on the second line. The complete NSN, NICN, or local stock number including the prefix, suffix, dashes and spaces shall be reflected as part of the item identification markings, in accordance with MIL-STD-129.

j. On outer containers:

(1) Preferably the stock number and contract number/basic ordering agreement plus delivery order number will be stacked on two separate lines, with the stock number immediately above the contract/basic ordering agreement plus delivery order number.

(2) The stock number and the contract number/basic ordering agreement plus delivery order number may be encoded on the same line with the stock number preceding the contract/basic ordering agreement plus delivery order number, but shall be separated by a 0.5 inch space

k. Multipacks (shipping containers enclosing two or more items with different stock numbers) shall be bar coded as follows:

(1) Item identification marking will not be bar coded on the exterior of multipack shipments. However, unit packages and intermediate containers require bar code markings as described by MIL-STD-129.

(2) The contract number/basic ordering agreement plus delivery order number will be bar coded on the exterior container of multipack shipments. If mixed contract/delivery order numbers are contained in the multipack, then each unit or intermediate container will have the bar code markings required by MIL-STD-129, and the exterior container will not be bar coded.

l. Excluded from the bar code markings are:

(1) Items described solely by reference to the contractor's part number and for which NSN's neither exist nor will be assigned.

(2) Items consigned to a prime contractor's plant for installation in production items.

(3) Items that are designated for immediate use by the Navy and will not be placed in stock.

(4) Stock numbered reusable containers (empty or with items contained within).

**E-INSPECTION, ACCEPTANCE, AND PLACE OF PACKAGING (NSPCC) (JAN 1993)**

Supplies furnished hereunder shall be inspected at ( X ) contractor's and/or subcontractor's plant or ( ) destination. Acceptance shall be at ( X ) contractor's and/or subcontractor's plant or ( ) destination.

If supplies will be packaged at a location different from the offeror address indicated on the solicitation, the offeror shall provide the name and street address of the packaging location:

Packaging House ______________________________

Address ______________________________

## INSPECTION AND ACCEPTANCE

Production Quality Assurance of all items to be furnished hereunder shall be made by the cognizant Government Inspector at the contractor's or sub-contractor's plant

**NOTE:**

Acceptance or rejection shall be accomplished by the cognizant GQAR based upon his own inspection(s) and the results of the First Articles or Periodic Production and/or Acceptance Samples from the testing activity to the GQAR via Procurement Contracting Officer (PCO).

**QUALITY ASSURANCE REQUIREMENTS**

An inspection lot shall consist of items manufactured under essentially the same conditions and at essentially the same time. Prior to submittal of each inspection lot to the Government Representative, the contractor shall provide inspection/or test records that assure the units presented have passed all inspections and tests required by the applicable drawings, specifications and quality assurance documentation. Unless specified otherwise, as a minimum this inspection and testing shall be in accordance with MIL-STD-105, latest revision at issue date of solicitation, inspection Level II, with 100% inspection for critical characteristics, 1.0 AQL (Acceptance Quality Level), for major characteristics and 2.5 AQL for all other characteristics. All defects of the same class will be considered collectively when determined compliance with applicable AQL.

N00104-95-R-K042 PAGE 3?

PRODUCTION LOT TEST SAMPLES (CONTRACTOR TESTING)

1. Test samples are required from each production lot and are to be submitted as follows:

a. A production lot shall consist of 10,000 units plus 80 additional units for sampling purposes.

(1) (X) Test samples are destructive and cannot be delivered as part of the contract quantity.

(2) () Test samples are not destructive units which satisfy test and contract requirements may be delivered as part of the contract quantity.

b. Delivery. The production lots must be manufactured and samples must be selected for testing by the scheduled delivery date for production units specified elsewhere in the contract. Such manufacture and presentation of a proper number of production lot(s) to meet the scheduled delivery quantity will be considered as meeting the delivery schedule. all other contractual requirements, such as acceptance, shipment, and payment will not be accomplished until the production lot test samples have been tested and approved and contractor so notified per paragraph (d) below. Upon receipt of written or verbal notice accepting a production lot, Shipment shall be made as soon as possible and no later than five days after receipt of such notice.

c. Testing to be performed by the contractor and witnessed by the Government Quality Assurance Representative (GQAR).

_____ (1) Production lot test report is not required.

_____ (2) Production lot test report is required. Approval will be made by GQAR. Copy to be forwarded to SPCC code _____.

X (3) Production lot test report is required. Report to be forwarded to NSWC,CRANE,IN.CODE 4025 for approval.

d. The Contracting Officer shall, by written or verbal notice to the contractor within 30 calendar days after receipt of the production lot test reports by the Commanding Officer approve or disapprove the production lot test report. The notice of approval or conditional approval shall not relieve the contractor from complying with all requirements of the specification and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the contractor. A notice of disapproval shall cite reasons therefor. Contractor shall not make any shipment of the production lot until receipt of notification of approval from the cognizant Government authority.

2. If the production lot test report(s) is disapproved by the Government (paragraph c (2)/(3) above), the Contractor may be required, at the option of the government, to select an additional production lot test sample(s) for testing. Such additional test sample shall be furnished under the terms and conditions within the time limit specified in 1.b above. The costs of additional test sample approval, and all cost related to such tests shall be borne be the contractor. Upon approval of the production lot test sample(s) submitted, the Contracting Officer will equitably adjust the delivery schedule of the contract for only the lot represented by such samples. The Government reserves the right to require an equitable decrease in contract price for any extension of the delivery schedule necessitated by additional tests, or for any additional costs to the Government related to additional approval costs.

100104-95-R-K042



3. If the contractor fails to select and test any production lot test sample within the time or times specified, or if the Contracting Officer disapproves any production lot test report, the contract shall be deemed to have failed to make delivery within the meaning of the "default" clause of this contract, and this contract shall be subject to termination for default, provided that failure of the Government in such an event to terminate this contract shall not relieve the contractor of his responsibility to meet the delivery schedule for production quantities.

4. In the event that the Contracting Officer does not approve, conditionally approve, or disapprove the production lot test report(s) within the time specified, the Contracting officer shall, upon timely written request made by the contractor, make a determination of the delay occasioned the contractor thereby, and shall equitably adjust contractual provision affected by such delay, in accordance with the procedures provided in the "Changes-Fixed Price" clause. Failure to agree on any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes".

52.246-11 - HIGHER LEVEL CONTRACT QUALITY REQUIREMENT (GOVERNMENT SPECIFICATION) APR 1984

(a) Definition "Contract date," as used in this clause, means the date set for bid opening or, if this is a negotiated contractor a modification, the effective date of this contract or modification.

(b) The Contractor shall comply with the specification entitled MIL-I-45208A effect on the contract date, which is hereby incorporated into this contract.

N00104-95-R-R042


**SUP 5252.246-9400**
**SPECIAL DISTRIBUTION of DD FORM 250 (JAN 1992)**

1. The Material Inspection and Receiving Report (DD FORM 250 ) required to be furnished elsewhere herein shall be distributed by the Contractor in accordance with the Tables 1 and 2 of the DOD FAR Supplement Appendix F, "Material Inspection and Receiving Report". The addresses set forth below are those required to be specified with in the contract by the aforementioned Table 2.

| Activity | no. copies |
|---|---|
| Contracting Officer | |
| Commanding Officer<br>Attn: 0282.6<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 | 1 |
| Officer in Charge<br>Attn: 61JV<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 | 1 |
| Administrative Contracting Officer (ACO)<br>(indicated in block 6 of SF 26) | 3 |

# QUALITY ASSURANCE REQUIREMENTS

The following Special Inspection Requirements are supplemental to specified paragraphs of MIL-I-45208A:

a. Paragraph 3.1 - Contractor Responsibilities

(1) The Contractor's Inspection System shall be documented in the form of a comprehensive written Inspection Plan that provides for the various types of inspection required on this contract. The plan shall include Flow Progress Chart(s) which will show each step in the fabrication and shall specify all inspection operation and Tests.

(2) Delegation of Inspection operations to suppliers shall be documented. If a contractor delegates any inspection operations to the suppliers, he retains responsibility to the Government for the quality of the supplier's products.

b. Paragraph 3.2.1 - Inspection and Testing Documentation

(1) Specific inspection instructions will be prepared for each inspection operation. All inspection instructions will be clear, complete, and up-to-date. Inspection instructions shall include process Flow Charts with Inspection Station Locations. All instructions shall provide positive criteria for approval or rejection of products.

(2) Inspection and test procedures shall be maintained current and as a minimum shall include the following:

(a) Identification of the item to be inspected, such as part number with revision letter and nomenclature.

(b) The characteristics to be verified.

(c) Measuring and test equipment to be used to verify each characteristic, i.e., plug gage, tapes, scopes, ohmmeter, etc.

(d) Detailed operations to be performed by the test operator, including operational checks or preliminary calibration of test setup.

(e) Exact method of inspection or measuring, include necessary manipulation of control on the article involved and on the measuring and test equipment.

(f) Conditions that must be maintained during inspection and test including ambient or environmental and precautions to be observed to prevent damage to the articles or instruments involved.

(g) Criteria for passing or failing the test or for determining conformance or rejection of the article including reference to workmanship standards.

(h) Details of sampling plans to be used if applicable.

(i) All characteristics included in the specifications and drawings. Each characteristic that has been classified in these documents as a critical or major shall be identified in the inspection and test procedures by a suitable symbol or number.

c. Paragraph 3.2.3 - Corrective Action

(1) Follow-up action report to substantiate the effectiveness of each corrective action shall be included in the records.

d. Paragraph 3.4 - Process Controls

(1) Process Controls procedures shall be prepared when necessary to supplement applicable process specifications to provide detail performance and control methods. The procedures shall document the preparation, fabrication, details, conditions to be maintained during each phase of the process, the methods of verifying the adequacy of processing materials, solutions, equipment, their associated control parameters and the required records to indicate the results of such inspection and process verification.

e. Paragraph 3.4 - Indication of Inspection Status

(1) The contractor shall document and implement a procedure for identifying the inspection status of products received and processed for this contract. Identification markings or symbols will, in addition to identifying material with this contract, indicate the condition (serviceable or reject) and the shop operation, inspection station or test that item has passed through.

f. Paragraph 3.7 - Nonconforming Material

(1) Any nonconforming item or material will be tagged as such immediately and, when possible, stored in either a locked bond area or in a holding area well removed from other items or material being processed.

**F -NOTICE REGARDING F.O.B. POINT (NSPCC) (JAN 1993)**

Offers/Bids submitted on an F.O.B. basis other than that required by the Solicitation.

( ) shall be rejected as non-responsive.

( X ) may be rejected as unacceptable.

N00104-95-R-K042



52.212-1

SECTION F

TIME OF DELIVERY

Delivery is required within the number of calendar days stated in the column below entitled "Required Delivery Time".

Unless otherwise specified below, your proposal will be deemed to offer delivery in accordance with the required schedule. The Government may elect to consider for award only those proposals which comply with the required delivery schedule but reserves the right to consider proposals which exceed the required schedule. You are therefore encouraged to submit a proposal even if you cannot comply with the required delivery schedule. If you can comply with the required delivery schedule but could offer lower prices for an extended schedule, you may submit two (2) or more proposals on each item. Provide the alternate delivery schedules and prices in the schedule under Section B. Clearly identify the alternate delivery schedule and prices and label as such. In the event that the Government accepts a longer delivery period, the solicitation will be amended to reflect the longer delivery period and the offerors will be given an opportunity to submit revised offers based on the revised delivery schedule.

| Item No. | Quantity | Required Delivery Time (Within the days stated below after date of contract) | Offer's Proposed Delivery Schedule Days after date of contract (to be completed by Offeror) |
|---|---|---|---|

See attached

N00164-95-R-K043



SECTION F - DELIVERIES

First Article Required

| Line Item | Quantity | Delivery Schedule | Consignee |
|---|---|---|---|
| 0001AB | 540 EA | 120 DACA | |
| 0001AA | 10,000 EA | 90 DAAFA | N60036 |
| 0001AA | 10,000 EA | 120 DAAFA | N60036 |
| 0001AA | 10,000 EA | 150 DAAFA | N60036 |
| 0001AA | 10,000 EA | 180 DAAFA | N60036 |
| 0001AA | 10,000 EA | 210 DAAFA | N60036 |
| 0001AA | 10,000 EA | 240 DAAFA | N60036 |
| 0001AA | 10,000 EA | 270 DAAFA | N60036 |
| 0001AA | 10,000 EA | 300 DAAFA | N60036 |
| 0001AA | 10,000 EA | 330 DAAFA | N60036 |

First Article Waived

| Line Item | Quantity | Delivery Schedule | Consignee |
|---|---|---|---|
| 0001AA | 10,000 EA | 120 DACA | N60036 |
| 0001AA | 10,000 EA | 150 DACA | N60036 |
| 0001AA | 10,000 EA | 180 DACA | N60036 |
| 0001AA | 10,000 EA | 210 DACA | N60036 |
| 0001AA | 10,000 EA | 240 DACA | N60036 |
| 0001AA | 10,000 EA | 270 DACA | N60036 |
| 0001AA | 10,000 EA | 310 DACA | N60036 |
| 0001AA | 10,000 EA | 340 DACA | N60036 |
| 0001AA | 10,000 EA | 370 DACA | N60036 |

**Destination:**

Commanding Officer (N60036)
Attn: WQEC Code 30 (Gene Cauthins)
Naval Weapons Station
Concord, CA 94520-5000

Shipment/Performance Notice Distribution - The cognizant DCASR payment office shall provide automated Shipment/Performance Notice (PJJ card) to the Navy Ships Parts Control Center, Code 851, Mechanicsburg, Pa 17055-0788 DOD Address Code N00104 (Routine ID Code NCB), (Communications ID RUEDNAA), in support of the Conventional Ammunition Integrated Management System (CAIMS).

FA - First Article
DACA - Days After Contract Award
DAAFA - Days After Approval of F/A

**G-ACCOUNTING DATA**

Accounting data will be cited at time of award.

N00164-95-R-K042



**SUP 5252.242-9400**
**DD Form 375 (PRODUCTION PROGRESS REPORTS) (JAN 1992).**

**(a)** The contractor shall prepare and submit DD Form 375 (Production Progress Report) for the following contract items:

**(b)** The forms shall be mailed on or before the 5th day of each month. Forms shall be distributed as set forth in paragraph (c).

**(c)** DD Form 375 (Production Progress Reports) shall be distributed as follows:

| **Addressee** | **No. of Copies** |
|---|---|
| **Contracting Officer** | |
| Commanding Officer (0282.6)<br>Navy Ships Parts Control Center<br>P.O. Box 2020<br>Mechanicsburg, Pa 17055-0788 | 1 |
| **Administrative Contracting Officer**<br>Block 6 of Standard Form 26 | 5 |
| Officer in Charge (61JV)<br>Naval Ordnance Center, IMSD<br>P.O. Box 2011<br>Mechanicsburg, Pa 17055-0735 | 1 |
| **In-Servie Engineering Activity**<br>Commanding Officer | |

**(d)** The report shall contain the following information:
(1) The problem, actual or potential and its cause;
(2) Items and quantities affected;
(3) When the delinquency started or will start;
(4) Action taken to overcome the delinquency;
(5) Estimated recovery date; and/or
(6) Proposed schedule revision.

**52.252-2 CLAUSES INCORPORATED BY REFERENCE JUN 1994**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

Availability of Text of Clauses - The complete text of any or all of the clauses is available from Contracting Officer, Navy Ships Parts Control Center, Attn: Code 026, 5450 Carlisle Pike, P.O. Box 2020, Mechanicsburg, Pa., 17055-0788.

| FAR/DFARS SOURCE | TITLE AND DATE |
| --- | --- |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES (APR 1984) |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985) |
| 52.203-7 | ANTI-KICKBACK PROCEDURES (OCT 1988) |
| 52.232-1 | PAYMENTS (APR 1984) |
| 52.233-3 | PROTEST AFTER AWARD (AUG 1989) |
| 52.243-1 | CHANGES - FIXED PRICE (AUG 1987) |

**52.202-1 DEFINITIONS (SEP 1991)**

**52.203-1 OFFICIALS NOT TO BENEFIT (APR 1984)**

**52.203-3 GRATUITIES (APR 1984)**

**52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990)**
*(Applies if value of contract is equal to or exceeds $25,000)*

**52.203-12 LIMITATION OF PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990)**

**52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (NOV 1992)**

**52.210-5 NEW MATERIAL (APR 1984)**

**52.210-7 USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY (APR 1984)**

**52.212-8 DEFENSE PRIORITY AND ALLOCATIONS REQUIREMENTS (SEP 1990)**

**52.212-10 DELIVERY OF EXCESS QUANTITIES (SEP 1989)**

**52.212-13 STOP WORK ORDER (AUG 1989)**

**52.212-15 GOVERNMENT DELAY OF WORK (APR 1984)**

**52.215-1 EXAMINATION OF RECORDS BY COMPTROLLER GENERAL (FEB 1993)**
*(Applies if contract value exceeds $25,000)*

**52.215-2 AUDIT-NEGOTIATION (FEB 1993)**
*(Applies if contract value exceeds $25,000)*

**52.215-22 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (JAN 1991)**

**52.215-24 SUBCONTRACTOR COST OR PRICING DATA (DEC 1991)**

**52.215-26 INTEGRITY OF UNIT PRICES (APR 1991)**

**52.215-33 ORDER OF PRECEDENCE (JAN 1986)**

**52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS (FEB 1990)**
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000)*

**52.219-9 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (JAN 1991)**
*NOTE: DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRACTING PLAN UNDER THE TEST PROGRAM IS APPROVED.*

**52.219-13 UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES (AUG 1986)**

**52.219-16 LIQUIDATED DAMAGES-SMALL BUSINESS SUBCONTRACTING PLAN (AUG 1989)**
*NOTE: DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRACTING PLAN UNDER THE TEST PROGRAM IS APPROVED.*

**52.220-3 UTILIZATION OF LABOR SURPLUS AREA CONCERNS (APR 1984)**

**52.220-4 LABOR SURPLUS AREA SUBCONTRACTING PROGRAM (APR 1984)**

**52.222-4 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME COMPENSATION (MAR 1986)**

**52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (APR 1984)**

**52.222-26 EQUAL OPPORTUNITY (APR 1984)**

**52.222-28 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (APR 1984)**

**52.222-35 AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1984)**

**52.222-36 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (APR 1984)**

**52.222-37 EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1988)**

**52.223-2 CLEAN AIR AND WATER (APR 1984)**

**52.223-6 DRUG-FREE WORKPLACE (JUL 1990)**
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000)*

**52.225-10 DUTY-FREE ENTRY (APR 1984)**

**52.225-11 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (MAY 1992)**

**52.227-1 AUTHORIZATION AND CONSENT (APR 1984)**
*(Applies if value of contract is over $25,000)*

**52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (APR 1984)**
*(Applies if value of contract is over $25,000)*

**52.227-3 PATENT INDEMNITY (APR 1984)**

52.229-3 FEDERAL STATE AND LOCAL TAXES (JAN 1991)
*(Applies if value of contract is over $25,000)*

52.229-5 TAXES-CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)

52.230-2 COST ACCOUNTING STANDARDS (AUG 1992)

52.230-3 DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (AUG 1992)

52.230-5 ADMINISTRATION OF COST ACCOUNTING STANDARDS (AUG 1992)

52.232-8 DISCOUNTS FOR PROMPT PAYMENT (APR 1989)

52.232-11 EXTRAS (APR 1984)

52.232-16 PROGRESS PAYMENTS (JUL 1991)
*(May generally apply, subject to the Contracting Officer's discretion to orders over $1,000,000, with delivery of material six (6) months or more after contract date and for Small Business concerns orders over $100,000, with delivery of material four (4) months or more after contract date.)*

52.232-17 INTEREST (JAN 1991)

52.232-18 AVAILABILITY OF FUNDS (APR 1984)

52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986)

52-232-25 PROMPT PAYMENT (MAR 1994)

52.232-28 ELECTRONIC FUNDS TRANSFER PAYMENT METHODS (APR 1989)

52.233-1 DISPUTES (MAR 1994)

52.236-7 PERMITS AND RESPONSIBILITIES (NOV 1991)

52.242-10 F.O.B. ORIGIN-GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE (APR 1984)

52.242-12 REPORT OF SHIPMENT (REPSHIP) (DEC 1989)

52.242-13 BANKRUPTCY (APR 1991)
*(Applies if value of contract is equal to or exceeds $25,000.)*

