AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

EXHIBIT 2

| | |
|---|---|
| 1. Contract ID Code | Page of Pages 1 2 |
| 2. Amendment/Modification No. P00021 | 3. Effective Date NOV 1 2 2002 |
| 4. Requisition/Purchase Req. No. N49935-95-N-A004 | 5. Project No. |
| 6. Issued By CODE N00104<br>Naval Inventory Control Point-Mechanicsburg<br>5450 Carlisle Pike Attn: Code 0242.06<br>PO Box 2020 Bldg 410<br>Mechanicsburg, PA 17055-0788<br>Phone/E-mail: 717-605-2027 john_j_korab@icpmech.navy.mil | 7. Administered By (If other than Item 6) CODE S0101A<br>DCMA BIRMINGHAM<br>2121 8TH AVE., N. ROOM 104<br>BIRMINGAM AL 35203-2376 |
| 8. Name and Address of Contractor (No., Street, County, State, and Zip)<br>AXION CORPORATION<br>317 NICK FITCHEARD ROAD<br>HUNTSVILLE AL 35806 | 9A. Amendment of Solicitation No.<br>9B. Dated (See Item 11)<br>X 10A. Modification of Contract/Order No. N00104-96-C-KA09<br>10B. Dated (See Item 13) 1995 Dec 07 |
| Code 9X850 | Facility Code |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

( ) The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers __ is extended, __ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning __ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SEPCIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such changes may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AB 1711508 11AC 253 ZDSST 0 068342 2D 000000 AC8930000050
Document No: N4802902WX1B004 Reference No: N0002401PD40136 Basic $799,000.00 (CR)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>Unilateral, Termination Issued Pursuant To FAR 52.249-8 Entitled "Default" |

E. IMPORTANT: Contractor (X) is not, ( ) is required to sign this document and return _ copies to the issuing Office. Attn:

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Item 0001 NSN 2T-1390-01-200-8338, Power Supply, PS-115

TERMINATION OF CONTRACT FOR DEFAULT.

Distribution: (2) Purchase Folder (1) Contractor (1) NAVICP-M 0242.06 (1) DCMA (See Blk 7 above) ( )
(1) DFAS South Entitlement Operations (HQ0338) (1) NALC, Mechanicsburg, PA, Code: 4314A
(1) Commanding Officer, Attn: 4025, Naval Surface Warfare Center, Crane, IN 47522

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, heretofore changed, remains unchanged and in full force and effect.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>M.E.Wise |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>M E Wise<br>(Signature of Contracting Officer) |
| | | 16C. DATE SIGNED NOV 1 2 2002 |

NSN 7450-01-152-8070 30-105 STANDARD FORM 30 Prescribed by GSA FAR (48CRF) 53.243 ddwordnt 040302 modformd MasterMod.doc

| CONTINUATION SHEET (OPTIONAL FORM 336) | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00104-96-C-KA09/P00021 | PAGE 2 | OF 2 |
|---|---|---|---|

Contract N00104-96-C-KA09 was awarded to Axion Corporation (Axion) on December 7, 1995 for the production of ~~9 Power Supplies at a unit price of $23.80 for a total contract price in the amount of $1,313,974.20. The delivery date to. Axion's First Article Test Report (FATR) was 06 April 1996. That April delivery date had been extended on numerous occasions per Axion's request. Contract modification P00002 extended the delivery date of FATR to October 29, 1996. Contract modification P00004 extended the delivery date of FATR to December 29, 1996. Modification P00005 extended the delivery of FATR to May 15, 1997. Subsequently, Axion's FATR was approved on 17 May 1999. Furthermore, from the time Axion successfully passed the FATR, the delivery schedule for the production lot was modified on 5 separate occasions since Axion failed to meet its required delivery dates. In the interim, based on Axion's unilateral decision to change its manufacturing process by plating at Axion's plant in lieu of using an outside vendor as originally conducted, Axion was required to submit a second FATR. This decision was made because the results of the initial FATR were no longer reliable. Resubmission of the FATR was due on October 3, 2001. This date was changed per modification P000019 to April 23, 2002. Modification P00020 further extended delivery of the FATR to September 9, 2002. Axion submitted its second FATR by letter and five floppy disks on September 09, 2002. The Navy examined Axion's FATR and disapproved the First Article for failure to meet the requirements of Contract Data Requirements list A004 and the lack of information that would pertain to test procedures, test equipment, or data analysis that is relevant to the performance requirements. Furthermore, a total of 25 out of 66 First Article Power Supplies failed to meet the performance requirements of drawing 11744726. The Navy's letter of October 01, 2002 advised Axion of its First Article disapproval. A Show Cause letter of October 01, 2002 was also sent to inform Axion that the Navy was considering terminating the contract for default for failure to make delivery unless facts were presented, in writing, indicating that failure to perform was due to causes beyond Axion's control and without fault or negligence on Axion's part. Axion's letter of October 11, 2002 does not provide an adequate excuse for Axion's failure of the First Article thereby failing to meet the September 09, 2002 delivery schedule.

Axion is therefore advised that the Contracting Officer has determined that said default is without excusable cause, and that the contract is subject to termination for default pursuant to FAR 52.249-8 entitled "DEFAULT."

DECISION

Based on the above findings, the Contracting Officer hereby terminates contract N00104-96-C-KA09 for default; the termination is effective immediately.

There will be no re-procurement of the Power Supply, PS-115. In accordance with the terms of the Progress Payment Clause, Far 52.232-16 (Jul 1991), Axion is responsible to the Government for the repayment of progress payments in the amount of $512,365.00 remaining un-liquidated. The Government reserves all rights and remedies otherwise provided by law or under the contract.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contracting appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring forth an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months from the date you receive this decision