EXHIBIT
3

# Certification

I certify that this Settlement Proposal (*i.e.*, "claim") is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the government is liable; and that I am duly authorized to certify the claim on behalf of contractor.

Alex Latifi
President
Axion Corporation

Date: 10-28-2003