ORIGINAL

ECF

FILED
MAR - 5 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AXION CORPORATION,** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | No. 04-297C |

## NOTICE OF DIRECTLY-RELATED CASE

Plaintiff Axion Corporation ("Axion") gives notice of the following directly-related case:

Case No. 03-2644C, styled "Axion Corporation v. United States," is a directly-related case. The cases involve the same parties, and involve the same contract.

Axion believes that assignment of these directly-related cases to the same judge would be likely to conserve judicial resources and promote an efficient determination of the action. Counsel for Axion will be better able to recommend whether consolidation is or is not appropriate after receiving the Answer of the Defendant.

Dated this the ____4th____ day of March, 2004.

Respectfully submitted,

**ATTORNEY OF RECORD:**

**RICHARD J.R. RALEIGH JR.**
**WILMER & LEE, P.A.**
100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202 Telephone
(256) 533-0302 Facsimile
rraleigh@wilmerlee.com

**OF COUNSEL:**

**JEROME S. GABIG, JR.**
4811 Cove Creek Drive
Brownsboro, AL 35741
(256) 509-0279 Telephone
(256) 512-0020 Facsimile
gabig3@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that I have served a copy of the foregoing upon the following persons by U.S. Mail, postage prepared and properly addressed:

Kathryn A. Bleecker
Douglas K. Mickle
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

Richard J.R. Raleigh Jr.