**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2644C & 04-297C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE AS COUNSEL FOR AXION CORPORATION

Pursuant to Rule 26 of the Rules of the Armed Services Board of Contract Appeals ("ASBCA"), the undersigned counsel, Marcus A. Huff, an attorney licensed to practice law in the Supreme Court of Alabama, hereby gives notice of his appearance as counsel for Axion Corporation in the above-styled matter.

Marcus A. Huff is licensed to practice law in the State of Alabama, and is admitted before the United States Supreme Court, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. District Court for the Northern District of Alabama, the U.S. District Court for the Middle District of Alabama, the U.S. District Court for the Southern District of Alabama, and the Supreme Court of Alabama (the highest court of the State of Alabama).

Respectfully submitted,

Dated this the 5th day of January, 2006.

**/s/ Marcus A. Huff**
**MARCUS A. HUFF**
**RICHARD J.R. RALEIGH, JR.**
**WILMER & LEE, P.A.**

100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202 Telephone
(256) 533-0302 Facsimile
rraleigh@wilmerlee.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished this 5th day of November, 2007, by **Electronic Mail** and **Next Business Day Delivery** prepaid and properly addressed to:

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

**/s/ Marcus A. Huff**
**Counsel For Plaintiff**