# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AXION CORPORATION,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | **No. 03-2644C & 04-297C**<br>**Consolidated**<br>**(Judge Firestone)** |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM OF CONENTIONS OF LAW AND FACT AND WITNESS LIST

COMES NOW Plaintiff Axion Corporation and moves the Court for an enlargement of time to file its Memorandum of Contentions of Law and Fact and Witness List (the "Memorandum"). Plaintiff requests an additional two weeks to file its Memorandum, with a revised date for filing of March 26, 2007.

Plaintiff's counsel and Defendant's counsel have discussed the possibility of settlement, with the latest discussions occurring in the afternoon of Friday, March 9, 2007. Plaintiff seeks an enlargement of time in order to fully consider the settlement possibilities discussed late last week, to discuss such matters with its legal counsel, and to further discuss the possibility of settlement with Defendant's counsel.

Plaintiff's counsel has conferred with Defendant's counsel who indicated that they have no objection to this motion for an enlargement of time.

**ATTORNEYS OF RECORD:**

/s/ Richard J.R. Raleigh, Jr.
**RICHARD J.R. RALEIGH JR.**
**MARCUS A. HUFF**
**WILMER & LEE, P.A.**
100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202 Telephone
(256) 533-0302 Facsimile
E-mail: rraleigh@wilmerlee.com
mhuff@wilmerlee.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished this 12th day of March, 2007, by U.S. Mail, postage prepaid and properly addressed to:

Douglas K. Mickle
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

/s/ Richard J.R. Raleigh, Jr.
**COUNSEL FOR PLAINTIFF**