**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AXION CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2644C & 04-297C** **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**<u>AXION CORPORATION'S EXHIBIT LIST</u>**

**COMES NOW** Plaintiff Axion Corporation ("Axion") and submits the following list of exhibits to be used at trial:

1. Contract N00106-96-C-KA09 and all modifications.
2. Axion September 9, 2002, FAT Report, cover letter, and printout of floppy discs.
3. Latifi e-mail of September 9, 2002, to Korab.
4. Handwritten Korab notes dated September 9, 2002.
5. September 26, 2002, Navy letter to Axion with data table.
6. October 1, 2002, Navy letter to Axion notifying of FAT disapproval.
7. October 1, 2002, show cause letter to Axion.
8. October 11, 2002, Response by Axion to show cause letter.
9. Hahin's first declaration dated March 28, 2005.
10. Korab's first declaration dated March 28, 2005.
11. Korab's second declaration dated September 11, 2006.

12. Stickrod's declaration.

13. Axion's October 31, 2003 settlement proposal.

14. E-mail dated June 28, 2002, from Latifi.

15. Korab e-mail dated July 1, 2002.

16. Stickrod e-mail dated May 20, 2002, to Axion.

17. Stickrod's e-mails dated September 5, 2002, and September 6, 2002.

18. E-mails dated May 14, 2002, and May 15, 2002, between Latifi and Korab.

19. E-mail dated May 15, 2002, from Hahin to Korab.

20. E-mail dated November 6, 2001, from Latifi to Korab.

21. Documents showing costs incurred by Axion in attempting to perform the contract.

22. The Government's responses to Axion's discovery requests, including requests for production, interrogatories, and requests for admission.

23. Depositions of Korab, Hahin, Stickrod, and Vartan (for impeachment purposes).

24. Axion's damages calculation.

25. All documents contained within the appendices and supplemental appendices to the cross-motions for summary judgment filed by Axion and the Government.

26. All documents listed in Defendant's Exhibit List.

**ATTORNEYS OF RECORD:**

/s/ Richard J.R. Raleigh, Jr.
**RICHARD J.R. RALEIGH JR.**
**MARCUS A. HUFF**
**WILMER & LEE, P.A.**
100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202 Telephone
(256) 533-0302 Facsimile
E-mail: rraleigh@wilmerlee.com
mhuff@wilmerlee.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished this 9th day of April, 2007, by U.S. Mail, postage prepaid and properly addressed to:

Douglas K. Mickle
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530

Richard Martinelli
Office of Counsel
Naval Inventory Control Point
Mechanicsburg, PA 17055-0788

/s/ Richard J.R. Raleigh, Jr.
**COUNSEL FOR PLAINTIFF**