52.244-1 SUBCONTRACTS (FIXED-PRICE CONTRACTS) (APR 1991)
*(Not applicable to commercial items)*

52.246-2 INSPECTION OF SUPPLIES-FIXED-PRICE (JUL 1985)

52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984)

52.246-23 LIMITATION OF LIABILITY (APR 1984)

52.247-29 F.O.B. ORIGIN (JUN 1988)

52.247-30 F.O.B. ORIGIN, CONTRACTOR'S FACILITY (APR 1984)

52.247-52 CLEARANCE AND DOCUMENTATION REQUIREMENTS SHIPMENTS TO DOD AIR OR WATER TERMINAL TRANSSHIPMENT POINTS (APR 1984)

52.247-59 F.O.B. ORIGIN-CARLOAD AND TRUCKLOAD SHIPMENTS (APR 1984)

52.247-58 LOADING, BLOCKING, AND BRACING OF FREIGHT CAR SHIPMENTS (APR 1984)

52.248-1 VALUE ENGINEERING (MAR 1989)
*(Applies to contracts $100,000 or over)*

52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (APR 1984)
*(Applies to contracts $100,000 or over)*

52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984)

52.253-1 COMPUTER GENERATED FORMS (JAN 1991)

252.203-7000 STATUTORY COMPENSATION PROHIBITIONS AND REPORTING REQUIREMENTS RELATING TO CERTAIN FORMER DEPARTMENT OF DEFENSE (DOD) EMPLOYEES (DEC 1991)

252.203-7001 SPECIAL PROHIBITION ON EMPLOYMENT (APR 1993)

252.203-7003 PROHIBITION AGAINST RETALIATORY PERSONNEL ACTIONS (APR 1992)

252.204-7000 DISCLOSURE OF INFORMATION (DEC 1991)

252.204-7003 CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)

252.205-7000 PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)

252.209-7000 ACQUISITIONS FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE RANGE NUCLEAR FORCES (INF) TREATY (DEC 1991)
*(Applies if value of contract exceeds $25,000)*

252.219-7003 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (DoD CONTRACTS) (MAY 1994)
*(DOES NOT APPLY WHEN THE DOD COMPREHENSIVE SUBCONTRATING PLAN UNDER THE TEST PROGRAM IS APPROVED)*

252.225-7002 QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS (DEC 1991)

252.225-7005 IDENTIFICATION OF EXPENDITURES IN THE UNITED STATES (DEC 1991)
• *(Applies if value of contract exceeds $25,000)*

252.225-7007 TRADE AGREEMENTS ACT (JAN 1994)

252.225-7009 DUTY-FREE ENTRY--QUALIFYING COUNTRY END PRODUCTS AND SUPPLIES (DEC 1991)

252.225-7012 PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (MAY 1994)
*(Applies if value of contract exceeds $25,000)*

252.225-7014 **PREFERENCE FOR DOMESTIC SPECIALTY METALS (DEC 1991) ALTERNATE I (DEC 1991)**

252.225-7016 **RESTRICTION ON ACQUISITION OF ANTIFRICTION BEARINGS (APR 1993)**
*(Applies if value of contract exceeds $25,000)*
*(Applies to under $25,000 when antifriction bearings or bearing components are the end items)*

252.225-7025 **FOREIGN SOURCE RESTRICTIONS (APR 1993)**

252.225-7031 **SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 1992)**
*(APPLIES IF VALUE EXCEEDS $25,000)*

252.225-7032 **WAIVER OF UNITED KINGDOM LEVIES (OCT 1992)**

252.227-7013 **RIGHTS IN TECHNICAL DATA AND COMPUTER SOFTWARE (OCT 1988)**

252.227-7018 **RESTRICTIVE MARKINGS ON TECHNICAL DATA (OCT 1988)**

252.227-7029 **IDENTIFICATION OF TECHNICAL DATA (APR 1988)**

252.227-7030 **TECHNICAL DATA--WITHHOLDING OF PAYMENT (OCT 1988)**

252.227-7031 **DATA REQUIREMENTS (OCT 1988)**

252.227-7036 **CERTIFICATION OF TECHNICAL DATA CONFORMITY (MAY 1987)**

*(NOTE: This certification applies only to technical data contemplated by FAR Part 27 and required under this contract, and does not apply to material certifications including, but not limited to, certification of chemical composition, mechanical properties, and traceability, in which case positive certification is required in accordance with any applicable unique data item specification, for example, UDI-T-23191.)*

252.227-7037 **VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA (APR 1988)**

252.231-7000 **SUPPLEMENTAL COST PRINCIPALS (DEC 1991)**

252.232-7006 **REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD (AUG 1992)**

252.233-7000 **CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (MAY 1994)**

252.242-7000 **POSTAWARD CONFERENCE (DEC 1991)**

252.242-7004 **MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM REQUIREMENTS AND STANDARDS (DEC 1991)**

252.243-7001 **PRICING OF CONTRACT MODIFICATIONS (DEC 1991)**

252.246-7000 **MATERIAL INSPECTION AND RECEIVING REPORT (DEC 1991)**

252.246-7001 **WARRANTY OF DATA (DEC 1991)**

**52.203-9 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION (NOV 1990)**

(a) *Definitions.* The definitions set forth in FAR 3.104-4 are hereby incorporated in this clause.

(b) The Contractor agrees that it will execute the certification set forth in paragraph (c) of this clause when requested by the Contracting Officer in connection with the execution of any modification of this contract.

(c) *Certification.* As required in paragraph (b) of this clause, the officer or employee responsible for the modification proposal shall execute the following certification:

**CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION (NOV 1990)**

(1) I, Alex Latifi [*Name of certifier*] am the officer or employee responsible for the preparation of this modification proposal and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certification, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement N00104-95-R-K042 (*contract and modification number*).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of Axion Corp. [*Name of Offeror*] who has participated personally and substantially in the preparation or submission of this proposal has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections (27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: *(Continue on plain bond paper if necessary and label Certificate of Procurement Integrity-Modification (Continuation Sheet), ENTER 'NONE' IF NONE EXISTS)*

NONE

[signature]

[*Signature of the officer or employee responsible for the modification proposal and date*]

[*Typed name of the officer or employee responsible for the modification proposal*]

Alex Latifi, President 5-11-95

*Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

**THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.**

(End of Certification)

(d) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer or bid, may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certification shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a

contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for a period of 6 years from the date a certifying employee's employment with the company ends or, for an agency, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the contractor.

(e) The certification required by paragraph (c) of this clause is a material representation of fact upon which reliance will be placed in executing this modification.

FAR 52.209-3

FIRST ARTICLE APPROVAL-CONTRACTOR TESTING (SEP 1989)

(A) The Contractor shall test 540 unit(s) of Lot/Item 0001AB as specified in this contract. At least 45 calendar days before the beginning of the first article tests, the Contractor shall notify the Contracting Officer, in writing, of the time and location of the testing so the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 120 DACA ___ calendar days from the date of this contract to SPCC Code 0282 marked "FIRST ARTICLE TEST REPORT: Contract No.____________ .Lot/Item No.__________". Within 30 calendar days after the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article tests. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. the Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government.

(h) The Government may waive the requirement for the first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the Offeror/Contractor and have been accepted by the Government. The Offeror/Contractor may request a waiver.

**Alternate I - (SEP 1989).**

As prescribed in 9.308-1(a)(2) and (b)(2), add the following paragraph (i) to the basic clause

(i) The contractor shall produce both the first article and the production quantity at the same facility and shall submit a certification to this effect on each first article.

**Alternate II (SEP 1989)**

As prescribed in 9.303-1(a)(3) and (b)(3), substitute the following paragraph (g) for paragraph (g) of the basic clause.

(g) Before the first article approval, the Contracting Officer may by written authorization, authorize the Contractor to acquire specific materials or components or to commence production to the extent essential to meet the delivery schedules. Until first article approval is granted, only costs for the first article and costs incurred under this authorization are allocable to this contract for

(1) progress payments, or

(2) termination settlements if the contract is terminated for the convenience of the Government. If first article test reveal deviations from the contract requirements the contractor shall, at the location designated by the Government, make the required changes or replace all items produced under this contract at no change in the contract price.

**52.220-1 PREFERENCE FOR LABOR SURPLUS AREA CONCERNS (APR 1984)**

(a) This acquisition is not a set aside for labor surplus area (LSA) concerns. However, the offeror's status as such a concern may affect
(1) entitlement to award in case of tie offers or
(2) offer evaluation in accordance with the Buy American Act clause of this solicitation.

In order to determine whether the offeror is entitled to a preference under (1) or (2) above, the offeror must identify, below, the LSA in which the costs to be incurred on account of manufacturing or production (by the offeror or the first-tier subcontractors) amount to more than 50 percent of the contract price.

______________________________________________

______________________________________________

(b) Failure to identify the locations as specified above will preclude consideration of the offeror as an LSA concern. If the offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the offeror shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**NOTE:** Not applicable to Labor Surplus Area Set-Aside.

**DOD INSTRUCTIONS 5100.76-M (PHYSICAL SECURITY OF SENSITIVE CONVENTIONAL ARMS, AMMUNITION, AND EXPLOSIVES AT CONTRACTOR FACILITIES)**

Contractor agrees to comply with all applicable portions of DOD Instructions 5100.76-M (Physical Security of Sensitive Conventinal Arms, Ammunition, and Explosives at contractor facilities). The text of this instruction is available from Contracting Officer, Navy Ships Parts Control Center, Attn: Code 0282, 5450 Carlisle Pike, P.O. Box 2020, Mechanicsburg, PA 17055-0788 and will be furnished on request.

**52.215-9000 SUBMISSION OF COST OR PRICING DATA (NOV 1987) ALTERNATE 1 (NOV 1987)**

(a) It is expected that this contract will be awarded based upon a determination that there is adequate price competition; therefore, the offeror is not required to submit or certify cost or pricing data (SF 1411) with this proposal.

(b) If, after receipt of the proposals, the contracting officer determines that adequate price competition does not exist in accordance with FAR 15.804-3, the offeror shall provide certified cost or pricing data as requested by the contracting officer.

**ALTERNATE 1 (NOV 1987)**

(a) It is expected that this contract will be awarded based upon a determination that there is adequate price competition; therefore, the offeror is not required to submit or certify cost or pricing data (SF 1411) with its proposal.

(b) If, after receipt of the proposals, the contracting officer determines that adequate price competition does not exist, the offeror shall provide certified cost or pricing data as requested by the contracting officer. The offeror shall provide the requested data within (     ) calendar days from the date of the contracting officer's request.

**252.219-7005 INCENTIVE FOR SUBCONTRACTING WITH SMALL BUSINESSES, SMALL DISADVANTAGED BUSINESSES, HISTORICALLY BLACK COLLEGES AND UNIVERSITIES, AND MINORITY INSTITUTIONS (DEC 1991) ALTERNATE I (DEC 1991)**

(a) If the Contractor exceeds the small disadvantaged business, historically

black college and university, minority institution goal of its subcontracting plan, at completion of contract performance, the Contractor will receive _____0_____ percent of the excess.

(b) The Contractor will not receive this incentive if the Contracting Officer determines that exceeding the goal was not due to the Contractor's efforts (e.g., a subcontractor cost overrun or award of subcontracts planned but not disclosed in the subcontracting plan). Determinations made under this paragraph are not subject to the Disputes clause.

(c) If this is a cost contract, the limitations in FAR Subpart 15.9 may not be exceeded.

(d) This clause does not apply if the subcontracting plan is a plant, division, or company-wide commercial products plan.

**ALTERNATE 1 (DEC 1991)**

As prescribed in 219.708(c)(1), add the following paragraph (b) to the basic clause and renumber the existing paragraphs (b), (c), and (d) as (c), (d), and (e).
(b) If the Contractor exceeds the small business goal of its subcontracting plan, at completion of contract performance, the Contractor will receive ________(Insert appropriate number between 1 and 10) percent of the excess.

**252.243.7000 ENGINEERING CHANGE PROPOSALS (MAY 1994)**

(a) The Contracting Officer may ask the Contractor to prepare engineering change proposals for engineering changes within the scope of this contract. Upon receipt of a written request from the Contracting Officer, the Contractor shall prepare and submit an engineering change proposal in accordance with the instructions of MIL-STD-973, in effect on the date of contract award.

(b) The Contractor may initiate engineering change proposals. Contractor initiated engineering change proposals shall include a "not to exceed" price or a "not less than" price and delivery adjustment. If the Contracting Officer orders the engineering change, the increase shall not exceed nor the decrease be less than the "not to exceed" or "not less than" amounts.

(c) When the price of the engineering change is $500,000 or more, the Contractor shall submit
(1) A completed SF 1411, Contract Pricing Proposal Cover Sheet, and
(2) At the time of agreement on price, a signed Certificate of Current Cost or Pricing Data.

**252.248-7000 PREPARATION OF VALUE ENGINEERING CHANGE PROPOSALS (DEC 1991)**

Prepare value engineering change proposals, for submission pursuant to the value engineering clause of this contract, in the format prescribed by the version of__________MIL-STD-973___________in effect at time of contract award.

**252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)**

(a) *Definitions.*
As used in this clause--
(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.
(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign Fag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment, machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ U.S.-flag vessel in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that--

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(c) The contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum--

(1) Type, weight, and cube of cargo

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of Shipper and consignee

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(d) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Divisions of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washing DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information--

(1) Price contractor number;

(2) Name of vessel;

(3) Vessel flag of registry;
(4) Date of loading;
(5) Port of loading;
(6) Port of final discharge;
(7) Description of commodity;
(8) Gross weight in pounds and cubic feet if available;
(9) Total ocean freight in U.S. dollars; and
(10) Name of the steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief-

(1) No ocean transportation was used in the performance of this contract;
(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;
(3) Ocean transportation was used, and the Contractor has the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or
(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| TOTAL | ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|---|

(f) If the final invoice does not include the required representatión, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessel in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The Contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the small purchase limitation of section 13.000 of the Federal Acquisition Regulation.

**5252.232-9000 SUBMISSION OF INVOICES (FIXED PRICE) (JUL 1992)**

(a) "Invoice" as used in this clause does not include contractor's requests for progress payments.

(b) The contractor shall submit original invoices with ______ copies to the address identified in the solicitation/contract award form (SF26-Block 10; SF 33-Block 23; SF 1447-Block 14), unless delivery orders are applicable, in which case invoices will be segregated by individual order and submitted to the address specified in the order (DD 1155-Block 13 or SF 26-Block 10).

(c) The use of copies of the Material Inspection and Receiving Report (MIRR), DD Form 250, as an invoice is encouraged. DFARS Appendix F-306 provides instructions for such use. Copies of the MIRR used as an invoice are in addition to the standard distribution stated in DFARS F-401.

(d) In addition to the requirements of the Prompt Payment clause of this contract, the contractor shall cite on each invoice the contract line item number (CLIN); the contract subline item number (SLIN), if applicable; the accounting classification reference number (ACRN) as identified on the financial accounting data sheets, and the payments terms.

(e) The contractor shall prepare:

___X___ a separate invoice for each activity designated to receive

the supplies or services.

_______ a consolidated invoice covering all shipments delivered under an individual order.

_______ either of the above.

(f) If acceptance is at origin, the contractor shall submit the MIRR or other acceptance verification directly to the designated payment office. If acceptance is at destination, the consignee will forward acceptance verification to the designated payment office.

**5252.245-9400 USE OF EXISTING GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (JAN 1992)**

(a) Any offeror proposing to use existing production and research property in the performance of work under this solicitation shall submit with his offer the following:

(1) A list or description of all Government production and research property that the offeror or its subcontractors propose to use on a rent-free basis. This list shall include property offered for use in the solicitation, as well as property already in possession of the offeror and its subcontractors under other contracts.

(2) Identification of the facilities contract or other instrument under which property already in possession of the offeror and its subcontractors is held, and the written permission for its use from the Contracting Officer having cognizance of the property.

(3) The dates during which the property will be available for use (including the first, last, and all intervening months) and, for any property that will be used concurrently in performing two or more contracts, the amounts of the respective uses in sufficient detail to support proration of the rent.

(4) The amount of rent that would otherwise be charged, computed in accordance with FAR 45.403.

(b) The competitive advantage that might otherwise accrue to an offeror from the use of existing Government production and research property shall be eliminated by adding an evaluation factor to each offer for which such use is requested, which shall be equivalent to the rent which would otherwise be charged for such use. No use of Government production and research property other than as described and permitted herein shall be authorized unless such use is approved in writing by the Contracting Officer cognizant of the property, and either rent calculated in accordance with FAR 45.403 is charged, or the contract price is reduced by an equivalent amount.

**J -LIST OF ATTACHMENTS (NSPCC) (NOV 1992)**

The documents listed below marked with an "X" are physically included in this contract.

(X) Award/Contract (Standard Form 26)
( X ) Continuation Sheet (Supply Contract) (Pages 2 thru 130)
(  ) Specifications
( X ) DD Form 1423
( X ) DD Form 1423 (Back)

N00164-95-R-R042

PAGE 58

# CONTRACT DATA REQUIREMENTS LIST

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.:
B. EXHIBIT:
C. CATEGORY: TDP ___ X TM ___ OTHER ___

D. SYSTEM/ITEM: PS-115, 1390-01-200-8338
E. CONTRACT/PR NO.: N4993595NA004
F. CONTRACTOR:

1. DATA ITEM NO.: A001
2. TITLE OF DATA ITEM: AMMUNITION DATA CARD
3. SUBTITLE: AMMUNITION & EXPLOSIVE TECHNICAL DATA
4. AUTHORITY *(Data Acquisition Document No.)*: DI-MISC-80043
5. CONTRACT REFERENCE:
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ASREQ***
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: ASREQ***
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD CRANE (402)* | 0 | 1 | 0 |
| LOT/PARTIAL LOT | | | |
| SHIPMENT * | 0 | 0 | 2 |
| QAR | 0 | 0 | 1 |
| SEE REMARKS** | | | |
| 15. TOTAL ⟶ | 0 | 1 | 3 |

16. REMARKS

DATA CARDS SHALL BE PREPARED IN ACCORDANCE WITH MIL-STD-1167,AS CHANGED BY ADL EXCEPTIONS AND THE CONTRACT DOCUMENT LIST,USING THE GOVERNMENT FURNISHED ALRAM COMPUTER SOFTWARE AND USERS GUIDE.(CONTACT AMSMC-QAD) FOR ALRAM SOFTWARE AND USERS GUIDE)

*DATA CARDS PROVIDED TO NSWCD CRANE AND THE ONES SENT WITH SHIPMENTS SHALL BE HARDCOPY PRINTOUTS GENERATED WITH THE ALRAM COMPUTER SOFTWARE PROGRAM AND SHALL BE SIGNED AND DTD BY THE GOVERNMENT INSPECTOR . NSWCD CRANE SUBMISSIONS SHALL ALSO INCLUDE A HARDOPY PRINTOUT OF SAMPLE DATA CARDS (SEE MIL-STD-1167,PARA 4.1.4).

**WHEN BALLISTIC TESTS ARE REQUIRED 2 HARDCOPIES SHALL BE SENT TO THE PROVING GROUND WITH SHIPMENT AND 2 TO PROVING GROUND BY MAIL. SUBMISSIONS TO AMSMC-QAM SHALL CONSIST OF SAMPLE DATA CARDS (SEE MIL-STD-1167,PARA 4.1.4) AND MONTHLY SUBMISSIONS OF DATA DISKS IN ACCORDANCE WITH ALRAM USERS GUIDE.

***DATA CARDS PROVIDED TO NSWCD CRANE (CODE 402) SHALL BE SUBMITTED UPON COMPLETION OF EACH LOT.

1. DATA ITEM NO.:
2. TITLE OF DATA ITEM:
3. SUBTITLE:
4. AUTHORITY *(Data Acquisition Document No.)*:
5. CONTRACT REFERENCE:
6. REQUIRING OFFICE:
7. DD 250 REQ:
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY:
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION:
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| 15. TOTAL ⟶ | | | |

16. REMARKS

G. PREPARED BY: JOHN VENSKUS
H. DATE: 8 Feb 1995
I. APPROVED BY: J.W.LONG
J. DATE: 8 Feb 1995

DD Form 1423-2, JUN 90
1161/183 S/N 0102-LF-010-5400
*Previous editions are obsolete*

N00104-95-R-K042 PAGE 59

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information.. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services,Derectorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 
B. EXHIBIT: 
C. CATEGORY: TDP ___ X TM ___ OTHER ___

D. SYSTEM/ITEM: PS115, 1390-01-200-8338
E. CONTRACT/PR NO.: N499395NA004
F. CONTRACTOR: 

---

1. DATA ITEM NO.: A002
2. TITLE OF DATA ITEM: INSPECTION SYSTEM PLAN
3. SUBTITLE: 
4. AUTHORITY (Data Acquisition Document No.): OT-90-12011
5. CONTRACT REFERENCE: MIL-I-45208
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: XX
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
16. REMARKS: *PLAN SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSES PRIOR TO INITIATION OF PRODUCTION. ALLOW 30 DAYS FOR GOVERNMENT REVIEW.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR * | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,61JV (COVER LTR) | 0 | 0 | 1 |
| 15. TOTAL ——→ | 0 | 1 | 2 |

6. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A003
2. TITLE OF DATA ITEM: FIRST ARTICLE INSPECTION PROCEDURES
3. SUBTITLE: 
4. AUTHORITY (Data Acquistion Document No.): DI-NDTI-80603
5. CONTRACT REFERENCE: SECTION E
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ*
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ*
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
16. REMARKS: *PROCEDURES SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES PRIOR TO SUBMISSION OF FIRST ARTICLE (FA). ALLOW 30 DAYS FOR GOVERNMENT REVIEW
**IF ALL THE SPECIFIED REQUIREMENTS OF THIS DATA ITEM HAVE BEEN COMPLETELY INCORPORATED IN THE QUALITY PROGRAM PLAN OR INSPECTION

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| SEE REMARKS** | | | |
| 15. TOTAL ——→ | 0 | 1 | 1 |

6. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A004
2. TITLE OF DATA ITEM: INSPECTION AND TEST REPORT
3. SUBTITLE: FIRST ARTICLE INSPECTION & TEST
4. AUTHORITY (Data Acquistion Document No.): DI-NDTI-80809A
5. CONTRACT REFERENCE: SECTION E
6. REQUIRING OFFICE: NAVSUREFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: 
16. REMARKS: *REPORTS SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| THRU QAR*/FA SHIPMENT | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,IMSD,(61JV) | 0 | 0 | 1 |
| 15. TOTAL ——→ | 0 | 1 | 2 |

6. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A005
2. TITLE OF DATA ITEM: TEST/INSPECTION REPORTS
3. SUBTITLE: PRODUCTION ACCEPTANCE INSPECTION AND TEST REPORTS
4. AUTHORITY (Data Acquistion Document No.): DI-NDTI-80809A
5. CONTRACT REFERENCE: SECTION E
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ**
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ**
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
16. REMARKS: *REPORTS SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES.
**REPORTS SHALL BE SUBMITTED UPON COMPLETION OF EACH LOT.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,IMSD (61JV) | 0 | 0 | 1 |
| 15. TOTAL ——→ | 0 | 1 | 2 |

6. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

G. PREPARED BY: JOHN VENSKUS
H. DATE: 8 Feb 1995
I. APPROVED BY: J.W.LONG
J. DATE: 8 Feb 1995

N00104-95-R-K402

PAGE 60

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per reponse, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of infor mation, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services,Derectorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 
B. EXHIBIT: 
C. CATEGORY: TDP ___ X TM ___ OTHER ___

D. SYSTEM/ITEM: PS 115, 1390-01-200-8338
E. CONTRACT/PR NO.: 
F. CONTRACTOR: 

---

1. DATA ITEM NO.: A006
2. TITLE OF DATA ITEM: ENGINEERING CHANGE PROPOSAL
3. SUBTITLE: 
4. AUTHORITY (Data Acquisition Document No.): DI-CMAN-80639A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: WHEN REVISED
16. REMARKS: **DD FORM 1692 (PG 1 ONLY-SHORT FORM) SHALL BE USED FOR THE SUBMISSIONS AND PROCESSING OF ALL CLASS 1&2 ENGINEERING ACTIONS IN ACCORDANCE WITH PARA 5.4.8 & SUBPARAGRAPHS,AND APPENDICES D&E OF MIL-STD-973 AS TAILORED IN THE CONTRACT DOCUMENT SUMMARY LIST.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD,CRANE (402) | 0 | 0 | 1 |
| QAR** | 0 | 1 | 0 |
| 15. TOTAL → | 0 | 1 | 1 |

6. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A007
2. TITLE OF DATA ITEM: QUALITY DEFICIENCY REPORT
3. SUBTITLE: 
4. AUTHORITY (Data Acquisition Document No.): DI-QCIC-80736
5. CONTRACT REFERENCE: SECTION C - SQAP
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: 
16. REMARKS: *REPORTS SHALL BE SUBMITTED THRU THE QAR TO ALL ADDRESSEES.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| NOC,IMSD (61JV) | 0 | 0 | 1 |
| 15. TOTAL → | 0 | 1 | 2 |

6. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A008
2. TITLE OF DATA ITEM: REQUEST FOR DEVIATION
3. SUBTITLE: 
4. AUTHORITY (Data Acquisition Document No.): DI-CMAN-80640A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: 
16. REMARKS: *REQUEST FOR DEVIATIONS SHALL BE PREPARED IN ACCORDANCE WITH PARA 5.4.8 AND SUBPARAGRAPHS,AND APPENDICES D&E OF MIL-STD-973 AS TAILORED IN THE DOCUMENT LIST

**RFD'S SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES..

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR** | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| 15. TOTAL → | 0 | 1 | 1 |

6. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

1. DATA ITEM NO.: A009
2. TITLE OF DATA ITEM: * REQUEST FOR WAIVER
3. SUBTITLE: 
4. AUTHORITY (Data Acquisition Document No.): DI-CMAN-80641A
5. CONTRACT REFERENCE: MIL-STD-973*
6. REQUIRING OFFICE: NAVSURFWARCENDIV (402)
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED: 
10. FREQUENCY: ASREQ
11. AS OF DATE: 
12. DATE OF FIRST SUBMISSION: ASREQ
13. DATE OF SUBSEQUENT SUBMISSION: 
16. REMARKS: *REQUEST FOR WAIVERS SHALL BE PREPARED IN ACCORDANCE WITH PARA 5.4.8 AND SUBPARAGRAPHS, AND APPENDICES D&E OF MIL-STD 973 AS TAILORED IN THE CONTRACT DOCUMENT SUMMARY LIST.

**RFW'S SHALL BE SUBMITTED THRU THE QAR TO ALL ADDRESSEES.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR** | 0 | 0 | 1 |
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| 15. TOTAL → | 0 | 1 | 1 |

6. PRICE GROUP: 
18. ESTIMATED TOTAL PRICE: 

---

G. PREPARED BY: JOHN VENSKUS
H. DATE: 8 Feb 1995
I. APPROVED BY: J.W.LONG
J. DATE: 8 Feb 1995

DD Form 1423, JUN 90
S/N 0102-LF-012-5400
Previous editions are obsolete

BF00 DY-95-R-K042 PAGE 61

# CONTRACT DATA REQUIREMENTS LIST

Form Approved
OMB Mo. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the collection of information.. Send comments regarding this burden estimate or any other aspect of this collection of infor mation, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services,Derectorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to [illegible] these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 
B. EXHIBIT: 
C. CATEGORY: TDP ___ X TM ___ OTHER ___
D. SYSTEM/ITEM: PS 115, 1390-01-200-8338
E. CONTRACT/PR NO.: 
F. CONTRACTOR: 

| Field | Value |
|---|---|
| 1. DATA ITEM NO. | A010 |
| 2. TITLE OF DATA ITEM | TEST PROCEDURES |
| 3. SUBTITLE | PRODUCTION ACCEPTANCE INSPECTION AND TEST PROCEDURES |
| 4. AUTHORITY (Data Acquistion Document No.) | DI-NDTI-80603 |
| 5. CONTRACT REFERENCE | SECTION E |
| 6. REQUIRING OFFICE | NAVSURFWARCENDIV (402) |
| 7. DD 250 REQ | LT |
| 8. APP CODE | A |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ASREQ* |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | ASREQ* |
| 13. DATE OF SUBSEQUENT SUBMISSION | WHEN REVISED |
| 6. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| NSWCD,CRANE (402) | 0 | 1 | 0 |
| QAR* | 0 | 0 | 1 |
| 15. TOTAL ——→ | 0 | 1 | 1 |

16. REMARKS

*PROCEDURES SHALL BE SUBMITTED THRU QAR TO ALL ADDRESSEES PRIOR TO INITIATION OF PRODUCTION. ALLOW 30 DAYS FOR GOVERNMENT REVIEW.

**IF ALL THE SPECIFIED REQUIREMENTS OF THIS DATA ITEM HAVE BEEN COMPELELY INCORPORATED IN THE QUALITY PROGRAM PLAN OR INSPECTED SYSTEM PLAN,SEPERATE SUBMITTAL TO COMPLY WITH THIS DD-1423 IS NOT REQUIRED.

| Field | Value |
|---|---|
| 1. DATA ITEM NO. | A011 |
| 2. TITLE OF DATA ITEM | ACCEPTANCE INSPECTION EQUIPMENT DESIGN DOCUMENTATION |
| 3. SUBTITLE | |
| 4. AUTHORITY (Data Acquistion Document No.) | OT-90-12009*** |
| 5. CONTRACT REFERENCE | |
| 6. REQUIRING OFFICE | NAVSURFWARCENDIV (402) |
| 7. DD 250 REQ | LT |
| 8. APP CODE | A |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ASREQ |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | ASREQ |
| 13. DATE OF SUBSEQUENT SUBMISSION | WHEN REVISED |
| 6. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| QAR* | 0 | 0 | 1 |
| NSWCD,CRANE (402)** | 0 | 1 | 0 |
| NWADIV,CORONA (MS-16) ** | 0 | 0 | 1 |
| 15. TOTAL ——→ | 0 | 1 | 2 |

16. REMARKS

*CONTRACTOR ACCEPTANCE INSPECTION EQUIPMENT DESIGNS FOR THOSE INSPECTION CHARACTERISTICS CLASSIFIED"MINOR"SHALL BE SUBMITTED TO QAR FOR REVIEW AND APPROVAL.

**CONTRACTOR ACCEPTANCE INSPECTION EQUIPMENT DESIGNS FOR THOSE INSPECTION CHARACTERISTICS CLASSIFIED AS "CRITICAL" OR "MAJOR" SHALL BE SUBMITTED THROUGH THE QAR TO NSWCD (402) AND NWADIV,CORONA (MS-16) FOR REVIEW AND APPROVAL. MEASURING DEVICES (CONTRACTOR IN-PROCESS WORK GAGES,FIXTURES,ETC.)USED FOR GATHERING SPC DATA,WHEN SPC IS THE MEANS FOR ACCEPTANCE, REQUIRE GOVERNMENT APPROVAL AND SHALL BE SUBMITTED IN ACCORDANCE WITH AIE CONTRACT CLAUSE. NSWCD (402) WILL PROVIDE APPROVAL/DISAPPROVAL OF DESIGNS TO THE CONTRACTOR WITH COPY TO QAR.

***PARAGRAPH 10.3E,DELETE "WHERE APPROPRIATE".

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| J. Venskus (signature) JOHN VENSKUS | 8 Feb 1995 | (signature) J.W.LONG | 8 Feb 1995 |

N00104-95-R-R042

# INSTRUCTIONS FOR COMPLETING DD FORM 1423

*(See DoD 5010.12-M for detailed instructions.)*

## FOR GOVERNMENT PERSONNEL

**Item A.** Self-explanatory.

**Item B.** Self-explanatory.

**Item C.** Mark (X) appropriate category: TDP - Technical Data Package; TM - Technical Manual; Other - other category of data, such as "Provisioning," "Configuration Management", etc.

**Item D.** Enter name of system/item being acquired that data will support.

**Item E.** Self-explanatory (to be filled in after contract award).

**Item F.** Self-explanatory (to be filled in after contract award).

**Item G.** Signature of preparer of CDRL.

**Item H.** Date CDRL was prepared.

**Item I.** Signature of CDRL approval authority.

**Item J.** Date CDRL was approved.

**Item 1.** See DoD FAR Supplement Subpart 4.71 for proper numbering.

**Item 2.** Enter title as it appears on data acquisition document cited in Item 4.

**Item 3.** Enter subtitle of data item for further definition of data item (optional entry).

**Item 4.** Enter Data Item Description (DID) number, military specification number, or military standard number listed in DoD 5010.12-L (AMSDL), or one-time DID number, that defines data content and format requirements.

**Item 5.** Enter reference to tasking in contract that generates requirement for the data item (e.g., Statement of Work paragraph number).

**Item 6.** Enter technical office responsible for ensuring adequacy of the data item.

**Item 7.** Specify requirement for inspection/acceptance of the data item by the Government.

**Item 8.** Specify requirement for approval of a draft before preparation of the final data item.

**Item 9.** For technical data, specify requirement for contractor to mark the appropriate distribution statement on the data (ref. DoDD 5230.24).

**Item 10.** Specify number of times data items are to be delivered.

**Item 11.** Specify as-of date of data item, when applicable.

**Item 12.** Specify when first submittal is required.

**Item 13.** Specify when subsequent submittals are required, when applicable.

**Item 14.** Enter addressees and number of draft/final copies to be delivered to each addressee. Explain reproducible copies in Item 16.

**Item 15.** Enter total number of draft/final copies to be delivered.

**Item 16.** Use for additional/clarifying information for Items 1 through 15. Examples are: Tailoring of documents cited in Item 4; Clarification of submittal dates in Items 12 and 13; Explanation of reproducible copies in Item 14.; Desired medium for delivery of the data item.

## FOR THE CONTRACTOR

**Item 17.** Specify appropriate price group from one of the following groups of effort in developing estimated prices for each data item listed on the DD Form 1423.

a. Group I. Definition - Data which is not otherwise essential to the contractor's performance of the primary contracted effort (production, development, testing, and administration) but which is required by DD Form 1423.

Estimated Price - Costs to be included under Group I are those applicable to preparing and assembling the data item in conformance with Government requirements, and the administration and other expenses related to reproducing and delivering such data items to the Government.

b. Group II. Definition - Data which is essential to the performance of the primary contracted effort but the contractor is required to perform additional work to conform to Government requirements with regard to depth of content, format, frequency of submittal, preparation, control, or quality of the data item.

Estimated Price - Costs to be included under Group II are those incurred over and above the cost of the essential data item without conforming to Government requirements, and the administrative and other expenses related to reproducing and delivering such data item to the Government.

c. Group III. Definition - Data which the contractor must develop for his internal use in performance of the primary contracted effort and does not require any substantial change to conform to Government requirements with regard to depth of content, format, frequency of submittal, preparation, control, and quality of the data item.

Estimated Price - Costs to be included under Group III are the administrative and other expenses related to reproducing and delivering such data item to the Government.

d. Group IV. Definition - Data which is developed by the contractor as part of his normal operating procedures and his effort in supplying these data to the Government is minimal.

Estimated Price - Group IV items should normally be shown on the DD Form 1423 at no cost.

**Item 18.** For each data item, enter an amount equal to that portion of the total price which is estimated to be attributable to the production or development for the Government of that item of data. These estimated data prices shall be developed only from those costs which will be incurred as a direct result of the requirement to supply the data, over and above those costs which would otherwise be incurred in performance of the contract if no data were required. The estimated data prices shall not include any amount for rights in data. The Government's right to use the data shall be governed by the pertinent provisions of the contract.

A001

NAVSURFWARCENDIV CRANE CODE 402
CONTRACT DOCUMENTS SUMMARY LIST
TAILORING REQUIREMENTS FOR MIL-STD-1167 AND DI-MISC-80043

MIL-STD-1167 and DI-MISC-80043 are tailored as follows:

1. MIL-STD-1167:

a. Delete paragraph 5.1.

b. Delete paragraph 5.1.2.

c. Delete figures 1a and 1b.

d. Change paragraph 5.3.1.1 to read as follows:

"For all Army, Navy, Marine Corps and Air Force items, a copy of the Government Furnished Ammunition Data Card Floppy Disk (containing all records prepared during the month) shall be furnished on a monthly basis to:

Commander
U.S. Army Armament Munitions and Chemical Command
ATTN: AMSMC-QAD (R)
Rock Island IL 61299-6000

e. Delete last sentence of paragraph 5.3.4.

2. DI-MISC-80043:

a. Change paragraph 10.2 to read: "Ammunition Data Cards shall be prepared using the Government Furnished Ammunition Data Card Floppy Disk. (All submissions except for the monthly submission to AMSMC-QAD shall be hardcopy printouts of the data cards as prepared using the furnished floppy disk)."

b. Delete paragraph 10.3.

c. Delete paragraph 10.3.1.

d. Delete the first two sentences of paragraph 10.4 and substitute the following:

"The following paragraphs apply to the corresponding fields in the Government Furnished Ammunition Lot Record and Malfunction (ALRAM) Computer Software System. The required information will be entered in accordance with the following instructions and the ALRAM System Users guide:"

e. Change instructions pertaining to government Inspector signature and date signed on pages 7, 11 and 12 of DI-MISC-80043 to require signature only on hardcopy printout as specified on Contract Data Requirements List DD Form 1423.

N00104-95-R-R042 A001 PAGE 63

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. | PAGE | OF

## DATA ITEM DESCRIPTION

Form Approved
OMB No 0704 0188
Exp Date Jun 30, 1986

1 TITLE
AMMUNITION DATA CARD

2 IDENTIFICATION NUMBER
DI-MISC-80043
~~DI-MISC-80043~~

3 DESCRIPTION/PURPOSE
The Ammunition Data Card is used to acquire a record containing essential data pertaining to the initial history of a lot of ammunition and explosive materiel or, in certain instances, of a serially numbered complete round guided missile which contains all required data pertaining to each lot of the item. The data card is used to provide traceability of explosive items.

| 4 APPROVAL DATE (YYMMDD) | 5 OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a DTIC REQUIRED | 6b GIDEP REQUIRED |
|---|---|---|---|
| 850805 | ARMY-AR | | |

7 APPLICATION/INTERRELATIONSHIP

7.1 This Data Item Description (DID) is normally invoked when the procurement involves ammunition, explosive materiel or of a serially numbered complete round guided missile.

7.2 The data contained in this DID is required by MIL-STD-1167 and MIL-STD-1168.

7.3 This DID supersedes DI-E-2001 and DI-L-1410.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b AMSC NUMBER |
|---|---|---|
| | DD Form 1650 | A3664 |

10. PREPARATION INSTRUCTIONS

10.1 Source document. The applicable issue of the documents cited herein, including their approval date, and dates of any applicable amendments and revisions shall be as reflected in the contract.

10.2 Ammunition Data Cards shall be prepared on DD Form 1650 in accordance with MIL-STD-1167, MIL-STD-1168, and the following.

10.3 Instructions for Completing DD Form 1650.

10.3.1 Required Information. The required information has been divided into two sections. Paragraph 10.4 pertains to new manufacturing of materiel and Paragraph 10.5 pertains to rework/renovation materiel.

10.4 New Manufacturing. The following paragraphs have been numbered to correspond with the numbered blocks appearing on DD Form 1650. The required information shall be entered on the form in accordance with the following instructions:

Block No.

1 Item Nomenclature - Enter the standard nomenclature as required by the contract under which the item was manufactured. For guided missile explosive components, the nomenclature shall be the item name as it appears in the Federal Item Identification Guides for Supply Cataloging. (Handbook H6-A, B, and C).

DD Form 1664, FEB 85 Previous edition is obsolete. PAGE 1 OF 13 PAGES

THIS DOCUMENT CONTAINS 13 PAGES

-108 (SPCC OVPT A) (REV 12-67)

N00104-95-R-R042 PAGE 64

67-37 COPIES

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. | PAGE | OF

DI-MISC-80043

TO: Preparation Instructions (Cont'd)

Block No.

2 NSN - Enter the National Stock Number of the item represented by the data card. For an inert component or subassembly, enter "See Remarks." In the remarks section of the data card, enter the NSN of the end item in which the inert component will be utilized.

3 DODIC - Enter the DOD Identification Code of the item represented by the data card. For an inert component or subassembly, enter "See Remarks." In the remarks section of the data card, enter the DODIC of the end item in which the inert component will be utilized.

4 Lot Number - Enter the complete lot number or serial number of an item which is not lotted. Suffixes will be assigned in accordance with MIL-STD-1168.

5 Manufacturer, Loading or Assembly Activity - Enter the manufacturer's name as contained in the contract. In cases of Government owned facilities, whether metal parts producers, load operations, depot and storage activities, field units, etc., use the Government title for the installation. Indicate the address of the facility where the item is being produced.

6 Net Quantity - The quantity to be entered here is the net quantity available for shipment to users after any destructive test samples have been removed from the lot.

7 Packing of Lot - Enter the method by which the lot is packed for shipment, including the number of rounds, parts or sets in each outside container. Insert the packing and marking drawing number, revision, and any ECP/NOR under which the item was packed or marked. Standard abbreviations may be used

8 Contract or Order No. - When material is procured from industry, show the complete contract number. Whenever material is produced at a Government owned facility (whether directly by the Government owned facility (whether directly by the Government or by an operating contractor), the production order number, the project order number, expenditure order number or whatever appropriate indentification number applies for the production, shall be entered in this block.

9 Drawing and Revision No. - (Include revisions, changes, etc.) - The drawing identification shall consist of the drawing number and the information in (b) and (c) below, as applicable.

(a) The drawing number, including the revision number or tab, if any.

(b) Numbers of any Engineering Change Proposals

N00164-95-R-K042 PAGE 65

DEPARTMENT OF THE NAVY 6737 COPIER

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. | PAGE | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

describing changes which have not been included in drawing revisions, but which have been applied to the production of the item represented by the data card.

(c) The identification of any letter or teletype which directs or authorizes any change in the requirement of the drawings, that has been applied to the item described.

(d) If more than the drawing is required to define the configuration a "See Remarks" note should specify that paragraph (b) and (c) information is contained in the remarks block.

10 Specification and Revision - The specification identification may consist of one or more of the four parts listed as (a), (b), (c), and (d) below. Enter the numbers of the detail specifications and the parts which apply to acceptance of the lot.

(a) Specification number, revision letter or number, if any.

(b) Amendment number, if any.

(c) Number of any ECP modifying the specification but not yet included by amendment or revision to the specification which has been applied to the production of the lot represented by the data card.

(d) The identification of any letter or teletype which modified any portion of the specifications where modifications have been applied to the lot.

(e) When more than the specification is required to define the configuration, a "See Remarks" note should specify that paragraph (c) and (d) information will be contained in the remarks block.

11 Date Started - Insert the day, month and year that the production, loading, assembling, etc., began.

12 Date Completed - Enter the day, month and year that production, loading, etc., was completed. Assemblies requiring curing shall be considered completed on the date cure was completed.

13 Date Inspected - Enter the date on which inspection of the lot was completed.

14 Line* - Enter the local designation of the assembly line on which the lot was assembled.

DEPARTMENT OF THE NAVY 6737 COPIES

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042

PAGE 66 OF

DI-MISC-80043

10. Preparation Instructions (Cont'd)

15 Zone Weight - When the loading assembly drawing lists zone weights, show the zone number corresponding to the projectile weights.

NOTE: If metric measurements are used for blocks 15-15d, use the proper symbol for the metric units used.

16 Specifications:

(a) Charge Weight - For complete rounds of ammunition, enter the charge weight for the lot of propellant used in the rounds.

(b) Index of Powder - (APPLICABLE TO US NAVY PROCUREMENT ONLY); the index (for example: SPDN 3201).

(c) Maximum Packing Depth Range in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the maximum packing depth in inches for the powder index as provided by the Technical Activity.

(d) Production Packing Depth Range in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the production packing depth range in inches for the powder index.

(e) Explosive Weight per Package - Enter the net explosive weight of all the rounds contained in one outer pack as specified in Block 6.

17 Test Samples:

(a) Number - When acceptance samples are sent to a test activity , enter the number of test samples shipped.

(b) Sent to - When acceptance samples are forwarded to a test activity for function testing, enter the name of the test activity to which they were sent.

(c) Date of Shipment - When acceptance samples are shipped to a test activity for test, enter the date of shipment.

(d) Mode of Shipment - When acceptance samples are shipped to a test activity for test, enter the method of shipment.

18 DOT Nomenclature - Enter the Department of Transportation nomenclature for explosive loaded items as specified in the marking requirements for individual outer containers.

19 Hazard Class - Enter the United Nations hazard class and explosive compatibility group as specified in the contract or DOD Consolidated Ammunition Catalog.

DEPARTMENT OF THE NAVY 6737 COPIER REPRODUCED AT GOVERNMENT EXPENSE

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 67 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

20 <u>Government Quality Assurance Activity</u> - Enter the full name of the organization responsible for the final acceptance of the item described on the data card.

21 <u>Remarks</u> - Any unusual features of the lot represented by the data card will be identified and reported in this block.

(a) The data card for the final partial in the lot must include a summarization of all component data for the lot and, in addition, shall show in the "Remarks" block a statement such as, "This is the 10th and final partial of this lot. Total quantity shipped consisted of 62,000 units. All previous data cards for this lot shall be discarded."

(b) Other information pertinent for special remarks are:

(1) "SKIP" lot information - Cite the "SKIP" authority/message.

(2) Reason(s) for changing lot interfix numbers.

(3) Reason(s) for changing manufacturer's prefix symbol.

(4) Revised/Corrected or Changed Cards. Whenever a final data card is changed, corrected, revised, etc., it shall be annotated in this block as in the following examples:

Revision No. 1 (12 August 1976) due to change of quantity from 9,720 to 9,620. Additional 100 units used for ballistic retesting. Discard original card.

Revision No. 2 (18 September 1976) this corrects error in listing weight of projectile from 23.8 lbs. to 28.3 lbs. Discard Revision No. 1.

(5) Changes in material, equipment, inspection procedures, and changes in the manufacturing process, which do not result in change to the lot interfix number will be listed.

(6) Waivers and deviations from drawings, specifications, etc., will be shown in this block. When all or part of the lot has been accepted on waiver, insert the waiver/deviation number. Include the name of the part(s) involved, the extent of the waiver(s)/deviation(s), the number/quantity containing the parts accepted on waiver/deviation, the authority for acceptance such as identification of the document, organization, person, etc.

<u>a</u> For items of issue, the above waiver information will appear only on the data cards sent to the Engineering and

DEPARTMENT OF THE NAVY 6737 COPIER

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042

PAGE 68 OF

DI-MISC-80043

10. Preparation Instructions (Cont'd)

Inspection Officers of the responsible procurement agency, and the master file of the proving ground. Waiver information will not appear on other data cards for items of issue and when data cards are printed from ditto or duplicate masters, this information must be blocked out before other data cards are printed.

b For items of assembly, waiver information will appear on all data cards.

(7) "Priorship" information. Show the complete authorization for shipping material on a "priorship" basis.

(8) "Preferred Status" information. Cite the authority for shipping on a "preferred status" basis.

(9) "Referred" information. State in detail the reason(s) for the lot being "referred" and to whom referred for decision.

(10) "Rejected" information. Show the reason(s) for rejecting the lot including any rejections of Requests for Waivers or deviations.

(11) "Warranty Clause" information, as applicable.

(12) "Serial Numbers of Items" information. When items in a lot are serially numbered, list the serial numbers of all items included in the lot.

(13) "ECPS, Amendments, etc." Show any Engineering Change Proposals, Amendments, etc., which had an effect on the manufacture of the item.

(14) The responsible inspector shall determine what other difficulties, occurrences, or conditions are significant enough to be reported such as excessive critical major characteristics that required 100% screening, environmental conditions, etc.

(15) Any and all other pertinent information for which no specific block has been provided or which is too bulky to insert in the prescribed blocks.

22 Disposition - Enter the applicable disposition:

DISPOSITION

Accepted
Rejected
Referred
Provisionally accepted

DEPARTMENT OF THE NAVY 6737 COPIER

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00164-95-R-R042 | PAGE 69 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

23 Government Inspector:

(a) Typed Name - The name of the Government Inspector, who signs in the "Signature" block will be typed in the area provided for this purpose.

(b) Signature - The Government Inspector having knowledge of and contact with the production and inspection of the lot will sign the completed master form. The signature is certification by the Government Inspector that all required tests and Government inspections were performed on the material in the lot, that the information listed is correct, and that the dispositions indicated have been properly determined. Any exceptions will be noted in the "Remarks" block.

(c) Date Signed - The Government Inspector shall enter the complete date in ink at the same time he affixes his signature to the card.

24 Components - The following information will be furnished for each component part, assembly, sub-assembly, explosive, propellant and/or any other material used in the production, and/or assembly of the item described on the card. If the listing of each component of a complex item requires excessive space and effort, the contracting officer can limit the list to major components and sub-assemblies when these items have individual data cards.

NOTE: All columns will be filled to the extent possible.

(a) Component - Give the approved item name as shown on the supplier's card, shipping instruments, previous data card and/or similar type documents.

(b) Drawing No./Spec. No. - Enter the drawing number and applied ECP/NOR, if any. Enter the specification number and amendments to specifications if a specification applies instead of drawing number.

(c) Manufacturer - Give the name of the manufacturer of each lot of each component used.

(d) Date Manufactured - Insert the month and year (when known) during which each of the components listed was made.

(e) Lot No. - Enter the complete lot number of each component used in the manufacture, assembly, etc., of the item.

(f) Quantity - The exact quantity of each component item used will be listed in this column. When component quantities

DEPARTMENT OF THE NAVY REPRODUCED AT GOVERNMENT EXPENSE 6737 COPIER



DI-MISC-80043

10. Preparation Instructions (Cont'd)

from more than one lot of the same item are used in the production, assembly, etc., of the item, then the exact quantity from each of the component lots shall be shown. Component quantities must be correct and may be determined by actual count, by weighing, etc.

10.5 Rework-Renovation. Data cards prepared for modified, renovated, reworked or regrouped lots must preserve pertinent data from the previous lot data cards, to the maximum extent consistent with the fact that a suffixed or regrouped lot has a unique identity independent of the lots from which it was derived. Data given for the Manufacturer, QA Activity, Contract or Order Number, Government Inspector, etc., must relate to the creation of the reworked lot, not the original lot(s). Detailed instructions for each block follows:

Block No.

1 Item Nomenclataure - Enter the nomenclature for the item after renovation as it is stipulated in the rework/renovation instructions. For guided missile explosive components, the nomenclature shall be the item name as it appears in the federal Item Name Directory for Supply Cataloging, (Handbook H6-A, B, and C).

2 NSN - Enter the National Stock Number of the item represented by the data card. If renovation necessitates a change in the NSN, enter the "new" NSN in this block.

3 DODIC - Enter the DOD Identification Code of the item represented by the data card. If renovation necessitates a change in the DODIC, enter the "new" DODIC in this block.

4 Lot Number - Enter the complete lot number of the item represented by the data card. Enter the serial number of an item which is not lotted. Lot numbers and suffixes will be assigned in accordance with MIL-STD-1168.

5 Manufacturer, Loading or Assembly Activity - Enter the Government title as contained in the rework instructions. Indicate the address of the facility where the item is being reworked/renovated/etc.

6 Net Quantity - The quantity to be entered here is the net quantity available for shipment to users after any destructive test samples have been removed from the lot.

7 Packing of Lot - Enter the method by which the lot is packed for shipment, including the number of rounds, parts or sets in each outside container. Insert the packing and marking drawing number, revision, and any ECP/NOR under which the item was packed or marked. Standard abbreviations may be used.

8 Contract or Order No. - Enter the complete contract number,

DEPARTMENT OF THE NAVY 6737 COPIES

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042 | PAGE 71 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

the production order number, the project order number, expenditure order number or whatever appropriate identification number applies for the work.

9 <u>Drawing and Revision</u> - (Include revisions, changes, etc.) - Enter the new drawing number if it differs from the drawing number of the original production as a result of the changes incorporated into the rework procedure, regroup, etc. The drawing identification shall consist of the drawing and the information in (b) and (c) as applicable.

(a) The drawing number, including the revision number or tab, if any.

(b) Numbers of any Engineering Change Proposals describing changes not yet included in drawing revisions which have been applied to the production of the lot represented by the data card.

(c) The identification of any letter or teletype which directs or authorizes any change in the requirement of the drawings, which change has been applied to the lot described.

(d) When more than the drawing is required to define the configuration, a note should specify that paragraph (b) and (c) information will be contained in the remarks.

10 <u>Specification and Revision</u> - Enter the new specification number if it differs from the specification applied to the original production as a result of the change incorporated into the renovation, regrouping, etc. The specification identification may consist of one or more of the four parts listed as (a), (b), (c) and (d) below. Enter the numbers of the detail specifications and the parts which apply to acceptance of the lot.

(a) Specification number, revision letter or number, if any.

(b) Amendment number, if any.

(c) Number of any ECP modifying the specification but not yet included by amendment or revision to the specification which has been applied to the production of the lot represented by the data card.

(d) The identification of any letter or teletype which modified any portion of the specifications where modifications have been applied to the lot.

(e) When more than the specification is required to define the configuration, a note should specify that

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042

PAGE 72 OF

DI-MISC-80043

10. Preparation Instructions (Cont'd)

paragraphs (c) and (d) information will be contained in remarks block.

11 Date Started - Insert the day, month and year that the reworking, regrouping, etc., began.

12 Date Completed - Enter the day, month and year that reworking, regrouping, etc., was completed. Assemblies requiring curing shall be considered completed on the date cure was completed.

13 Date Inspected - Enter the date on which inspection of the lot was completed.

14 Line - Enter the local designation of the assembly line on which the lot was assembled.

15 Zone Weight - When the loading assembly drawing lists zone weights, show the zone number corresponding to the projectile weights.

NOTE: If metric measurements are used for blocks 15-15d, use the proper symbol for the metric units used.

16 Specifications:

(a) Charge Weight - For complete rounds of artillery ammunition, enter the charge weight for the lot of propellant used in the rounds.

(b) Index of Powder - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the index of smokeless powder (for example SPDN 3201).

(c) Maximum Packing Depth in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the maximum packing depth in inches for the powder index from proof as provided by the technical agency.

(d) Production Packing Depth in Inches - (APPLICABLE TO US NAVY PROCUREMENT ONLY): Enter the production packing depth range in inches for the powder index from proof as provided by the technical agency.

(e) Explosive Weight per Package - Enter the net explosive weight of all the rounds contained in the packing specified in Block 6.

17 Test Samples:

(a) Number - When acceptance samples are sent to a test activity, enter the number of test samples shipped.

DEPARTMENT OF THE NAVY 6737 COPIER

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. N00164-95-R-K042 | PAGE 73 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

(b) Sent to - When acceptance samples are forwarded to a test activity for acceptance testing, enter the name of the test activity to which they were sent.

(c) Date Shipped - When acceptance samples are shipped to a test activity for test, enter the date of shipment.

(d) Mode of Shipment - When acceptance samples are shipped to a test activity for test, enter the method of shipment.

18 DOT Nomenclature - Enter the Department of Transportation nomenclature for explosive loaded items as specified in the marking requirements for individual outer containers.

19 Hazard Class - Enter the United Nations hazard class and explosive compatibility group as specified in the contract or DOD Consolidated Ammunition Catalog.

20 Government Quality Assurance Activity - Enter the full name of the organization responsible for the final acceptance of the item described on the card.

21 Remarks - Give the quantity and original NSN, lot number, manufacture date (for old style lot numbers only), and previous rework history (if any) of the items from which the new lot was formed. Specify the rework and related procedures, and cite the authority for performing the work. Identify the parts replaced, inspected, modified, etc. Show the authority for adding a lot suffix or forming a regroup lot. If a suffix has been added to an old style lot number without a corresponding change to the original loaded date on the item or package, so state. If functional acceptability is based upon the acceptance of the original lot(s), so state.

22 Disposition - Enter the applicable disposition

DISPOSITION

Accepted
Rejected

23 Government Inspector:

(a) Typed Name - The name of the Government Inspector, who signs in the "Signature" block, will be typed in the area provided for this purpose.

(b) Signature - The Government Inspector having knowledge of and contact with the production and inspection of the lot will sign the completed master form. The signature is

DEPARTMENT OF THE NAVY 6737 COPIES

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D. N00104-95-R-K042

PAGE 74 OF

DI-MISC-80043

10. Preparation Instructions (Cont'd)

certification by the Government Inspector that all required tests and Government inspections were performed on the material in the lot, that the information listed is correct, and that the disposition indicated have been properly determined. Any exceptions will be noted in the "Remarks" block.

(c) Date Signed - The Government Inspector shall enter the complete date in ink at the same time he affixes his signature to the card.

24 Components - The following information will be furnished for each component part, assembly, sub-assembly, explosive, propellant and/or any other material used in the rework, and/or assembly of the item described on the card. The appropriate changes must be made to the data card to delete removed components and include new components assembled.

NOTE: All columns will be filled to the extent possible.

(a) Component - Give the approved item name as shown on the supplier's card, shipping instruments, previous data card and/or similar type documents.

(b) Drawing No./Spec No. - Enter the drawing number and applied ECP/NOR if any. Enter the specification number if it applies instead of drawing number.

(c) Manufacturer - Give the name of the manufacturer of each lot of each component used.

NOTE: For those items retained from previous assembly, show the drawing number under which the component was actually made, not the latest drawing required by the specification for new production.

(d) Date Manufactured - Insert the month and year (when known) during which each of the components listed was made.

NOTE: For those items retained from original manufacture, show the initial date.

(e) Lot No. - Enter the complete lot number of each component used in the rework of the item.

(f) Quantity - The exact quantity of each component item used will be listed in this column. When component quantities from more than one lot of the same item are used in the rework, etc., of the item, then the exact quantity from each of the component lots shall be shown. Component quantities must be correct and may be determined by actual count, by weighing, etc.

6737 COPIER

| STANDARD FORM 36, JULY 1966 GENERAL SERVICES ADMINISTRATION PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D. M00104-95-R-R042 | PAGE 75 | OF |
|---|---|---|---|---|

DI-MISC-80043

10. Preparation Instructions (Cont'd)

NOTE: In most instances, the component quantities listed on the original data cards of lots being renovated/reworked, etc., will not be the same after the rework. Therefore, special attention should be given to reporting the component quantities accurately during rework and entering the correct quantities, where possible, on the "new" data card.

NOTE: Continuation Card (See Figure 1b). If a second card is required for continuation of remarks only, use a blank card with the lot number and NSN/DODIC typed in the upper right hand corner. If a second card is required for a continuation of the component listing, duplicate the back of the data card (DD Form 1650) and enter the lot number and NSN/DODIC in the upper right hand corner of the card. The blank side may then be used as a continuation sheet for remarks.

# DATA ITEM DESCRIPTION

Form Approved
OMB No 0704-0188

| ITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| ON SYSTEM PLAN | OT-90-12011 |

DESCRIPTION/PURPOSE

1 This Data Item Description (DID) is used to document the details of the inspection system.

2 This DID provides evidence of the contractor's intent and methods for complying with the quality requirements the contract.

| APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b GIDEP APPLICABLE |
|---|---|---|---|
| 900117 | A/AMSMC-QAC | | |

APPLICATION/INTERRELATIONSHIP

1 This DID contains the format and content preparation insturctions for the Inspection System Plan resulting from ork described in MIL-I-45208.

2 This DID is for one-time use for solicitation____________________.

| APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSMC NUMBER |
|---|---|---|
| imited to Solicitation__________ | | |

PREPARATION INSTRUCTIONS

0.1 Reference documents. The applicable issue of the documents cited herein, including their approval dates and any applicable amendments, notices, and revisions shall be as specified in the contract.

0.2 General. The Inspection System Plan shall be in accordance with MIL-I-45208. This plan shall reflect compliance ith the inspection requirements of the contract and shall include the procedures of all subassembly and major componen ubcontractors and suppliers.

0.3 Format. The plan shall be in contractor's format and bound in a durable cover.

0.4 Content. The plan shall contain the following:

0.4.1 General inspection procedures. The general inspection procedures shall reflect the manaagement principles nd policies which describe the approach to be followed in performance of the inspection requirements of the contract nd shall show the interrelationships of the contractor's inspection system throughout the organization and its relationship vith the subcontractors, suppliers, and the Government. The procedures shall state the established practices which ignify the basic considerations and methods to be followed. The procedures shall specify control of drawings and pecification changes and methods of calibration. In general, the procedures shall reflect the overall controls of the nspection system which, when followed by suitable detailed procedures shall result in delivery of material having the equired quality.

10.4.2 Detailed inspection procedures. The detailed inspection procedures shall provide the specific requirements and performance of the examination and testing. The procedures shall contain the specific inspection details as to characteristics to be examined or tested; gages and equipment to be utilized; inspection stations; process controls and schedule of calibration of inspection aids; sampling plans and acceptance levels utilized. The procedures shall identify each characteristic, list of characteristics, or inspection feature as being "For In-Process Only" or "Acceptance Criterion". In addition, the detailed procedures shall include the following:

a. A list of all materials and components requiring certification and the extens and degree of the certification required.
b. Details regarding inspection performed in accordance with contract inspection requirements.
c. Additional Classification of Characteristics developed for control of components not already covered by the specifications or drawings and other requirements of the contract.

(continued on Page 2)

1. DISTRIBUTION STATEMENT

IBUTION STATEMENT A: Approved for public release; distribution is unlimited.

REPRODUCED AT GOVERNMENT EXPENSE



N00104-95-R-R042

OT-90-12011

Block 10. Preparation Instructions (continued)

d. For each characteristic in a Classification of Characteristics listing, list the necessary gage, item of measuring equipment, or testing device which shall be utilized to make measurements to the required accuracy.

e. A process flow chart showing the location of all inspection stations and the specific category of inspection to be performed at each station.

DI-NDTI-80603 ND ■ 9999989 0001762 2 ■ PAGE 78

N00164-95-R-K042 A003 A010

# DATA ITEM DESCRIPTION

Form Approved OMB No. 0704-0188

| 1. TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| TEST PROCEDURE | DI-NDTI-80603 |

3. DESCRIPTION/PURPOSE

3.1 The test procedure identifies the step-by-step testing operations to be performed on items under going developmental, qualification, or acceptance testing. It identifies items to be tested, the test equipment and support required, the test conditions to be imposed, the parameters to be measured, and the pass/fail criteria against which the test results

(continued on page 2)

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 880601 | G/T2137 | | |

7. APPLICATION/INTERRELATIONSHIP

7.1 This Data Item Description (DID) contains the format and content preparation instructions for the data product generated by the specific and discrete task requirements as delineated in the contract.

7.2 This DID is applicable to contracts requiring tests to be performed for the purpose of developmental or environmental evaluation, acceptance testing, and item qualification testing.

7.3 This DID supersedes DI-T-5248 and DI-T-5301

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | | G4428 |

10. PREPARATION INSTRUCTIONS

10.1 Format Requirements. The test procedure shall be in the contractor's format on 8 1/2 x 11 inch paper. It shall be bound in such a manner that pages may be removed or inserted without damage or mutilation.

10.2 Content requirements. The test procedure shall contain the following:

10.2.1 Front matter.

10.2.1.1 Cover and title page. The following information shall be included on the cover and title page:

a. Date of issue.
b. Revision date (If applicable).
c. Procedure document identification number.
d. Contract number.
e. Contractor's name and address.
f. Type of procedure, including purpose (e.g., first article test, developmental evaluation, qualification, environmental (specify), acceptance, or other).
g. Identification of the system, subsystem, or equipment to be tested.
h. Security classification (if applicable)

(continued on page 2)

11. DISTRIBUTION STATEMENT

DISTRIBUTION STATEMENT A: Approved for public release, distribution is unlimited.



2400

Block 3. DESCRIPTION/PURPOSE

will be measured. The document is a compilation of individual test procedures for related elements of a system, subsystem, or equipment.

Block 10. PREPARATION INSTRUCTIONS (continued)

10.2.1.2 Record of changes. A record of change pages shall be included to provide for tracking of changes to the test procedures.

10.2.1.3 Table of contents. A table of contents is required when more than one test procedure is included in the test procedures document. It shall identify the page location of each procedure number, procedure title, and related equipment nomenclature.

10.2.2 Body of document. For each test procedure, the following information is required:

10.2.2.1 Procedure number. Each procedure shall have an unique number assigned to it.

10.2.2.2 Title of procedure. The title should relate to the purpose of the test.

10.2.2.3 Introduction. The following shall be addressed in the introduction:

10.2.2.3.1 Purpose of test. (As specified in the contract tasking document.)

10.2.2.3.2 System, subsystem, or equipment to be tested. The following identification information shall be provided:

a. Nomenclature
b. Model or part number.
c. Type of test item (prototype, production item, laboratory model, etc.)
d. Applicable specification.

10.2.2.3.3 Test requirements. Includes the following, each related to the prescribing contract requirement paragraph (specification, standard, plan, or work statement).

a. Required tests, and parameters to be measured.
b. Performance requirements, acceptance or compliance limits, and environmental criteria.

10.2.2.3.4 Referenced documents. A list by title, number, date, and source of those documents cited in the test procedure.





N00104-95-R-K042

N00104-95-R-K042 PAGE 80



Block 10. PREPARATION INSTRUCTIONS

10.2.2.4 Required test equipment. Includes the following for each piece of test equipment required to perform the procedure:

a. Nomenclature.
b. Use of test equipment.
c. Model Number (if applicable).
d. Manufacturer (if mandatory).
e. Accuracy and calibration requirements.
f. Range or spectrum of measurements required.

10.2.2.5 Table of tests. This table lists each test performed under the procedure in the sequence it is to be performed, identified to the procedure paragraph and the related specification/contract requirement.

10.2.2.6 Step-by-step procedure. The following shall be included for each step of the test procedure:

a. Test set-up diagrams, including test equipment connections.
b. Input and output instrumentation points.
c. Test item operating limits and test conditions to be imposed.
d. Performance parameters to be measured.
e. Step-by-step operations to obtain the required data.
f. Caution and safety warnings as appropriate.

10.2.2.7 Data sheets. Data sheets shall be included with the procedure, or be separately attached at the end of all procedures. They shall provide for:

a. Identification of item tested, including model and serial numbers.
b. Recording of test measurements.
c. Identification of required or objective performance values, with tolerances.
d. Identification of applicable procedure paragraph.
e. Date of test.
f. Signature of technician or inspector performing the tests.

10.2.2.8 Support requirements. Any special support requirements would be included in this section, such as:

a. Use of special facilities or test ranges.
b. Personnel requirements (numbers, types, qualifications).
c. Unusual electrical, hydraulic, pneumatic, etc. requirements.
d. Support equipment requirements.

N60604-95-R-K042 PAGE 81 A004 A005

# DATA ITEM DESCRIPTION

Form Approved OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

**1. TITLE**

TEST/INSPECTION REPORTS

**2. IDENTIFICATION NUMBER**

DI-NDTI-80809A

**3. DESCRIPTION/PURPOSE**

3.1 The test/inspection report is used to determine compliance with system requirements, performance objectives, specifications, or test/inspection plans; whether the tests/inspections are conducted at contractor, government or independent facilities.

(Continued on page 2)

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 910325 | F/AFSC-TE | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This data item description (DID) is a broad consolidation of a number of superseded DIDs that specifies a uniform content and format to be used in the preparation of test/inspection reports covering test/inspections on systems, subsystems, components, parts, materials, processes, and equipments as applicable.

(Continued on page 2)

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | | F6040 |

**10. PREPARATION INSTRUCTIONS**

10.1 Format requirements. The test/inspection report format shall be contractor selected consistent with the following requirements.

10.1.1 Media. The test/inspection report shall be provided by electronic transmission or on either magnetic media or durable quality paper, and shall present the data in a clean and legible manner. The text and numeric data shall be capable of being typewritten or printed, using non-exotic typefaces on 8 1/2 by 11 inch standard white paper. Photographs, pictorials, graphics and drawings shall be presented in high contrast black and white or color. If the media is paper, black ink should be used on white bond paper, and the report shall be bound such that pages may be removed or inserted without damage or mutilation. The media shall be in the Computer Aided Logistics Support (CALS) format as specified in MIL-STD-1840.

10.1.2 Format. The test/inspection report format shall present the data in an effective and logically organized arrangement. The text shall be single spaced and shall use correct English grammar, spelling, capitalization, and punctuation. Numerical data shall use Arabic numerals and the units of

(Continued on page 2)

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.



DD Form 1664, APR 89 Previous editions are obsolete.

135/123

DI-NDTI-80809A

measure shall be identified and defined. Acronyms, codes, abbreviations, signs, and symbols shall be defined. Photographic, pictorial, graphic, and drawing formats may be used for purposes of illustration. Attachments, tables, figures, footnotes, and illustrations shall be identified and

BLOCK 3, DESCRIPTION/PURPOSE (Continued)

3.2 The report should document test/inspection results, findings, and analyses that will enable the government or contracting agency to evaluate an determine subsequent actions.

---

BLOCK 7, APPLICATION/INTERRELATIONSHIP (Continued)

7.2 This DID contains the format and content preparation instructions for the data product generated by the specific and discrete task requirement as delineated in the contract.

7.3 This DID is applicable to contracts requiring tests/inspections to be performed for the purpose of developmental, operational, or environmental evaluation, acceptance or quality conformance inspection, and item qualification.

7.4 This DID should be tailored on the DD Form 1423 Contract Data Requirements List (CDRL) to the applicable program requirement, when requiring media prepared in the Computer Aided Logistics Support (CALS) format as specified in MIL-STD-1840A and its related specifications. This DID is applicable whenever success criteria and test/inspection methods have been prescribed (i.e., where there is a specification or comparable document). This Data Item Description is applicable for both flight and ground tests/ inspections.

7.5 This DID is normally used for engineering test and evaluation, pre-qualification, qualification, and other developmental tests/inspections in the specifications as well as quick look, interim, and final summary reports of test/inspection results, and findings related to the completion of a program milestone period (such as the completion of demonstration/validation and the start of full scale development).

7.6 The requirements contained in the DID should be tailored consistent with the program phase and the contractual testing/inspection requirements.

7.7 This DID supersedes DID's DI-E-1150, DI-T-1780, DI-T-1787, DI-T-1906, DI-R-2057/DI-R-2063, DI-T-2072, DI-T-5329, DI-T-5426, DI-T-5439A, UDI-T-21332, UDI-T-23668, UDI-T-23790, DI-T-30720, DI-T-30736, DI-QCIC-80139, DI-QCIC-80140, DI-QCIC-80141, DI-NDTI-80604, DI-MISC-80654, DI-NDTI-80809, and DI-RELI-80939.

BLOCK 10, PREPARATION INSTRUCTIONS (Continued)

referenced in the text. Oversize pages shall be capable of being folded to the dimensions of the volume. Unless effective presentation would be degraded; the initial format arrangement shall be used for all subsequent submissions.

10.1.3 Reproduction. The test/inspection report shall be capable of being photographically reproduced in black on white copy sufficiently clear and sharp for further reproduction. Ditto, hectograph, color or reproduction processes not reproducible photographically shall not be required for reproduction of the test/inspection report.

10.2 Content requirements. The test/inspection report shall contain the following information:

10.2.1 Cover and title page. The following information shall appear on the outside front cover and title page:

a. Report date.
b. Report number (contractor's or government, if assigned)
c. Contract number/CLIN number or sequence number (if applicable)
d. Contractor's name and address, and commercial and government entity (CAGE) code.
e. Type of test/inspection (e.g., first article, quality conformance, developmental evaluation, qualification, environmental (specify); acceptance, or other).
f. Identification (e.g., national stock number (NSN), nomenclature, model/part/serial number) of item tested/inspected.
g. Name and address of test/inspection facility.
h. Date or period of test/inspection.
i. Name and address of requiring government activity.
j. Security classification, downgrading and declassifying information (if applicable)

10.2.2 Table of contents. The table of contents shall identify the following:

a. The title and starting page of each major section, paragraph, and appendix of the report.
b. The page, identifying number, and title of each illustration (e.g., figure, table, photograph, chart, and drawing).

10.2.3 Introduction. The introduction shall include the following information:

10.2.3.1 Purpose of the test/inspection. The specific purpose of the test/inspection as specified in the contract tasking document if the contrac[t] does not identify a specific test/inspection purpose, the contractor's purp[ose] shall be stated.

PAGE 84



10.2.3.2 Item tested/inspected. Complete identification of the item tested/insptected including the following:

a. Nomenclature.
b. National stock number (NSN).
c. Model/part/serial number.
d. Type of item (e.g., prototype, production item, laboratory model).
e. Serial or lot number.
f. Applicable engineering changes.
g. Production item specification (if applicable).
h. Date of manufacture.

10.2.3.3 Test/inspection requirements. Complete identification of the test/inspection requirements correlated to contractual requirements and the requirements documentation, including the following:

a. Required test/inspection parameters measured.
b. Performance requirements, acceptance or compliance limits, and environmental criteria.

10.2.4 Summary. Complete test/inspection report summary including the following:

a. A brief discussion of the significant test/inspection results, observations, conclusions, and recommendations covered in greater detail elsewhere in the report.
b. Proposed corrective actions and schedules for failures or problems encountered.
c. Identification of deviations, departures, or limitations encountered, referenced to the contract requirements.
d. Tables, graphs, illustrations, or charts as appropriate to simplify the summary data.

10.2.5 Reference documents. Complete identification of all documents referenced in the test/inspection report including the following (as applicable):

a. Prior test/inspection reports on the same item.
b. Test/inspection plan and procedure documents.
c. Requirement specifications and standards.
d. Prior certifications of compliance.
e. Contractor's file designation where test/inspection records are maintained.
f. Input parameters used.

The applicable issue of the documents cited therein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2.6 Body of report. The body of the test/inspection report shall be as follows:

PAGE 84

N00104-95-R-K042

10.2.6.1 Test equipment identification. Complete identification for each item of test equipment used in the test/inspection including the following:

a. Nomenclature.
b. Model number.
c. Serial number.
d. Manufacturer.
e. Calibration status.
f. Accuracy data.
g. Comments (if applicable).

10.2.6.2 Test/inspection facility installation and set-up. Drawing, illustrations, and photographs may be used for clarification. Complete description of the physical set-up (e.g. item, test/inspection facility, and equipment used in conducting the test/inspection) to include the following:

a. Location/orientation of item.
b. Location/orientation/settings of test equipment and instrumentation.
c. Location/orientation/settings of sensors and probes.
d. Location/orientation of interconnections, cables, and hook-ups.
e. Electrical power, pneumatic, fluidic, and hydraulic requirements.

10.2.6.3 Test/Inspection procedures. Complete description of the procedures used in conducting the test/inspection to include the following:

a. Item selection and inspection that verified suitability for test/inspection.
b. Summarized sequence of testing/inspection steps, including a description of how the item was operated during the test/inspection, and any control conditions imposed.
c. Data reduction techniques employed.

10.2.6.4 Test/inspection results and analysis. A copy of all test/inspectio results and analysis to include the following:

10.2.6.4.1 Recorded data. The actual recorded data (e.g., log book entries, oscillographs, instrument readings, and plotter graphs). If the recorded dat is extensive, provide it in an appendix.

10.2.6.4.2 Test/inspection results. Identification of all test/inspection results to include the following:

a. Matrices comparing results achieved against test/inspection objective or requirements.
b. A discussion of these matrices as to their significance, and how they compare to any prior tests/insptections.
c. Calculation examples.
d. Tabulation of the recorded data (reference 10.2.6.4.1) reduced the related test/inspection procedure generating the data and test requirements.

e. Discussion of anomalies, deviations, discrepancies or failures, including their impact, causes, and proposed corrective actions. discussion shall address discrepancies between design requirements the tested/inspected configuration.

10.2.6.5 Conclusions. Test/inspection conclusions distinguish between objective and subjective to include the following:

a. The effectiveness of the test/inspection procedures in measuring ite performance.
b. The success or failure of the item to meet required test/inspection objectives.
c. The need for repeat, additional, or alternative testing/inspection.
d. The need for item re-design or further development.
e. The need for improved test/inspection procedures, techniques, or facilities.
f. The adequacy and completeness of the test/inspection requirements.

10.2.6.6 Recommendations. Recommendations appropriate to the test/inspectic results and conclusions including the following:

a. Acceptability of the item tested/inspected (pass or fail).
b. Additional testing/inspection required.
c. Redesign required.
d. Problem resolution.
e. Test/inspection procedure or facility improvements.
f. Disposition of items tested/inspected.
g. Documentation changes required.
h. Testing/inspection improvements.

10.2.7 Authentication. The following certifications shall be included, as applicable:

10.2.7.1 Authentication of test/inspection results. A statement that the test/inspection was performed in accordance with applicable test/inspection plans, and procedures, and that the results are true and accurate. The authentication shall include the signature of the personnel that performed the test(s)/inspection(s). Any government witnesses, and a contractor representative authorized to make such certification.

10.2.7.2 Authentication of prior validation. A statement identifying those requirements not tested/inspected or measured that were previously validated. Include identification of the date and method employed for such validation (e.g., prior test/inspection, analytical verification, equivalent item, etc.). The authentication shall include the signature of a contractor representative authorized to make such authentication and any government witness.

10.2.7.3 Authentication of acceptability. A statement that the item tested/inspected either passed or failed item acceptability requirements as delineated in applicable specifications. This authentication shall include the signature of a contractor representative authorized to make such authentication and any government witness.

10.2.8 Appendices. Appendices shall be used to append detailed test/inspection data, drawings, photographs, or other documentation too voluminous to include in the main body of the report. This includes referenced documentation not previously provided by the Government, and test/inspection reports from any associated test/inspection activity that may have performed some of the testing/inspecting requirements.

N00104-95-R-R042 (A006) PAGE 8

# DATA ITEM DESCRIPTION

Form Approved
OMB No. 0704-0188

Public reporting burden for collection of this information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collec of information, including suggestions for reducing this burden to, Washington Headquarters Services, Directorate of Operations and Reports, 1215 Jefferson Davis Highway, Suite 12 Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

**1. TITLE**

Engineering Change Proposal (ECP)

**2. IDENTIFICATION NUMBER**

DI - CMAN - 80639A

**3. DESCRIPTION/PURPOSE**

3.1 An Engineering Change Proposal (ECP) includes both engineering change and the documentation by which the change is described and suggested.

3.2 An ECP describes changes to configuration items and associated configuration documentation that are affected the proposed engineering change.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICAI |
|---|---|---|---|
| 920417 | OSD-DO | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This Data Item Description (DID) contains the format, content and preparation instructions for Class I and II engineering changes as described in paragraph 5.4.2.2.3 and 5.4.8.2.1 of MIL-STD-973. This DID is used in conjunc with a Notice of Revision (NOR), DI-CMAN- 80642A and/or a Specification Change Notice (SCN), DI-CMAN-80643A A requirement for NORs and SCNs, as applicable, should be contractually imposed in conjunction with this DID.

7.2 Copies of the ECP form are available from the DODSSP, Standardization Documents Order Desk, Building 40, 700 Robbins Avenue, Philadelphia, PA 19111-5094.

7.3 This DID supersedes DI-CMAN-80639.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Form 1692 | D 6692 |

**10. PREPARATION INSTRUCTIONS**

10.1 Reference Documents. The applicable issue of any documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format and Content. The Engineering Change Proposal format and content shall be in accordance with Appendix D of MIL-STD-973.

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

N00104-95-R-R042 PAGE 89

# DATA ITEM DESCRIPTION

Form Approved
OMB No. 0704-0188

**1. TITLE**

Engineering Change Proposal

**2. IDENTIFICATION NUMBER**

DI-CMAN-80639

**3. DESCRIPTION/PURPOSE**

3.1 An Engineering Change Proposal includes both a proposed engineering change and the documentation by which the change is described and suggested.

3.2 An Engineering Change Proposal provides a complete analysis of the technical, interface, cost, schedule and logistics impacts of the proposed change.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 880715 | AS | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This DID contains the format, content and preparation instructions for a Class I and Class II engineering change resulting from the work tasks described by 4.1.1 through 4.9 and 5.1 through 5.2.3 of MIL-STD-480B.

7.2 This DID is used in conjunction with a Notice of Revision (NOR), DI-CMAN-80642. When applicable, a Specification Change Notice (SCN), DI-CMAN-80643, should be contractually imposed in conjunction with this DID.

7.3 This DID supersedes DI-E-1102A, DI-E-2037, DI-E-3128 and DI-E-5035B.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Forms 1692 through 1692-5 | N4480 |

**10. PREPARATION INSTRUCTIONS**

10.1 <u>Reference Documents</u>. The applicable issue of the documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 <u>Format and Content</u>. The Engineering Change Proposal format and content shall be in accordance with Appendix A of MIL-STD-480B.

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

Noo164-95-R-K042 PAGE 90

DI-QCIC-80736 8C 9999989 0001867 5

A007

# DATA ITEM DESCRIPTION

Form Approved OMB No 0704-01

| 1. TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| Quality Deficiency Report | DI-QCIC-80736 |

3. DESCRIPTION/PURPOSE

3.1 The Quality Deficiency Report provides information on deficient Government Furnished Material (GFM) received by contractors.

3.2 The report is used to initiate corrective action.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 890117 | A/AMC-MI | | |

7. APPLICATION/INTERRELATIONSHIP

7.1 This Data Item Description (DID) contains the format and content preparation instructions for the data product generated by the specific and discrete task requirement as delineated in the contract.

7.2 This DID supersedes DI-R-17238.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | SF 368 | A4606 |

10. PREPARATION INSTRUCTIONS

10.1 General. A Quality Deficiency Report shall be prepared upon receip of deficient GFM.

10.2 Media. The Quality Deficiency Report specific media shall be Standard Form (SF) 368.

10.3 Format. The Quality Deficiency Report specific format shall be as follows:

Section I. (To be completed by originating point as the informatio is applicable and available. The screening point will assure applicable items not completed by the originating point, are completed to the maximu possible extent before a report is submitted to the action point.)

Item 1. (Originating Point). The originating point will enter their address in item 1a and the name/duty phone/signature of an individual who can serve as a contact for questions regarding the report and/or to request an exhibit sample in item 1b.

(Continued on Page 2)

11. DISTRIBUTION STATEMENT

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

DI-QCIC-80736

Block 10, Preparation Instructions (Continued)

Item 2. To: (Screening Point). The originating point will enter in item 2a the name and address of the screening point to which the report is being submitted. The screening point will enter the name/duty phone/signature of the individual processing the report in item 2b.

Item 3. (Report Control Number). Each report will be identified with an Alpha/Numeric system as required by the participating component.

Item 4. (Date Deficiency Discovered). Enter the date the deficiency was discovered.

Item 5. (National Stock Number). Enter the National Stock Number of the deficient material.

Item 6. (Nomenclature). Enter the noun of the material found to be deficient.

Item 7. (Manufacturer/Manufacturer's Code/Shipper). Enter the name or code of the manufacturer, maintenance contractor, or Government activity who last repaired or overhauled the deficient material, as applicable. When the shipper is different from the manufacturer, also include its name.

Item 8. (Manufacturer's Part Number). Self-explanatory.

Item 9. (Serial/Lot/Batch Number). As applicable, enter the serial number, lot number or batch number of the deficient material. Use item 22 if required. Lot numbers will be entered for ammunition items where serial numbers do not apply.

Item 10. (Contract/Purchase Order/Document Number). Enter the contract, purchase order, requisition, or other authorizing document number. (On General Services Administration (GSA) shipments all three numbers are required.)

Item 11. (Item is New or Repaired/Overhauled). Check the appropriate block to identify if the material is either new or repaired/overhauled.

Item 12. (Date Manufactured, Repaired, or Overhauled). If the material is repaired or overhauled, enter the last repair/overhaul date.

Item 13. (Operating Time at Failure). Indicate the time material had been in operation since new or overhaul/repair when the deficiency was discovered using the appropriate performance element., i.e., miles, cycles, hours. On vehicles procured by GSA, also enter the date the vehicle was placed in service.

DI-QCIC-80736

Block 10, Preparations Instructions (Continued)

Item 14. (Government-Furnished Material). Government-furnished material is any material that belongs to the Government and is furnished to a contractor for some purpose. Check the appropriate block as it applies.

Item 15. (Quantity). Quantity shall be a count of each individual item regarding unit of issue.

a. (Received ). Enter the total number of items received in lot or batch in which the deficiency was found, if known.

b. (Inspected). Enter the number of items inspected.

c. (Deficient). Enter the number of items that were determined to be deficient as a result of inspection.

d. (In Stock). Enter the number of items in stock, as applicable.

Item 16. (Deficient Item Works On/With:).

a. (End Item). List major weapon system, item, or commodity that deficient item is to be used with or on (i.e., A-7 Aircraft, M-14 Rifle, CVA-67 Carrier, 155 MM Howitzer, F-15 Aircraft, 2 1/2 ton Cargo Truck, Guided Missile Destroyer). Indicate type/model/series and serial number for the end item, as applicable.

b. (Next Higher Assembly). Enter the National Stock Number, nomenclature, part number, and serial number of the next higher assembly the deficient item works upon, as applicable. Lot numbers will be entered for ammunition items where serial numbers do not apply.

Item 17. (Dollar Value). Enter the dollar value of the material reported as being deficient in the report, if known.

Item 18. (Estimated Correction Cost). Enter the estimated cost including overhead, for correcting all the deficient material cited in the report if it can readily be determined.

Item 19. (Item Under Warranty). Check one of the blocks to indicate whether the deficient item is covered by a contractual warranty, if known.

Item 20. (Work Unit Code/Equipment Identification Code). Navy and Air Force only. For Navy, insert the applicable WUC/EIC using 7 characters, when available. For Air Force, insert the five digit Work Unit Code, when applicable.

Block 10, Preparation Instructions (Continued)

Item 21. (Action/Disposition). Check one of the blocks to indicate the nature of the action taken or requested concerning the deficient material. If an exhibit is being held, indicate the number of days the exhibit will be held by completing the space provided (HOLDING EXHIBIT for ________ DAYS). If none of the items indicate the action/disposition taken or requested, check "other" and identify the nature of the action taken or requested in item 22.

Item 22. (Details). This item provides valuable information concerning the deficiency. For a fully comprehensive report, the following types of information should be entered in this item if applicable and available:

1. Explain what is wrong with the item to the best of the originator's ability. Explain how and why the item does not function with relating parts or assemblies.

2. Include a description of the difficulty, the suspected cause, if known, and identify action on the deficient material including disposition.

3. Recommendations.

4. Indicate where, if an exhibit is being held.

5. Include and list the supporting documents to be submitted with the report. Photographs or sketches are extremely valuable and should be included whenever possible. (When photographs are taken, a 12-inch or other ruler should be employed as a scale placed alongside the object so as to appear in each photograph. Measurements should also be shown on sketches.)

10.4 Content. The Quality Deficiency Report shall contain the following:

a. Evidence that GFM failed to conform to established quality requirements.

b. A copy of the DD Form 1348-1, DoD Single Line Item Release/Receipt Document, or other shipping document shall be submitted with the SF 368 when available. Photographs, test reports, or similar data which serve as supporting documentation to the SF 368 shall also be submitted.

N00104-95-R-K042 (A008) PAGE 9

# DATA ITEM DESCRIPTION

Form Approved OMB No. 0704-0188

Public reporting burden for collection of this information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to, Washington Headquarters Services, Directorate of Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

**1. TITLE**

Request for Deviation

**2. IDENTIFICATION NUMBER**

DI - CMAN - 80640A

**3. DESCRIPTION/PURPOSE**

3.1 A Request for Deviation describes a proposed (prior to manufacture) departure from configuration documentation for a specific number of units or for a specified period of time.

3.2 A Request for Deviation enables the Government to determine the impact on performance, operational readiness, logistics support or other affected areas.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 920417 | OSD-DO | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This Data Item Description (DID) contains the format, content and preparation instructions for the data product resulting from the work task described in paragraph 5.4.3.4 of MIL-STD-973.

7.2 Copies of the Request for Waiver form are available from the DODSSP, Standardization Documents Order Desk, Building 40, 700 Robbins Avenue, Philadelphia, PA 19111-5094.

7.3 This DID supersedes DI-CMAN-80640.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Form 1694 | D 6693 |

**10. PREPARATION INSTRUCTIONS**

10.1 Reference Documents. The applicable issue of any documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format and Content. The Request for Deviation format and content shall be in accordance with Appendix E of MIL-STD-973.

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.



2775

V00604-95-R-K042 (A009) PAGE 95

# DATA ITEM DESCRIPTION

Form Approved
OMB No. 0704-0188

Public reporting burden for collection of this information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to, Washington Headquarters Services, Directorate of Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

**1. TITLE**

Request for Waiver

**2. IDENTIFICATION NUMBER**

DI - CMAN - 80641A

**3. DESCRIPTION/PURPOSE**

3.1 A Request for Waiver is used to obtain authorization to deliver non-conforming material which does not meet the prescribed configuration documentation but is suitable for use "as is" or after repair.

3.2 A Request for Waiver enables the Government to evaluate and authorize acceptance of an item not conforming to contractual requirements.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY | 6a. DTIC APPLICABLE | 6b. GIDEP APPLICABLE |
|---|---|---|---|
| 920417 | OSD-DO | | |

**7. APPLICATION/INTERRELATIONSHIP**

7.1 This Data Item Description (DID) contains the format, content and preparation instructions for the data product resulting from the work task described in paragraph 5.4.4 of MIL-STD-973.

7.2 Copies of the Request for Waiver form are available from the DODSSP, Standardization Documents Order Desk, Building 40, 700 Robbins Avenue, Philadelphia, PA 19111-5094.

7.3 This DID supersedes DI-CMAN-80641.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSC NUMBER |
|---|---|---|
| | DD Form 1694 | D 6694 |

**10. PREPARATION INSTRUCTIONS**

10.1 Reference documents. The applicable issue of any documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format and content. The Request for Waiver format and content shall be in accordance with Appendix E of MIL-STD-973.

**11. DISTRIBUTION STATEMENT**

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

N00104-95-R-R042 PAGE 96

REPRODUCED AT GOVERNMENT EXPENSE

A011

# DATA ITEM DESCRIPTION

Form Approved
OMB No 0704-0188

| 1. TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| ACCEPTANCE INSPECTION EQUIPMENT DESIGN DOCUMENTATION | OT-90-12009 |

3. DESCRIPTION/PURPOSE

3.1 This documentation describes the contractor designed acceptance inspection equipment (AIE).

3.2 This documentation is used to evaluate the acceptability of the contractor's designs for the Government's requirements.

| 4. APPROVAL DATE (YYMMDD) | 5. OFFICE OF PRIMARY RESPONSIBILITY (OPR) | 6a. DTIC APPLICABLE | 6b GIDEP APPLICABLE |
|---|---|---|---|
| 891215 | A/AMSMC-QAH(D) | | |

7. APPLICATION/INTERRELATIONSHIP

7.1 This Data Item Description contains the format and content preparation instructions for the data generated by the specific and discrete task requirement as delineated in the contract.

7.2 This DID is applicable to all drawings or descriptions of acceptance inspection equipment as required by DD Form 1423.

7.3 A related document is DI-R-1710, Quality Program Plan.

7.4 This DID is for one-time use for solicitation________________.

| 8. APPROVAL LIMITATION | 9a. APPLICABLE FORMS | 9b. AMSMC NUMBER |
|---|---|---|
| Limited to solicitation__________ | | |

10. PREPARATION INSTRUCTIONS

10.1 Source document. The applicable issue of the documents cited herein, including their approval dates and dates of any applicable amendments, notices, and revisions, shall be as specified in the contract.

10.2 Format. Acceptance inspection equipment design documentation shall be in contractor format.

10.3 Content. The acceptance inspection equipment design documents shall disclose design information sufficient to permit evaluation of the proposed equipment. All submissions shall include: the contract number; the drawing number and revision of the component being inspected; the specification number, revision, and latest amendment (if applicable); and the defect code(s) or specification paragraph number and characteristic(s) being inspected by the equipment. Each design drawing shall be dated and have a unique number assigned to it. Revisions to any design shall be recognizable by a revision symbol and date. For the following areas, additional information shall include:

10.3.1 For dimensional characteristic inspection (gages and setups):

a. Overall equipment configuration.
b. Gaging dimensions (including tolerances).
c. Material, surface finish and hardness requirements of gaging elements.
d. Identification (by manufacturer and model number) of any commercial devices to be incorporated in the design.
e. Setup, calibration, operation, and verification instructions where appropriate.
f. Maintenance procedures and spare parts lists where appropriate.

10.3.2 For physical characteristics (electrical, mechanical, nondestructive, environmental, etc.) test equipment:

a. Layout or block diagram showing overall equipment arrangement and interconnection, including the unit under test (UUT).
b. Details of adapters, cables, holding fixtures, etc. that may be required.
c. Schematics of test circuits and measuring circuits or devices, unless they are standard commercial items.
d. When test and measuring equipment is computer controlled or for numerically controlled multi-testers:

(1) The computer test program listing and flow charts showing accept/reject limits and computer generated

(Continued on Page 2)

11. DISTRIBUTION STATEMENT

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited..

ACCEPTANCE INSPECTION EQUIPMENT REQUIREMENTS
FOR
POWER SUPPLY, PS115
FY 95
ADL 53711-5355797-

1. ACCEPTANCE INSPECTION EQUIPMENT (AIE)

The following paragraphs of this clause marked (X) are applicable to this procurement:

(X) a. The contractor is responsible for proper storage, handling, and use of all AIE. Nonconforming production items which are passed by damaged or misused AIE will not accepted by the Government and does not relieve the contractor of the responsibility to meet all drawing/specification requirements of the contract.

(X) b. the contractor shall provide all AIE (except for any equipment listed as available in Appendix VI) necessary to assure conformance of components and end items to contract requirements. All such equipment shall be subject to approval by the Government and shall be available for use prior to the initiation of production. Where a First Article is contractually required, availability of the AIE shall be required prior to First Article Inspection. All equipment shall be made available to the Government representatives, at no additional cost, when required for verification purposes.

(X) c. AIE not listed in Appendix VI shall be furnished by the contractor. During acceptance inspection, the contractor shall either (i) utilize equipment fabricated in accordance with the equipment designs specified in Appendix IV or (ii) for characteristics not listed in Appendix IV, utilize Standard Measuring Equipments (SMI) or contractor designed equipment. All SMI lists and contractor AIE designs shall be submitted for approval as prescribed in the Data Item Description of DD Form 1423, Contract Data Requirements List.

1. All designs shall contain sufficient design and application data to permit evaluation of the designs ability to test or measure the characteristic or parameter with the required accuracy and repeatability. The designs must include sufficient summary data to correlate each drawing (and revision thereof) with the applicable product, drawing, revision number and characteristic inspected. The Government will either approve or disapprove the contractor's designs for AIE within * days of receipt thereof. When approved, such designs shall be come Government property.

*30 DAYS WHEN CLAUSE IS USED ON PURCHASE ORDER, AND 45 DAYS FOR CONTRACTS (TO BE INSERTED BY AMSMC-PC)

Attachment (6)

2. The contractor shall be responsible for any delays resulting from late presentation of AIE or AIE designs to the Government for certification or approval and any delays resulting from the presentation of inadequate or defective AIE or AIE designs.

3. The contractor is not authorized to change approved AIE designs without approval of the reviewing authority. Contractor initiated changes will not be considered excusable schedule delays. Additionally, the contractor shall be responsible for cost associated with such changes, including costs incurred by the Government.

( ) d. MIL-STD-AIE listed in Appendix III shall be obtained by the contractor and is mandatory for use by the contractor during acceptance inspection for the identified characteristics.

( ) e. AIE procured to Government furnished drawings/designs identified in Appendix IV are mandatory for use and are specified as deliverable in Section B of this contract.

( ) f. The contractor is responsible for designing and obtaining AIE listed in Appendix V. Use of the gages obtained for the characteristics identified in Appendix V is mandatory during acceptance inspection. The contractor must provide the AIE obtained in accordance with Appendix V to Naval Warfare Assessment Division (NWADIV) for certification prior to use. Only one of each gage type will be returned to the contractor for acceptance inspection (additional gages acquired by the contractor for in-process inspection will not be certified by the Government). The contractor is responsible for preservation, packaging and shipping the AIE to NWADIV. Two copies of each Government approved contractor designed AIE drawings must accompany the AIE sent to NWADIV for certification.

At least thirty (30) calendar days prior to the submission of AIE to NWADIV for certification, the contractor shall furnish written notice of anticipated shipment date to NWADIV, with a copy to the responsible technical activity and HQ, AMCCOM, ATTN: AMSMC-QAM, Rock Island, IL 61299-6000. The Government shall perform the AIE certification inspection and provide notification of acceptance/rejection to the contractor within (30) days of receipt of the AIE at NWADIV. Contractor designed and procured AIE listed in Appendix V will have drawing numbers assigned to the documentation by the reviewing authority. Upon certification, AIE designed in Appendix V are specified as deliverable in Section B of this contract.

( ) g. When there is AIE that will be furnished by the government, the equipment will be listed as available in Appendix VI. Equipment listed as available will be furnished by the Government in accordance with the Government Property clause. The contractor is responsible for contacting NWADIV 90 days in advance of the need for the AIE to schedule delivery. The AIE

shall be retained by the contractor for mandatory use by both Government quality assurance personnel for Government verification inspection and the contractor for contractor acceptance inspection.

( ) h. The following requirements apply to AIE accepted by the Government under this contract (Appendices IV and V) and/or AIE furnished under this contract (Appendix VI):

1. When directed by the Government, the contractor shall, at no expense to the Government prepare the AIE for shipment to NWADIV. Such shipments will be required for calibration of a new gage, for repairs and when the AIE is no longer needed for use on the contract. Shipment of gages shall be on a Government Bill of Lading, unless the shipment is for repairs for which the contractor is liable. Each gage shall have an individual storage container. Preparation of the AIE for shipment shall be in accordance with the following specifications:

(a) Preservation MIL-P-116 Method 1A, Preservation P-10

(b) Packing MIL-P-116 Method 1A

(c) Shipping FED Spec PPP-P-40

(d) Marking MIL-STD-129

2. The Government Property Clause of this contract, applies with the following exceptions:

(a) All repairs for which the contractor is responsible shall be accomplished by NWADIV at the expense of the contractor.

(b) The contractor shall not be liable for any damage to AIE which is incurred while the AIE is in the physical custody of, or is being used by a Government Quality Assurance Representative.

3. The contractor shall not make any permanent identification markings or modifications to the AIE, except as noted on Government furnished and/or approved designs.

N00104-95-R-K042 

CONTRACT DATA FOR ACCEPTANCE INSPECTION EQUIPMENT
FOR
POWER SUPPLY, PS115
FOR FY 95
ADL 53711-5355797-

APPENDIX III: CONTRACTOR PROCURED MIL-STD AIE

APPENDIX IV: GOVERNMENT DESIGNED CONTRACTOR PROCURED AIE

APPENDIX V: CONTRACTOR DESIGNED AND PROCURED AIE

APPENDIX VI: GOVERNMENT FURNISHED AIE

| AIE FOR ADL/DWG | APPENDICES |
| --- | --- |
| ADL 53711-5355797- | NONE |

N00104-95-R-K042



# ADDRESSEE LIST

| DD FORM 1423 (CDRL) BLOCK 14 ENTRY | COMPLETE ADDRESS |
|---|---|
| NOC, IMSD (61JV) | OFFICER IN CHARGE<br>ATTN: CODE 61JV<br>NAVAL ORDNANCE CENTER (IMSD)<br>P.O. BOX 2011<br>MECHANICSBURG, PA 17055-0735 |
| NSWCD, CRANE (402) | COMMANDING OFFICER<br>ATTN: CODE 4025<br>NAVAL SURFACE WARFARE CENTER<br>CRANE DIVISION<br>CRANE, IN 47522-5000 |

**K--F.O.B. ORIGIN SHIPPING POINTS (NSPCC) (JAN 1993)**

If this solicitation provides for delivery "FOB Origin", the offeror shall provide the following information.

AXIC Corporation 317 Nick Fitcheard Road Huntsville, AL 35806

Truck Shipments: Shipping point for supplies including Street Address, City, State and Zip Code

Rail Shipments: Exact location of private siding or Name of Rail Terminal and Name of serving railroad

**K-REQUEST FOR PRICE DATA (NSPCC) (NOV 1992)**

Offeror is to furnish the following data concerning the item or items for which an offer is submitted:

| | | YES | NO |
|---|---|---|---|
| 1. | Is the item(s) offeror's standard commercial product? | ( ) | (X) |
| 2. | Is this item in a published price list? If yes, a copy of the published price list should be furnished with the proposal/quotation. | ( ) | (X) |
| 3. | Is the price to the Government as good or better than the price to your most favored customer, i.e., dealers, distributors, original equipment manufacturers, etc.? If "no" explain the difference. | (X) | ( ) |

**52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)**

(a) The offeror certifies that-

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to

(i) those prices,

(ii) the intention to submit an offer, or

(iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory-

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3)

above _______________________________________________
(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

**52.203-4 CONTINGENT FEE REPRESENTATION AND AGREEMENT (APR 1984)**

(a) Representation. The offeror represents that, except for full-time bona fide employees working solely for the offeror, the offeror-

NOTE: The offeror must check the appropriate boxes. For interpretation of the representation, including the term "bona fide employee," see Subpart 3.4 of the Federal Acquisition Regulation.

(1) ( ) has, ( X ) has not employed or retained any person or company to solicit or obtain this contract; and

(2) ( ) has, ( X ) has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(b) Agreement. The offeror agrees to provide information relating to the above Representation as requested by the Contracting Officer and, when subparagraph (a)(1) or (a)(2) is answered affirmatively, to promptly submit to the Contracting Officer-

(1) A completed Standard Form 119, Statement of Contingent or Other Fees, (SF 119); or

(2) A signed statement indicating that the SF 119 was previously submitted to the same contracting office, including the date and applicable solicitation or contract number, and representing that the prior SF 119 applies to this offer or quotation.

**52.203-8 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY (NOV 1990) ALTERNATE I (SEP 1990)**

(a) Definitions. The definitions at FAR 3.104-4 are hereby incorporated in this provision.

(b) Certifications. As required in paragraph (c) of this provision, the officer or employee responsible for this offer shall execute the following certification:

CERTIFICATE OF PROCUREMENT INTEGRITY

(1) I, Alex Katz (Name of certifier), am the officer or employee responsible for the preparation of this offer and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certificate, I have no information concerning a violation or possible violation of subsection 27 (a), (b), (c) or(f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement N00104-95-R-K042 (solicitation number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that, to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of Axion Corp. (Name of offeror) who has participated personally and substantially in the preparation or submission of

this offer has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations:

(Continue on plain bond paper if necessary and label Certificate of Procurement Integrity (Continuation Sheet), ENTER "NONE" IF NONE EXIST)

NONE

(4) I agree that, if awarded a contract under this solicitation, the certifications required by subsection 27(e)(1)(B) of the Act shall be maintained in accordance with paragraph (f) of this provision.

(Signature of the officer or employee responsible for the offer and date)

Alex Latifi, President 5-11-95

(Typed name of the officer or employee responsible for the offer)

*Subsections 27(a), (b), and (d) are effective December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(End of certification)

(c)(1) For procurements using sealed bidding procedures, the signed certifications shall be submitted by each bidder with the bid submission except for procurements using two-step sealed bidding procedure (see Subpart 14.5). For those procurements, the certifications shall be submitted with submission of the step two sealed bids. A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(2) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(3) Failure of a bidder to submit the signed certificate with its bid shall render the bid nonresponsive.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation of possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offer.

(f) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing contractor responsible for the offer may rely upon a one-time certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated.

These certifications shall be maintained by the Contractor for 6 years from the date of certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

**ALTERNATE 1 (SEP 1990)**

Procurements using other than sealed bidding procedures:

(c) For procurements, including contract modifications, in excess of $100,000 made using procedures other than sealed bidding, the signed certifications shall be submitted by the successful Offeror to the Contracting Officer within the time period specified by the Contracting Officer when requesting the certificates except as provided in subparagraph (c)(1) through (c)(5) of this clause. In no event shall the certificate be submitted subsequent to award of a contract or execution of a contract modification:

(1) For letter contracts, other unpriced contracts, or unpriced contract modifications, whether or not the unpriced contract or modification contains a maximum or not to exceed price, the signed certifications shall be submitted prior to the award of the letter contract, unpriced contract, or unpriced contract modification, and prior to the definitization of the letter contract or the establishment of the price of the unpriced contract or unpriced contract modification. The second certification shall apply only to the period between award of the letter contract and execution of the document definitizing the letter contract, or award of the unpriced contract or unpriced contract modification and execution of the document establishing the definitive price of such unpriced contract or unpriced contract modification.

(2) For basic ordering agreements, prior to the execution of a priced order; prior to the execution of an unpriced order, whether or not the unpriced order contains a maximum or not to exceed price; and, prior to establishing the price of an unpriced order. The second certificate to be submitted for unpriced orders shall apply only to the period between award of the unpriced order and execution of the document establishing the definitive price for such order.

(3) A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(4) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(5) For purposes of contracts entered into under section 8(a) of the SBA, the business entity with whom the SBA contracts, and not the SBA, shall be required to comply with the certification requirements of subsection 27(e). The SBA shall obtain the signed certificate from the business entity and forward the certificate to the Contracting Officer prior to the award of a contract to the SBA.

(6) Failure of an Offeror to submit the signed certificate within the time prescribed by the Contracting Officer shall cause the offer to be rejected.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation or possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offeror.

(f) In making the certification in subparagraph (b)(2) of the certificate, the officer or employee of the competing contractor responsible for the offer may rely upon a onetime certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be maintained by the Contractor for 6 years from the date a certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act

on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

**52.204-3 TAXPAYER IDENTIFICATION (MAR 1994)**

(a) Definitions

"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls and affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Corporate status," as used in this solicitation provision, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All the offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN)

( X ) TIN: 630887220

(  ) TIN has been applied for.

(  ) TIN is not required because:

(  ) Offeror is nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

(  ) Offeror is an agency or instrumentality of a foreign government.

(  ) Offeror is an agency or instrumentality of a Federal, state, or local government;

(  ) Other. State basis. ____________________

(d) Corporate Status.

(  ) Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;

( X ) Other corporate entity;

(  ) Not a corporate entity;

(  ) Sole proprietorship

(  ) Partnership

(  ) Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent

( X ) Offeror is not owned or controlled by a common parent as described in paragraph (a) of this clause.

(  ) Name and TIN of common parent:

Name ____________________

TIN ____________________

**52.207-4 ECONOMIC PURCHASE QUANTITY - SUPPLIES (AUG 1987)**

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is

(are) economically advantages to the Government.

______________________________________________

______________________________________________

______________________________________________

(b) Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

OFFEROR RECOMMENDATIONS

| ITEM | QUANTITY | PRICE QUOTATION | TOTAL |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantegeous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

**52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTER (MAY 1989)**

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are ( ) are not ( X ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not ( X ), within a three-year period preceding this offer, been convicted of or had civil judgement rendered against them for; commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are ( ) are not ( X ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not ( X ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibility within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**52.215-6 TYPE OF BUSINESS ORGANIZATION (JUL 1987)**

The offeror or quoter, by checking the applicable box represents that--

(a) It operates as ( X ) a corporation incorporated under the laws of the State of Alabama, ( ) an individual, ( ) a partnership, ( ) a nonprofit organization, or ( ) a joint venture; or

(b) If the Offeror or quoter is a foreign entity, it operates as ( ) an individual, ( ) a partnership, ( ) a nonprofit organization, ( ) a joint venture, or ( ) a corporation registered for business in

______________________.
(country)

**52.215-11 AUTHORIZED NEGOTIATORS (APR 1984)**

The offeror or quoter represents that the following persons are authorized to negotiate on its behalf with the Government in connection with this request for proposals or quotations:

______________________________________________

______________________________________________

List names, titles, and telephone numbers of the authorized negotiators.

**52.215-20 PLACE OF PERFORMANCE (APR 84)**

(a) The offeror or quoter, in the performance of any contract resulting from this solicitation, ( ) intends, ( X ) does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or quoter as indicated in this proposal or quotation.

(b) If the offeror or quoter checks "intends" in paragraph (a) above, it shall insert in the spaces provided below the required information:

Place of Performance (Street address, City, County, State, Zip Code)

---

Name and Address of Owner and Operator of the Plant or Facility if Other than Offeror or Quoter

---

**52.219-1 SMALL BUSINESS CONCERN REPRESENTATION (JAN 1991)**

(a) REPRESENTATION. The offeror represents and certifies as part of its offer that it ( X )is, ( ) is not a small business concern and that ( X ) all, ( ) not all end items to be furnished will be manufactured or produced by a small business concern in the United States, its territories or possessions, Puerto Rico, or the Trust Territory of the Pacific Islands.

(b) DEFINITION. "Small business concern," as used in this provision means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in this solicitation.

(c) NOTICE. Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal Law that specifically references section 8(d) for a definition of program eligibility, shall

(1) be punished by imposition of a fine, imprisonment, or both;

(2) be subject to administrative remedies including suspension and debarment; and

(3) be ineligible for participation in programs conducted under the authority of the Act.

**52.219-3 WOMAN-OWNED SMALL BUSINESS REPRESENTATION (APR 1984)**

(a) Representation. The offeror represents that it ( ) is, ( X ) is not a woman owned small business concern.

(b) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominate in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.

"Woman-owned," as used in this provision, means a small business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

**52.219-22 SIC CODE AND SMALL BUSINESS SIZE STANDARD (JAN 1991)**

(a) The standard industrial classification (SIC) code for this acquisition is (3692).

(b) (1) The small business size standard is (1000).

(2) The small business size standard for a concern which submits an

offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

**52.222-19 WALSH-HEALEY PUBLIC CONTRACTS ACT REPRESENTATION (APR 1984)**

The offeror represents as a part of this offer that the offeror is ( ) or is not ( ) a regular dealer in, or is ( X ) or is not ( ) a manufacturer of, the supplies offered.

**52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984)**

The offeror represents that-

(a) It ( ) has, ( X ) has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114.

(b) It ( X ) has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

**52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)**

The offeror represents that (a) it ( X ) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**52.223-1 CLEAN AIR AND WATER CERTIFICATION (APR 1984)**

The Offeror certifies that-

(a) Any facility to be used in the performance of this proposed contract is ( ) is not ( X ) listed on the Environmental Protection Agency List of Violating Facilities;

(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

**52.230-1 COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION (AUG 1992)**

Note: This notice does not apply to small businesses or foreign governments.

This notice is in four parts, identified by Roman numerals I through IV.

Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

I. DISCLOSURES STATEMENT - COST ACCOUNTING PRACTICES AND CERTIFICATION

(a) Any contract in excess of $500,000 resulting from this solicitation, except contracts in which the price negotiated is based on (1) established catalog or market prices of commercial items sold in substantial quantities to the general public, or (2) prices set by law or regulation, will be subject to the requirements

of 48 CFR, PARTS 9903 and 9904, except for those contracts which are exempt as specified in 48 CFR, Subpart 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR, parts 9903 and 9904 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR, Subpart 9903.202. The Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

CAUTION: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting contract performance cost data.

(c) Check the appropriate box below:

( ) (1) Certificate of Concurrent Submission of Disclosure Statement.

The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows: (i) original and one copy to the cognizant Administrative Contracting Officer (ACO), and (ii) one copy to the cognizant contract auditor.

(Disclosure must be on Form No. CASB DS-1. Forms may be obtained from the cognizant ACO.)

Date of Disclosure Statement:____________________

Name and Address of Cognizant ACO where filed:____________________

____________________________________________________________

The offeror further certifies that practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

( ) (2) Certificate of Previously Submitted Disclosure Statement

The offeror hereby certifies that the Disclosure Statement was filed as follows:

Date of Disclosure Statement:____________________

Name and Address of Cognizant ACO where filed:____________________

____________________________________________________________

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable disclosure statement.

( ) (3) Certificate of Monetary Exemption

The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated national defense prime contracts and subcontracts subject to CAS totaling more than $10 million in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

( ) (4) Certificate of Interim Exemption

The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR Subpart 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraph (c)(1) or (c)(2) of Part 1 of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

CAUTION: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $10 million or more in the current cost accounting period may not claim the exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period

following the cost accounting period in which the monetary exemption was exceeded.

II. COST ACCOUNTING STANDARDS-EXEMPTION FOR CONTRACTS OF $500,000 OR LESS.

If this proposal is expected to result in the award of a contract of $500,000 or less, the offeror shall indicate whether the exemption below is claimed. Failure to check the box below shall mean that the resultant contract is subject to CAS requirements or that the offeror elects to comply with such requirements.

( ) The offeror hereby claims an exemption from the CAS requirements under the provisions of 48 CFR, Subpart 9903.201-1(b)(2).

III. COST ACCOUNTING STANDARDS-ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE

If the offeror is eligible to use the modified provisions of 48 CFR, Subpart 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

( ) The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR, Subpart 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because (i) during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $10 million in awards of CAS-covered prime contracts and subcontracts, and (ii) the sum of such awards equaled less than 10 percent of total sales during that cost accounting period. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

CAUTION: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $10 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $10 million or more.

IV. ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS

The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.

( ) YES ( ) NO

**52.247-53 FREIGHT CLASSIFICATION DESCRIPTION (APR 1984)**

Offerors are requested to indicate below the full Uniform Freight Classification (rail) description, or the National Motor Freight Classification description applicable to the supplies, the same as offeror uses for commercial shipment. This description should include the packing of the commodity (box, crate, bundle, loose, setup, knocked down, compressed, unwrapped, etc.), the container material (fiberboard, wooden, etc.), unusual shipping dimensions, and other conditions affecting traffic descriptions. The Government will use these descriptions as well as other information available to determine the classification description most appropriate and advantageous to the Government. Offeror understands that shipments on any f.o.b. origin contract awarded, as a result of this solicitation, will be made in conformity with the shipping classification description specified by the Government which may be different from the classification description furnished below.

FOR FREIGHT CLASSIFICATION PURPOSES, OFFEROR DESCRIBES THIS COMMODITY AS ____________________________________________________

________________________________________________________

**252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT THAT SUPPORTS TERRORISM (APR 1993)**

(a) Definitions.

(1) "Significant interest," as used in this provision, means--

(i) Ownership of or beneficial interest in five percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding five percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm:

(iv) Ownership of ten percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Disclosure.

The Offeror shall disclose any significant interest the government of each of the following countries has in the Offeror or a subsidiary of the Offeror. If the Offeror is a subsidiary, it shall also disclose any significant interest each government has in any firm that owns or controls the subsidiary. If none, leave blank.

| Country | Significant Interest |
|---|---|
| (1) Cuba | |
| (2) Iran | |
| (3) Iraq | |
| (4) Libya | |
| (5) North Korea | |
| (6) Syria | |

**252.219-7000 SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION (DOD CONTRACTS) (APR 1994)**

(a) Definition.

"Small disadvantaged business concern," as used in this provision, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively. In general, 13 CFR Part 124 describes a small disadvantaged business concern as a small business concern--

(1) Which is at least 51 percent unconditionally owned by one or more socially and economically disadvantaged individuals; or

(2) In the case of any publicly owned business, at least 51 percent of the voting stock is unconditionally owned by one or more socially and economically disadvantaged individuals; and

(3) Whose management and daily business operations are controlled by one or more such individuals.

(b) Representations.

Check the category in which your ownership falls--

_X_ Subcontinent Asian (Asian-Indian) American (U.S. citizen with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, or Nepal)

___ Asian-Pacific American (U.S. citizen with origins from Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam,

U.S. Trust Territory of the Pacific Islands (Republic of Palau), the Northern Mariana Islands, Laos, Kampuchea (Cambodia), Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, or the Federated States of Micronesia)

____ Black American (U.S. Citizen)

____ Hispanic American (U.S. citizen with origins from South America, Central America, Mexico, Cuba, the Dominican Republic, Puerto Rico, Spain, or Portugal)

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians, including Indian tribes or Native Hawaiian organizations)

____ Individual/concern, other than one of the preceding, currently certified for participation in the Minority Small Business and Capital Ownership Development Program under Section 8(a) of the Small Business Act

____ Other

(c) Certifications.

Complete the following--

(1) The offeror is X is not____ a small disadvantaged business concern.

(2) The Small Business Administration (SBA) has____ has not X made a determination concerning the offeror's status as a small disadvantaged business concern. If the SBA has made a determination, the date of the determination was ____________________ and the offeror--

____ Was found by SBA to be socially and economically disadvantaged and no circumstances have changed to vary that determination.

____ Was found by SBA not to be socially and economically disadvantaged but circumstances which caused the determination have changed.

(d) Penalties and Remedies.

Anyone who misrepresents the status of a concern as a small disadvantaged business for the purpose of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under authority of the Small Business Act.

**252.225-7006 BUY AMERICAN ACT-TRADE AGREEMENTS-BALANCE OF PAYMENTS PROGRAM CERTIFICATE (JAN 1994)**

*(This certificate is used when 252.225-7007 is applicable)*

(a) Definitions.

"Caribbean Basin country end product," "designated country end product," "domestic end product," "NAFTA country end product", "nondesignated country end product," "qualifying country end product," and "U.S. made end product" have the meanings given in the Trade Agreements or Buy American Act and Balance of Payments Program clauses of this solicitation.

(b) Evaluation.

Offers will be evaluated by giving preference to U.S. made end products, qualifying country end products, designated country end products, NAFTA country end products, and Caribbean Basin country end products over other end products.

(c) Certifications.

(1) The Offeror certifies that--

(i) Each end product, except the end products listed in paragraph (c)(2) of this provision, is a domestic end product (as defined in the Buy American

Act and Balance of Payments Program clause of this solicitation); and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The Offeror must identify and certify all end products that are not domestic end products.

(i) The Offeror certified that the following supplies qualify as "U.S. made end products" but do not meet the definition of "domestic end product": _______________ (insert line item number)

(ii) The Offeror certifies that the following supplies are qualifying country end products:

_______________ (insert line item number) _______________ (insert country of origin)

(iii) The Offeror certifies that the following supplies qualify as designated country end products:

_______________ (insert line item number) _______________ (insert country of origin)

(iv) The Offeror certifies that the following supplies qualify as Caribbean Basin country end products:

_______________ (insert line item number) _______________ (insert country of origin

(v) The Offeror certifies that the following qualify as NAFTA country end products:

_______________ (insert line item number) _______________ (insert country of origin)

(vi) The Offeror certifies that the following supplies are other nondesignated country end products.

_______________ (insert line item number) _______________ (insert country of origin)

**252.242-7001 CERTIFICATION OF INDIRECT COSTS (DEC 1991)**

(a) The Contractor shall--

(1) Certify any proposal to establish or modify billing rates or to establish final indirect cost rates;

(2) Use the format in paragraph (c) of this clause to certify; and

(3) Have the certificate signed by an individual of the Contractor's organization at a level no lower than a vice president or chief financial officer of the business segment of the Contractor that submits the proposal.

(b) Failure by the Contractor to submit a signed certificate, as described in this clause, shall result in payment of indirect costs at rates unilaterally established by the Government.

(c) The certificate of indirect costs shall read as follows:

CERTIFICATE OF INDIRECT COSTS

This is to certify that to the best of my knowledge and belief:

1. I have reviewed this indirect cost proposal;
2. All costs included in this proposal _______________ (identify proposal and date) to establish billing or final indirect cost rates for _______________ (identify period covered by rate) are allowable in accordance with the requirements of contracts to which they apply and with the cost principles of the Department of Defense applicable to those contracts;
3. This proposal does not include any costs which are unallowable under applicable cost principles of the Department of Defense, such as (without limitation): advertising and public relations costs, contributions and donations, entertainment costs, fines and penalties, lobbying costs, defense or fraud proceedings, and goodwill; and
4. All costs included in this proposal are properly allocable to Defense contracts on the basis of a beneficial or causal relationship between the

expenses incurred and the contracts to which they are allocated in accordance with applicable acquisition regulations.

I declare under penalty of perjury that the foregoing is true and correct.

Firm: ______________________________

Signature ______________________________

Name of Corporation Official: ______________________________

Title: ______________________________

Date of Execution: ______________________________

**252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)**

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this clause whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation.
The Offeror represents that it--
____ Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.
_X_ Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE JUN 1994

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

Availability of Text of Provisions - The complete text of any or all of the provisions is available from Contracting Officer, Navy Ships Parts Control Center, 5450 Carlisle Pike, ATTN: Code 026, P.O. Box 2020, Mechanicsburg, PA 17055-0788.

52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

52.209-7 ORGANIZATIONAL CONFLICTS OF INTEREST CERTIFICATE - MARKETING CONSULTANTS (NOV 1991)

52.214-34 SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991)

52.214-35 SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991)

52.215-5 SOLICITATION DEFINITIONS (JUL 1987)

52.215-7 UNNECESSARILY ELABORATE PROPOSALS OR QUOTATIONS (APR 1984)

52.215-8 AMENDMENTS TO SOLICITATIONS (DEC 1989)

52.215-9 SUBMISSION OF OFFERS (DEC 1989)

52.215-10 LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF PROPOSALS (DEC 1989)

52.215-12 RESTRICTION ON DISCLOSURE AND USE OF DATA (APR 1984)

52.215-13 PREPARATION OF OFFERS (APR 1984)

52.215-14 EXPLANATION TO PROSPECTIVE OFFERORS (APR 1984)

52.215-15 FAILURE TO SUBMIT OFFER (APR 1984)

52.215-16 CONTRACT AWARD (JUL 1990) ALTERNATE III (AUG 1991)

52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES (APR 1984)

52.222-24 PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE REVIEW (APR 1984)

52.223-5 CERTIFICATION REGARDING A DRUG-FREE WORKPLACE (JUL 1990)
*(APPLIES IF VALUE OF CONTRACT IS EQUAL TO OR EXCEEDS $25,000.)*

52.232-13 NOTICE OF PROGRESS PAYMENTS (APR 1984)

52.247-47 EVALUATION F.O.B. ORIGIN (APR 1984)

252.204-7001 COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (DEC 1991)

252.227-7019 IDENTIFICATION OF RESTRICTED RIGHTS COMPUTER SOFTWARE (APR 1988)

252.227-7028 REQUIREMENT FOR TECHNICAL DATA REPRESENTATION (OCT 1988)

**L- AVAILABILITY OF SPECIFICATIONS, STANDARDS AND DESCRIPTIONS (MAR 1992)**

The Acquisition Management Systems and Data Requirements Control List, DoD Directive 5000.19-L, Volume II, may be ordered on the DD Form 1425. The Department of Defense Index of Specifications and Standards (DODISS) may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C., 20402. When requesting a specification or standard, the request shall indicate the title, number, date, and any applicable amendment thereto by number and date. When requesting a data item description, the request shall cite the applicable data item number set forth in the solicitation. When DD Form 1425 is not available, the request may be submitted in letter form, giving the same information as listed above, and the solicitation or contract number involved. Such request may also be made by Telex 834295, Western Union No. 710-670-1685.

Customers with an approved Telephone Order Entry System (TOES) can place orders on telephone (215) 697-1187 thru 1195. To use TOES you must first obtain a customer number. If you have already used the Navy Print on Demand System (NPODS), a customer number was assigned and was shown on the shipping invoice or the status letter. If you have not been assigned a customer number and your request is urgent, you may obtain one from the Special Assistance Desk (215) 697-2667/2179.

When placing an order utilizing TOES, you must use a touch tone telephone.

Specifications, standards, and descriptions cited in this solicitation are available as indicated below:

Standardization Document Order Desk
Bldg 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5098

(a) Commercial Specification, Standards, and Descriptions. These specifications, standards and descriptions are not available from Government sources. They may be obtained from the publishers.

(b) Ordnance Standards, Weapons Specifications, and NAVORD OSTD Pages. OS (Ordnance Standard), WS (Weapon Specifications), and NAVORD OSTD 600 pages may be obtained by submitting a request of DD Form 1425 to:

Commanding Officer
Naval Ordnance Station
Code 80
Crane Divn
Naval Service Warfare Center
South Side Drive
Louisville, Kentucky 40210-5001

(c) Ordnance Documents, OD (Ordnance Document) may be obtained by submitting a request on DD Form 1425 to:

PRIMARY POINT OF CONTACT
Standardization Document Order Desk
Bldg 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5098

SECONDARY POINT OF CONTACT
Commanding Officer
Navy Ships Weapons Systems Engineering
Station Repository (NSWSES)
Code 5H31
Port Hueneme, California 93043
(805) 982-2932

Paragraphs d, e, f and g apply to those items for which SPCC, Code 8732 is the contract issuing office.

(d) Requests for "Official Use Only" and NOFORN documents must identify the Government Contract number and must be submitted via the cognizant Defense Contract

Management Command (DCMC) office for certification of need for the document. If you do not have a contract, but need a document to prepare a bid, requests must be submitted via SPCC Code 87322 for certification of need for the document.

(e) NOFORN Military Specifications and Standards (including Amendments, Change Notices and Supplements, but NOT Interim Changes.)

Commander
Naval Sea Systems Command
Code 09T1
Navy Department
Washington, D.C. 20362-5101

Specific justification of need is required with requests within this category.

(f) Publications Assigned NAVSEA Documents and Identification Numbers (especially NAVSEA Welding Standard, NAVSEA 250-1500-1) to be ordered from:

Commanding Officer
Navy Ships Parts Control Center
Code 009
5450 Carlisle Pike
P.O. Box 2020
Mechanicsburg, PA 17055-0788

(g) Interim Changes and Classified Specifications shall be obtained by submitting a request on DD Form 1425 to SPCC, Code 8732.

NOTE: The solicitation or award number for which the documents in paragraph d, e, f or g above are required and shall be cited in the DD Form 1425. For SPCC, these document numbers run in the following formats:

Contract No. N00104-90-C(or D)-B078
Pur. Order No. N00104-90-M(or W,P,V)-9269
IFB No N00104-90-B-A756
RFP No. N00104-90-R-7854
RFQ No. N00104-90-Q-9854

The last four digits are different for each solicitation or award. Unless such a document is cited, your request will not be honored.

**L- AVAILABILITY OF NAVSEA UNIQUE DATA ITEM (UDIDS) AND DEPARTMENT OF DEFENSE DATA ITEM DESCRIPTION (DID) (AUG 1987)**

(a) Ordering Procedures for AMSDL DOD Listing 5000.19-L Volume II and Data Item Descriptions (DIDs) listed therein. The AMSDL and all the Data Item Descriptions (DIDs) and Unique Data Item Descriptions (UDIDs) listed herein are stocked at the Naval Publications and Forms Center (NPFC) Philadelphia, Pennsylvania. Request for individual DIDs, UDIDs, or the AMSDL will be honored from Private Industry and Individuals. Request can be initiated by telephone, mail in any form, or bearer. However, it is preferred that requestors use the simplified Specifications and Standards Requisition Form (DD Form 1425). This order form includes a gummed label for pre-addressing by the requested and will insure more efficient processing of requests. The DD Form 1425 is available through form supply channels of the cognizant Military act activity. Once a customer orders the AMSDL or any DID listed therein, he will be automatically provided by NPFC with sufficient blank forms to continually reorder in the preferred manner. All types of request should be submitted in the following manner.

Indicate complete mailing address, including zip code.
Indicate quantity of AMSDL, DIDs or Udids desired.
List the AMSDL as DOD 5000,19-L Volume 11
List the "DI or UDI" prefix, the single letter functional category and the numeric identifying number (including revision alpha when applicable)
Limit the number of line items ordered on the DD Form 1425 letter,

telephonic or telegraphic request to five (5) or less.

Urgent Requests NPFC will accept urgent requests by telephone call, telegraph, or letter. To submit a request by telephone call Area Code (215) 697-3321. Duty hours are 8AM to 4:30PM (EST) Monday through Friday; off duty telephone requests are serviced by automatic answering device seven days a week. Telephonic requests should be utilized for urgent actions only. If feasible, TELEX and Western Union messages are recommended in lieu of telephone requests. Use TELEX number 834295 or Western Union number 710-670-1685. Please include Company Name, Street Address, or Post Office Box, City, State, Country (if applicable), and Zip Code when submitting request by TELEX or Western Union. Generally, all types of request are processed within two working days. The number of line items requested must be limited to five (5) or less. Written request should be submitted to:

Commanding Officer (Code 301)
Navy Publications and Forms Center
5801 Tabor Avenue
Philadelphia, Pennsylvania 19120-5099

(b) Ordering Complete Sets of Data Item Descriptions (Non-Government Activities) The Naval Publications and Forms Center (NPFC) will stock complete sets of Data Item Descriptions (DIDs) which include all Unique Data Item, Descriptions (UDIDs). Complete sets of DIDs will be provided to Private Industry and individuals for a service charge of one hundred and fifty dollars ($150.00) per set. Submit check, or money order, payable to the "Treasurer of the United States" to:

Director (Code NPA)
Navy Publications and Printing Service Office 4ND
700 Robbins Avenue
Philadelphia, Pennsylvania 19111-5098

Ordering a complete set of DIDs will not place Requestors on the Automatic Distribution Lists.

(c) Automatic Distribution (Non-Government Activities) All new and revised issuance of DIDs, UDIDs and the AMSDL and its supplement will be available by subscription to non-government activities. The subscriber will receive one (1) copy of all new and revised DIDs and UDIDs and the AMSDL and its supplements that are printed after the effective subscription date.

Request for subscription shall be accompanied by a check or money order in the amount of sixteen dollars ($16.00) for each twelve month period payable to the "Treasurer of the United States" and submitted to:

Director (Code NPA)
Navy Publications and Printing Service Office 4ND
700 Robbins Avenue
Philadelphia, Pennsylvania 19111-5098

(d) Availability of Canceled DIDs/UDIDs Single copies of canceled/superseded DIDs or UDIDs required by private industry in fulfillment of contractual obligations may be obtained from the Director, Navy Publications and Printing Service Office, FOURTH Naval District, Philadelphia, Pennsylvania 19111, upon certification of the need by the appropriate contracting officer.

When ordering any of the above, identify by title, number and date. Indicate revisions number and date. Cite this solicitation number.

**L --PERIOD FOR ACCEPTANCE OF OFFER (NSPCC) (NOV 1992)**

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the Government for awarding a contract from the date specified in this solicitation for receipt of offers.

(b) The provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The Government requires a minimum acceptance period of 120 calendar days.

(d) In the space provided immediately below, offerors may specify a longer acceptance period other than the Government's minimum requirement.

The offeror allows the following acceptance period:

_______________calendar days.

(e) The offeror agrees to execute all that it has undertaken to do, in compliance with its offer, if that offer is accepted in writing within (1) the acceptance period stated in paragraph (c) above, or (2) any longer acceptance period stated in paragraph (d) above.

**52.212-7 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (MAY 1986)**

Any contract awarded as a result of this solicitation will be a ( ) DX rated order; ( X ) DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 350), and the Contractor will be required to follow all of the requirements of this regulation.

**2.233-2 SERVICE OF PROTEST (NOV 1988)**

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) or the General Services Administration Board of Contract Appeals (GSBCA), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgement of receipt from

Counsel for the Navy Ships Parts Control Center
Code 008
5450 Carlisle Pike
P. O. Box 2020
Mechanicsburg, PA 17055-0788

(b) The copy of any protest shall be received in the office designated above on the same day a protest is filed with the GSBCA or within one day of filing a protest with the GAO.

**252.225-7008 SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY (DEC 1991)**

In accordance with paragraph (a) of the Duty-Free Entry clause and/or paragraph (b) of the Duty-Free Entry--Qualifying Country End Products and Supplies clause of this contract, the following supplies are duty-free entry:

**52.216-1 TYPE OF CONTRACT (APR 1984)**

The Government contemplates award of a _____FIRM-FIXED PRICE_____ contract resulting from this solicitation.

**5252.227-9401 NOTICE REGARDING THE DISSEMINATION OF EXPORT-CONTROLLED TECHNICAL DATA (JAN 1992)**

(a) Export of information contained herein, which includes release to foreign nationals within the United States, without first obtaining approval or license from the Department of State for items controlled by the International Traffic in Arms Regulations (ITARS), or the Department of Commerce for the items controlled by the Export Administration Regulations (EAR), may constitute a violation of law.

(b) For a violation of export laws, the contractor, it employees, officials or agents are subject to:

(1) Imprisonment and/or imposition of criminal fines; and

(2) Suspension or debarment from future Government contracting actions.

(c) The Government shall not be liable for any use or misuse of the information, technical data or specifications in this contract. It shall not be liable for any patent infringement or contributory patent infringement. The Government neither warrants the adequacy nor the completeness of the information, technical data or specifications in this contract.

(d) The contractor shall include the provisions of paragraphs (a) through (c) above in any subcontracts awarded under this contract.

SECTION L - **NOTICE TO BIDDERS - PRE-AWARD SURVEY**

In the event it becomes necessary to conduct a pre-award survey of your plant, you will be so notified subsequent to the opening of bids. To minimize the time necessary to conduct a survey, you should arrange to have the following information available for the survey team:

1. Copies of all drawings and specifications cited in the bid.
   a. Are all required documents available?
   b. Are all documents adequate as a legibility?

2. List of parts to be made in your plant.

3. List of parts to be purchased or sub-contracted.

4. Confirmed quotes for purchased or sub-contracted items which show promised delivery dates.

5. A master production plan and schedule which illustrates how you plan to meet the delivery schedule.

6. A list of special tooling, gages and special test equipment which is planned showing the lead time required to acquire each item.

7. A list of prior related and current Government contracts and the status of delivery for related contracts completed within one (1) year as well as the status for all current contracts.

8. Your plans for accomplishing the Quality Assurance requirements.

9. A copy of your management organizational chart.

10. A list of your facilities. Designate those which are planned for use under the proposed contract.

Prior to a detailed discussion of the requirements of the bid, the Government personnel shall be conducted on a tour of the plant with particular emphasis on the areas and facilities which are planned for use under this bid. This may eliminate some of the time required for specific questions.

The pre-award survey will be conducted in accordance with ASPR 1-900.

NOTE: The information on this page applies only in the event a bidder is notified that the Government will conduct a pre-award survey at his facility.

**L-NOTICE TO OFFERORS - ALTERNATIVES TO MILITARY SPECIFICATIONS AND STANDARDS**

The Department of Defense is committed to minimizing the incorporation of military specifications and standards and outdated federal and commercial documents in contracts, and is seeking to use alternative, tailored, or updated nongovernment specifications and standards to the maximum extent practicable to satisfy its requirements. Offerors are encouraged to identify and propose alternatives to those military, federal or commercial specifications and standards which are incorporated in this solicitation. Such alternatives will be considered by the government during the source selection.

Enclosure (1)

**M -SINGLE AWARD FOR ALL ITEMS (JAN 1992) (NAVSUP)**

( X ) Due to the interrelationship of supplies and/or services to be provided hereunder, the Government reserves the right to make a single award to the offeror whose offer is considered in the best interest of the Government, price and other factors considered. Therefore, offerors proposing less than the entire effort specified herein may be determined to be unacceptable.

( ) **Alternate I**

Subject to the provisions contained herein, award shall be made to a single offeror for all subline items within each contract line item. Offers must include each subline item listed within a line item. Failure to do this shall be cause for rejection of the offer for that particular line item.

( ) **Alternate II**

(a) Award will be made to a single offeror on each entire lot.
(b) For the purpose of evaluating offers, each lot indicated below will be considered as a single item and will be awarded only as a unit:

| LOT NUMBER | ITEM NUMBER |
| --- | --- |

(c) The offeror must propose on all items in a lot to be eligible for award of that lot. Award will be made to the responsible offeror proposing the lowest aggregate price for each lot as designated above; however, the Government reserves the right to award by item within any lot when the contracting officer determines that it is advantageous to the Government.

**M ---EVALUATION AND AWARD (NSPCC) (JAN 1993)**

(a) The unit prices for the line items listed in Section B will be multiplied by the quantities or estimated quantities for those items to obtain extended prices. All extended item prices will be summed to determine the Evaluated Low Offer.
(b) Award will be made to that responsible offeror whose offer conforms with all the requirements of the solicitation and whose evaluated price is low.
(c) If this solicitation contains a clause entitled "DISCOUNT LIMITATION", discounts shall be evaluated in accordance with the provisions of that clause.

**M---EVALUATION-RENT FREE USE OF GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (JAN 1992) (NAVSUP)**

To eliminate any competitive advantage arising from the use of Government production and research property on a rent-free basis, an evaluation factor will be applied to the offer involving such rent-free use. The evaluation factor shall be determined by prorating the rent between the proposed contract and the other work utilizing such property, as prescribed in FAR 45.205, to find the prorate share applicable to the proposed contract. Offerors offering rent-free use shall provide information as to total rental charges for a period equivalent to the free rental period as well as an estimate of the required usage of the property in the performance of the contract.

**252.219-7006 NOTICE OF EVALUATION PREFERENCE FOR SMALL DISADVANTAGED BUSINESS CONCERNS (MAY 1994)**

(a) Definitions.

"Historically black colleges and universities," as used in this clause, means institutions determined by the Secretary of Education to meet the requirements of 34 CFR Section 608.2. (The term also means any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.)

"Minority institutions," as used in this clause, means institutions meeting the requirements of (Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3)). The term also include Hispanic-serving institutions as defined in Section 316(b)(1) of such Act (20 U.S.C. 1059C(b)(1)).

"Small disadvantaged business concern," as used in this clause, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively.

"United States," as used in this clause, means the United States, its territories and possessions, the Commonwealth of Puerto Rick, the U.S. Trust Territory of the Pacific Islands, or the District of Columbia.

(b) Evaluation preference.

(1) Offers will be evaluated by adding a factor of ten percent to the price of all offers, except--

(i) Offers from small disadvantaged business concerns, which have not waived the preference;

(ii) Offers from historically black colleges and universities or minority institutions, which have not waived the preference;

(iii) Otherwise successful offers of--

(A) Eligible products under the Trade Agreements Act when the dollar threshold for application of the Act is exceeded;

(B) Qualifying country end products (as defined in the Defense Federal Acquisition Regulation Supplement clause at 252.225-7001, Buy American Act and Balance of Payments Program); and

(iv) Offers where application of the factor would be inconsistent with a Memorandum of Understanding or other international agreement with a foreign government.

(2) The ten percent factor will be applied on a line item by line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation will be applied before application of the ten percent factor. The ten percent factor will not be applied if using the preference would cause the contract award to be made at a price which exceeds the fair market price by more than ten percent.

(c) Waiver of evaluation preference.

A small disadvantaged business, historically black college or university, or minority institution offeror may elect to waive the preference, in which case the ten percent factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) do not apply to offers which waive the preference.

____ Offeror elects to waive the preference

(d) Agreements.

(1) A small disadvantaged business concern, historically black college or university, or minority institution offeror, which did not waive the preference, agrees that in performance of the contract, in the case of a contract for--

(i) Services, except construction, at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern.

(ii) Supplies, at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern.

(iii) General construction, at least 15 percent of the cost of the contract, excluding the cost of materials, will be performed by employees of the concern.

(iv) Construction by special trade contractors, at least 25 percent of the cost of the contract, excluding the cost of materials, will be

performed by employees of the concern.

(2) A small disadvantaged business, historically black college or university, or minority institution regular dealer submitting an offer in its own name agrees to furnish in performing this contract only end items manufactured or produced by small disadvantaged business concerns, historically black colleges or universities, or minority institutions in the United States, except, as provided in Section 8051 of Pub. L. 103-139, for contracts awarded during fiscal year 1994, a small disadvantaged business manufacturer or regular dealer owned by an Indian tribe, including an Alaska Native Corporation, agrees to furnish only end items manufactured or produced by small business concerns in the United States.

(3) Upon request, a historically black college or university or minority institution offeror will provide the Contracting Officer evidence that it has been determined to be an HBCU or MI by the Secretary of Education.

**5252.215-9401 EVALUATION OF FIRST ARTICLE TESTING (JAN 1992)**

(a) Offerors are advised that clause 52.209-3 requires first article testing. This requirement may be waived by the contracting officer when supplies identical or similar to those called for have previously been delivered by the offeror and accepted by the Government. Therefore, offerors can submit alternative offers, one including testing and approval and the other excluding testing and approval. If the Government waives the requirement for first article unit(s), test plans, testing and test report(s) for eligible offerors the price set forth in Section B under first article will not be included in the total contract price or any resulting contract. In addition, all provisions relating to first article testing will be deleted from the resulting contract.

(b) Offerors shall identify these identical or similar supplies by the contract number, agency, contract award date, and contract delivery date.

| Contract Number | Agency | Contract award date | Contract delivery date |
|---|---|---|---|

(c) ( ) The Government is responsible for first article testing under this contract. The cost to the Government of this testing will be a factor in the evaluation of offers, as it will be added to the offers requiring first article testing. The estimated cost of this testing is $________________

(X) The contractor is responsible for first article testing under this contract.

(d) The approved first article WILL serve as a manufacturing standard.

(e) Earlier delivery, if required in case of waiver of first article, shall not be a factor in the evaluation for award.

(f) The prices for first articles and first article tests in relation to production quantities shall not be materially unbalanced, if first article test items or tests are to be separately priced.

**SECTION M**

**NOTE:** FOR FREIGHT EVALUATION, A UNIT WEIGHT (INCLUDING PACKAGING) OF 0.20 LBS. WILL APPLY.

5252.210-9000

## C-OZONE DEPLETING SUBSTANCES

"The use of Class I Ozone Depleting Substances (ODS) is not required by the Automated Data List (ADL) 53711-5355797-but is optional in some specifications listed as part of the ADL. This optional use of ODS should be disregarded. No Class I ODS material shall be used in fulfillment of the contract requirements.